Patrick J. Perotti (Ohio Bar No. 0005481)
Frank A. Bartela (Ohio Bar No. 0088128)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469
Email: pperotti@dworkenlaw.com
      fbartela@dworkenlaw.com

John A. Kithas (California Bar No. 64284)
Christopher Land (California Bar No. 238261)
LAW OFFICES OF JOHN A. KITHAS
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: (415) 788-8100
Facsimile: (415) 788-8001
Email: john@kithas.com
      chris@kithas.com

Attorneys for Plaintiff JAMES P. BRICKMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>    Defendant. | Case No. 3:15-cv-2077<br><br>CERTIFICATION OF INTERESTED ENTITIES OF PERSONS<br><br>Civil L.R. 3-15 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 8, 2015

                                      DWORKEN & BERNSTEIN CO., L.P.A.
                                      Attorneys for Plaintiff JAMES P. BRICKMAN

                                      */s/ Patrick J. Perotti*
                                      By Patrick J. Perotti