# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| James P. Brickman | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. ~~3:15-cv-2077~~ |
| Fitbit, Inc. | ) 4:15-cv-2077 DMR |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Fitbit, Inc.
405 Howard St.
San Francisco, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher Land
Law Offices of John A. Kithas
One Embarcadero Center Suite 1020
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: 5/11/2015

*Signature of Clerk or Deputy Clerk*