WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: 415.268.7000

JAMES W. HUSTON (CA SBN 115596)
JHuston@mofo.com
ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>FITBIT, INC.,<br><br>      Defendant. | Case No. 3:15-cv-2077<br><br>**DECLARATION OF JULIE Y. PARK IN SUPPORT OF FITBIT, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:  November 4, 2015<br>Time:  10:00 a.m.<br>Ctrm:  11, 19th Floor<br><br>The Honorable James Donato<br><br>Date Action Filed:  May 8, 2015 |

DECL. OF JULIE Y. PARK ISO FITBIT'S REQUEST FOR JUDICIAL NOTICE
Case No. 3:15-cv-2077-JD
sd-668224

I, Julie Y. Park, declare as follows:

1.      I am an attorney licensed to practice before this Court and an associate of the law firm of Morrison & Foerster LLP, attorneys of record for defendant Fitbit, Inc. ("Fitbit") in the above-captioned matter.  I submit this Declaration in support of Fitbit's Request for Judicial Notice (RJN).  I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, I could and would testify competently as to these facts.

2.      Attached as **Exhibit A** to Fitbit's RJN is a true and correct copy of the Fitbit Product Features Comparison Chart, available at https://www.fitbit.com/compare.

3.      Attached as **Exhibit B** to Fitbit's RJN is a true and correct copy of the Fitbit Zip Product Features and Specifications, available at https://www.fitbit.com/zip.

4.      Attached as **Exhibit C** to Fitbit's RJN is a true and correct copy of the Fitbit One Product Features and Specifications, available at https://www.fitbit.com/one.

5.      Attached as **Exhibit D** to Fitbit's RJN is a true and correct copy of the Fitbit Flex Product Features and Specifications, available at https://www.fitbit.com/flex.

6.      Attached as **Exhibit E** to Fitbit's RJN is a true and correct copy of the Fitbit Charge Product Features and Specifications, available at https://www.fitbit.com/charge.

7.      Attached as **Exhibit F** to Fitbit's RJN is a true and correct copy of the Fitbit Charge HR Product Features and Specifications, available at https://www.fitbit.com/chargehr.

8.      Attached as **Exhibit G** to Fitbit's RJN is a true and correct copy of the Fitbit Surge Product Features and Specifications, available at https://www.fitbit.com/surge.

9.      Attached as **Exhibit H** to Fitbit's RJN is a true and correct copy of the Fitbit Accessories available for sale, *available at* https://www.fitbit.com/store#accessories.

10.      Attached as **Exhibit I** to Fitbit's RJN is a true and correct copy of Hawley E. Montgomery-Downs et al., *Movement Toward a Novel Activity Monitoring Device*, 16 SLEEP AND BREATHING, no. 3, at 913 (2011), available at http://www.ncbi.nlm.nih.gov/pubmed/21971963.

11.      Attached as **Exhibit J** to Fitbit's RJN is a true and correct copy of excerpts of the Fitbit Flex Manual, *available at* https://staticcs.fitbit.com/content/assets/help/manuals/manual_flex_en_US.pdf.

12.    I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 8, 2015 in San Francisco, California.

s/Julie Y. Park

Julie Y. Park

## ECF ATTESTATION

I, Erin M. Bosman, am the ECF User whose ID and Password are being used to file this document.  I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: September 8, 2015                    MORRISON & FOERSTER LLP

By:  s/Erin M. Bosman

Erin M. Bosman

Attorneys for Defendant
FITBIT, INC.