# EXHIBIT A

| | EVERYDAY FITNESS | | | ACTIVE FITNESS | PERFORMANCE FITNESS | |
|---|---|---|---|---|---|---|
| **Zip** $59.95 | **One** $99.95 | **Flex** $99.95 | **Charge** $129.95 | **Charge HR** $149.95 | **Surge** $249.95 | |
| ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | Steps, Calories, Distance |
| ✔ | ✔ | — | ✔ | ✔ | ✔ | Clock |
| — | ✔ | ✔ | ✔ | ✔ | ✔ | Sleep Tracking |
| — | — | — | ✔ | ✔ | ✔ | Auto Sleep Detection |
| — | ✔ | ✔ | ✔ | ✔ | ✔ | Silent Wake Alarm |
| — | ✔ | — | ✔ | ✔ | ✔ | Floors Climbed |
| ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | Active Minutes |
| — | — | — | — | — | ✔ | Multi-Sport |
| — | — | — | — | ✔ | ✔ | Continuous Heart Rate |
| — | — | — | ✔ | ✔ | ✔ | Caller ID |
| — | — | — | — | — | ✔ | Text Notifications |
| — | — | — | — | — | ✔ | Music Control |
| — | — | — | — | — | ✔ | GPS Tracking |

1

# EXHIBIT B

















7

zip    FEATURES    APP + DASHBOARD    GALLERY    SPECS    BUY NOW $59.95

## Specifications

### Sizing

Tracker                                    Clip

1.4"

1.1"        0.38"

### Sensors and Components

• 3-axis accelerometer

### Display

• LCD display
• Tap the display to cycle through daily stats

### What's Included

Fitbit Zip™ tracker        Silicon clip
Replaceable battery        Battery door tool
Wireless sync dongle

  

### Water Resistance

Zip is sweat, rain and splash proof. However, the device is not swim proof. With any clip-based wearable device, it's best for your skin if the clip stays dry and clean.

### Care

You can clip Zip to a belt, pocket or bra. Always use the silicone holder when clipping it to a bra or waistband as the plastic Zip tracker is not meant to be worn in direct contact with the skin. Make sure the Zip display faces outward when clipped to your bra. Learn more

### Materials

The Zip tracker is made of thermoplastic. The clip is made of silicone and metal.

### Battery and Power

Zip has a replaceable battery that you never have to charge. To insert or change your battery, use the battery door tool to unlock and open the door.

• Battery life: 4-6 months
• Battery type: 3v coin battery
• Radio transceiver: Bluetooth 4.0

### Environmental Requirements

• Operating temperature: -4° to 113°F
• Maximum operating altitude: 30,000 feet

### Memory

• Tracks 7 days of detailed motion data – minute by minute.
• Tracks daily totals for past 23 days

### Syncing

Zip syncs automatically and wirelessly to tablets, computers and 150+ leading iOS, Android and Windows smartphones using Bluetooth 4.0 wireless technology.

• Syncing range: 20 feet
• Syncing to computers requires Internet connection and USB port
• Syncing to mobile devices requires Bluetooth and Internet connection
• Syncs with Windows Vista and later, Mac OS X 10.6 and up, iPhone 4S and later, iPad 3 gen and later, and leading Android and Windows devices

**8**

# EXHIBIT C















**7**



one          FEATURES          APP + DASHBOARD          GALLERY          SPECS          BUY NOW $99.95

# Specifications

## Sizing

Tracker                              Clip



1.89"

0.76"     0.38"

## Sensors and Components

• 3-axis accelerometer
• Altimeter
• Vibration motor

## Display

• OLED display
• Push the button to cycle through daily stats

## What's Included

Fitbit One™ tracker          Silicon clip
Charging cable               Sleep wristband
Wireless sync dongle



## Water Resistance

One is sweat, rain and splash proof. However, the device is not swim proof. With any clip-based wearable device, it's best for your skin if the clip stays dry and clean.

## Care

You can clip One to a belt, pocket or bra. Always use the silicone holder when clipping it to a bra or waistband as the plastic One tracker is not meant to be worn in direct contact with the skin. Make sure the One display faces outward when clipped to your bra. Learn more

## Materials

The One tracker is made of thermoplastic. The clip is made of silicone and metal.

## Battery and Power

We recommend charging your One weekly to ensure you are always tracking.

• Battery life: 10-14 days
• Battery type: Lithium-polymer
• Charge time: One to two hours
• Radio transceiver: Bluetooth 4.0

## Environmental Requirements

• Operating temperature: -4° to 113°F
• Maximum operating altitude: 30,000 feet

## Memory

• Tracks 7 days of detailed motion data – minute by minute.
• Tracks daily totals for past 23 days

## Syncing

One syncs automatically and wirelessly to tablets, computers and 150+ leading iOS, Android and Windows smartphones using Bluetooth 4.0 wireless technology.

