WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000

JAMES W. HUSTON (CA SBN 115596)
JHuston@mofo.com
ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
FITBIT, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>                              Plaintiff,<br><br>       v.<br><br>FITBIT, INC.,<br><br>                              Defendant. | Case No. 3:15-cv-2077-JD<br><br>**[PROPOSED] ORDER GRANTING FITBIT, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:      November 4, 2015<br>Time:     10:00 a.m.<br>Ctrm:     11, 19th Floor<br><br>The Honorable James Donato<br><br><br>Date Action Filed:      May 8, 2015 |

[PROPOSED] ORDER GRANTING FITBIT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
Case No. 3:15-cv-2077-JD
sd-667859

The motion of Defendant Fitbit, Inc. to dismiss Plaintiffs' First Amended Complaint came on regularly for hearing on November 4, 2015 at 10:00 a.m. in Courtroom 11 of the above-entitled court.

After considering the moving and opposition papers, arguments of counsel and all other matter presented to the Court, IT IS HEREBY ORDERED that the Fitbit's Motion is GRANTED. Plaintiffs' First Amended Complaint is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

IT IS SO ORDERED.

Dated: _____, 2015

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING FITBIT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
Case No. 3:15-cv-2077-JD
sd-667859

1