UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  November 10, 2015                                             Judge:  Hon. James Donato

Time: 19 Minutes

Case No.        **C-15-02077-JD**
Case Name       **Brickman v. Fitbit, Inc.**

Attorney(s) for Plaintiff(s):     Christopher Land/Patrick J. Perotti
Attorney(s) for Defendant(s):     Julie Yongsun Park/William Lewis Stern

Deputy Clerk:  Lisa R. Clark                        Court Reporter: Rhonda Aquilina

PROCEEDINGS

Motion to Dismiss Plaintiffs' First Amended Complaint - Held.
Motion to Compel Arbitration and Dismiss Litigation - Held.
Case Management Conference - Held.

RESULT OF HEARING

On the motion to compel arbitration, plaintiffs' counsel states that Stephanie Mallick will be withdrawn as the named representative for the putative California class and that plaintiffs will file an amended complaint within 14 days with a new named representative. Defendant agrees to withdraw the motion to compel arbitration subject to renewal, if warranted, after the amended complaint is filed.

The motion to dismiss is deferred pending the amended complaint and renewed motion to arbitrate, if one is filed.

Initial disclosures will be exchanged by 11/20/2015. The parties agree to stay all other discovery until further order of the Court.