# EXHIBIT A

EVERYDAY FITNESS | ACTIVE FITNESS | PERFORMANCE FITNESS

| | Zip $59.95 | One $99.95 | Flex $99.95 | Charge $129.95 | Charge HR $149.95 | Surge $249.95 |
|---|---|---|---|---|---|---|
| Steps, Calories, Distance | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Clock | ✓ | ✓ | — | ✓ | ✓ | ✓ |
| Sleep Tracking | — | ✓ | ✓ | ✓ | ✓ | ✓ |
| Auto Sleep Detection | — | — | — | ✓ | ✓ | ✓ |
| Silent Wake Alarm | — | ✓ | ✓ | ✓ | ✓ | ✓ |
| Floors Climbed | — | ✓ | — | ✓ | ✓ | ✓ |
| Active Minutes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Multi-Sport | — | — | — | — | — | ✓ |
| Continuous Heart Rate | — | — | — | — | ✓ | ✓ |
| Caller ID | — | — | — | ✓ | ✓ | ✓ |
| Text Notifications | — | — | — | — | — | ✓ |
| Music Control | — | — | — | — | — | ✓ |
| GPS Tracking | — | — | — | — | — | ✓ |