# EXHIBIT B







zip

FEATURES APP + DASHBOARD GALLERY SPECS BUY NOW $59.95

**ALL-DAY ACTIVITY**

# Get a kick out of fitness.

Turn everyday life into a path to fitness with Zip, a simple device that tracks all-day activity like steps taken, distance traveled and calories burned.



zip    FEATURES    APP + DASHBOARD    GALLERY    SPECS    BUY NOW $59.95

**TAP DISPLAY**

# Progress at your fingertips.

Celebrate how much you do in a day with the easy-to-use Zip display. Flip through your activity stats and the time of day just by tapping the screen, and see Zip's smiley face grow as you get closer to your daily goal.





WEAR + LIFE

# Fits in your day, and your pocket.

Zip fits comfortably in your pocket, on a belt, or a bra, for a tracker that's as discreet or visible as you want it to be. It's also water-resistant, and has a replaceable watch battery that lasts up to six months—so you can wear it all day, every day without needing a charge.



# Specifications

## Sizing

Tracker            Clip



1.1"    0.38"    1.4"

## Sensors and Components

• 3-axis accelerometer

## Display

• LCD display
• Tap the display to cycle through daily stats

## What's Included

Fitbit Zip™ tracker        Silicon clip
Replaceable battery        Battery door tool
Wireless sync dongle

  

## Water Resistance

Zip is sweat, rain and splash proof. However, the device is not swim proof. With any clip-based wearable device, it's best for your skin if the clip stays dry and clean.

## Care

You can clip Zip to a belt, pocket or bra. Always use the silicone holder when clipping it to a bra or waistband as the plastic Zip tracker is not meant to be worn in direct contact with the skin. Make sure the Zip display faces outward when clipped to your bra. Learn more

## Materials

The Zip tracker is made of thermoplastic. The clip is made of silicone and metal.

## Battery and Power

Zip has a replaceable battery that you never have to charge. To insert or change your battery, use the battery door tool to unlock and open the door.

• Battery life: 4-6 months
• Battery type: 3v coin battery
• Radio transceiver: Bluetooth 4.0

## Environmental Requirements

• Operating temperature: -4° to 113°F
• Maximum operating altitude: 30,000 feet

## Memory

• Tracks 7 days of detailed motion data — minute by minute.
• Tracks daily totals for past 23 days

## Syncing

Zip syncs automatically and wirelessly to tablets, computers and 150+ leading iOS, Android and Windows smartphones using Bluetooth 4.0 wireless technology.

• Syncing range: 20 feet
• Syncing to computers requires Internet connection and USB port
• Syncing to mobile devices requires Bluetooth and Internet connection
• Syncs with Windows Vista and later, Mac OS X 10.6 and up, iPhone 4S and later, iPad 3 gen and later, and leading Android and Windows devices