# EXHIBIT C



1

one     FEATURES     APP + DASHBOARD     GALLERY     SPECS     BUY NOW $99.95

# One powerful, motivating tracker.



**All-Day Activity**
Track steps, floors climbed, distance, calories burned & active minutes

**Clock + Display**
See daily stats & time of day on the OLED display



**Sleep + Alarms**
Monitor how long and how well you sleep & wake with a silent alarm





**Wireless Syncing**
Sync stats wirelessly & automatically to computers and leading smartphones



**Wear + Life**
Water-resistant clip with a rechargeable battery that lasts 10+ days



one FEATURES APP + DASHBOARD GALLERY SPECS BUY NOW $99.95

**ALL-DAY ACTIVITY**

# Find fitness everywhere you look.

See how every step adds up with One, which tracks all-day activity like steps taken, distance traveled, floors climbed and calories burned.



**CLOCK + DISPLAY**

# See everyday on display.

Get motivated to meet your goals with a tracker that keeps daily stats and time on display. One shows all your activity with the push of a button—giving you the encouragement you need to be more active and make better choices throughout the day.



one   FEATURES   APP + DASHBOARD   GALLERY   SPECS   BUY NOW $99.95

SLEEP + ALARMS

Know your day from A to ZZZs

Measure your sleep quality at night by slipping One into the sleep wristband that's included with your tracker. Then, set a silent alarm to wake with a gentle vibration that won't disturb your partner.

5



WIRELESS SYNCING

# All your stats, always in sync.

One syncs your daily stats to your computer and 150+ leading smartphones, and shows your progress in easy-to-read charts and graphs, so you can see how close you are to your goals—anytime, anywhere.



one  FEATURES   APP + DASHBOARD   GALLERY   SPECS   BUY NOW $99.95

WEAR + LIFE

# By your side, day and night.

One clips securely and discreetly onto your pocket, belt or bra, has a battery life of 10+ days, and is rain, splash and sweat-proof —so no matter what your week looks like, you're always ready to make it count.



# Specifications

## Sizing

Tracker     Clip



1.89"

0.76"    0.38"

## Sensors and Components

- 3-axis accelerometer
- Altimeter
- Vibration motor

## Display

- OLED display
- Push the button to cycle through daily stats

## What's Included

Fitbit One™ tracker    Silicon clip
Charging cable    Sleep wristband
Wireless sync dongle



## Water Resistance

One is sweat, rain and splash proof. However, the device is not swim proof. With any clip-based wearable device, it's best for your skin if the clip stays dry and clean.

## Care

You can clip One to a belt, pocket or bra. Always use the silicone holder when clipping it to a bra or waistband as the plastic One tracker is not meant to be worn in direct contact with the skin. Make sure the One display faces outward when clipped to your bra. Learn more

## Materials

The One tracker is made of thermoplastic. The clip is made of silicone and metal.

## Battery and Power

We recommend charging your One weekly to ensure you are always tracking.

- Battery life: 10-14 days
- Battery type: Lithium-polymer
- Charge time: One to two hours
- Radio transceiver: Bluetooth 4.0

## Environmental Requirements

- Operating temperature: -4° to 113°F
- Maximum operating altitude: 30,000 feet

## Memory

- Tracks 7 days of detailed motion data – minute by minute.
- Tracks daily totals for past 23 days

## Syncing

One syncs automatically and wirelessly to tablets, computers and 150+ leading iOS, Android and Windows smartphones using Bluetooth 4.0 wireless technology.

- Syncing range: 20 feet
- Syncing to computers requires Internet connection and USB port
- Syncing to mobile devices requires Bluetooth and Internet connection
- Syncs with Windows Vista and later, Mac OS X 10.6 and up, iPhone 4S and later, iPad 3 gen. and later, and leading Android and Windows devices