• Syncing range: 20 feet
• Syncing to computers requires Internet connection and USB port
• Syncing to mobile devices requires Bluetooth and Internet connection
• Syncs with Windows Vista and later, Mac OS X 10.6 and up, iPhone 4S and later, iPad 3 gen. and later, and leading Android and Windows devices

9

# EXHIBIT D

















**8**





flex        FEATURES        APP + DASHBOARD        GALLERY        SPECS        BUY NOW $99.95

## Specifications

### Sizing

Small    Large



size small fits wrists 5.5" - 6.5"

0.6"

Flex includes both small and large wristband. The band should be worn loosely. Download Flex Sizing Guide for more information.

### Sensors and Components

- 3-axis accelerometer
- Vibration motor

### Display

- LED display with 5 white indicator lights
- Tap twice to see progress against your Main Goal
- Tap rapidly for 1-2 seconds to start or stop sleep tracking

### What's Included

Removable Fitbit Flex™ tracker
2 wristbands (small and large)
Charging cable
Wireless sync dongle

### Water Resistance

Flex has been tested up to 1 ATM meaning it is sweat, rain and splash proof. However, the device is not swim proof. We also recommend taking Flex off before showering because, as with any wearable device, it's best for your skin if the band stays dry and clean.

### Care

If the band gets wet or if you sweat in it, remove and completely dry the band before putting it back on. Clean the band with a mild soap-free cleanser like Cetaphil Gentle Skin Cleanser or Aquanil. Give your wrist a rest by taking the band off every now and then. Learn more.

### Materials

The Flex wristband is made of a flexible, durable elastomer material similar to that used in many sports watches. Flex also has a surgical-grade stainless steel clasp.

### Battery and Power

We recommend charging your Flex every few days to ensure you are always tracking.

- Battery life: up to 5 days
- Battery type: Lithium-polymer
- Charge time: One to two hours
- Radio transceiver: Bluetooth 4.0

### Environmental Requirements

- Operating temperature: -4° to 113°F (-20° to 45° C)
- Maximum operating altitude: 30,000 feet (9,144 m)

### Memory

- Tracks 7 days of detailed motion data, minute by minute
- Tracks daily totals for past 30 days

### Syncing

Flex syncs automatically and wirelessly to tablets, computers and 150+ leading iOS, Android and Windows smartphones using Bluetooth 4.0 wireless technology.

- Syncing range: 20 feet
- Syncing to computers requires Internet connection and USB port
- Syncing to mobile devices requires Bluetooth and Internet connection
- Syncs with Windows Vista and later, Mac OS X 10.6 and up, iPhone 4S and later, iPad 3 gen and later, and leading Android and Windows devices

10

# EXHIBIT E



**1**















8

charge    FEATURES    APP + DASHBOARD    GALLERY    SPECS    BUY NOW $129.95

# Specifications

## Sizing

Small    Large    X-Large*

size x-large*
fits wrists
7.7" - 8.9"

.83"

Sizing varies across trackers. Use this guide to pick the right fit & size up if you're between sizes.

*X-large size only available online at Fitbit.com

## Sensors & Components

• 3-axis accelerometer
• Altimeter
• Vibration motor

## Display

• OLED

## What's Included

Charging cable    Wireless sync dongle



## Water Resistance

Charge has been tested up to 1 ATM meaning it is sweat, rain and splash proof. However, the device is not swim proof. We also recommend taking Charge off before showering because, as with any wearable device, it's best for your skin if the band stays dry and clean.

## Care

If the band gets wet or if you sweat in it, remove and completely dry the band before putting it back on. Clean the band with a mild soap-free cleanser like Cetaphil or Aquanil. Give your wrist a rest by taking the band off every now and then. Learn more

## Materials

Charge's wristband is made of a flexible, durable elastomer material similar to that used in many sports watches. Charge also has a surgical-grade stainless steel clasp.

## Batteries & Power

We recommend charging your device every few days to ensure you are always tracking.

• Battery life: up to 7 - 10 days
• Battery type: Lithium-polymer
• Charge time: One to two hours
• Radio transceiver: Bluetooth low energy

## Environmental Requirements

• Operating temperature: -4° to 113° F
• Maximum operating altitude: 30,000 feet

## Memory

• Tracks 7 days of detailed motion data – minute by minute
• Tracks daily totals for past 30 days

## Syncing

Charge syncs automatically and wirelessly to tablets, computers and 150+ leading iOS, Android and Windows smartphones using Bluetooth 4.0 wireless technology.

• Syncing range: 20 feet
• Call notifications via Bluetooth 4.0
• Syncing to computers requires internet connection and USB port
• Syncing to mobile devices requires Bluetooth and internet connection
• Syncs with Windows Vista and later, Mac OS X 10.6 and up, iPhone 4S and later, iPad 3 gen. and later, and leading Android and Windows devices

**9**