# EXHIBIT N

Sleep Breath (2012) 16:913–917
DOI 10.1007/s11325-011-0585-y

SHORT COMMUNICATION

# Movement toward a novel activity monitoring device

Hawley E. Montgomery-Downs · Salvatore P. Insana ·
Jonathan A. Bond

Received: 24 May 2011 / Revised: 15 July 2011 / Accepted: 22 August 2011 / Published online: 6 October 2011
© Springer-Verlag 2011

**Abstract**

*Purpose* Although polysomnography is necessary for diagnosis of most sleep disorders, it is also expensive, time-consuming, intrusive, and interferes with sleep. Field-based activity monitoring is increasingly used as an alternative measure that can be used to answer certain clinical and research questions. The purpose of this study was to evaluate the reliability and validity of a novel activity monitoring device (Fitbit) compared to both polysomnography and standard actigraphy (Actiwatch-64).

*Methods* To test validity, simultaneous Fitbit and actigraph were worn during standard overnight polysomnography by 24 healthy adults at the West Virginia University sleep research laboratory. To test inter-Fitbit reliability, three participants also wore two of the Fitbit devices overnight at home.

*Results* Fitbit showed high intradevice reliability =96.5–99.1. Fitbit and actigraph differed significantly on recorded total sleep time and sleep efficiency between each other and polysomnography. Bland–Altman plots indicated that both Fitbit and actigraph overestimated sleep efficiency and total sleep time. Sensitivity of both Fitbit and actigraphy for accurately identifying sleep was high within all sleep stages and during arousals; specificity of both Fitbit and actigraph for accurately identifying wake was poor. Specificity of actigraph was higher except for wake before sleep onset; sensitivity of Fitbit was higher in all sleep stages and during arousals.

*Conclusions* The web-based Fitbit, available at a markedly reduced price and with several convenience factors compared to standard actigraphy, may be an acceptable activity measurement instrument for use with normative populations. However, Fitbit has the same specificity limitations as actigraphy; both devices consistently misidentify wake as sleep and thus overestimate both sleep time and quality. Use of the Fitbit will also require specific validation before it can be used to assess disordered populations and or different age groups.

**Keywords** Actigraphy · Agreement · Bland–Altman · Fitbit · Validation

H. E. Montgomery-Downs (✉) · S. P. Insana · J. A. Bond
Department of Psychology, West Virginia University,
53 Campus Drive, PO Box 6040,
Morgantown, WV 26506-6040, USA
e-mail: Hawley.Montgomery-Downs@mail.wvu.edu

*Present Address:*
S. P. Insana
Department of Psychiatry, University of Pittsburgh,
Pittsburgh, PA, USA

*Present Address:*
J. A. Bond
Department of Public Health, West Virginia University,
Morgantown, WV, USA

## Introduction

According to the 2008 Centers for Disease Control and Prevention report, 11.3% of Americans reported that they had not received sufficient rest or sleep during any of the past 30 days [1]. In March 2011, the Institute of Medicine released its Leading Health Indicators for Healthy People 2020. One of the IOM's healthy behaviors benchmarks is to "Increase the proportion of adults who get sufficient sleep" [2]. Simple, cost-effective ways of assessing sleep sufficiency will be needed to fulfill this mandate.

In order to accurately assess both total sleep time and the proportion of the sleep period spent asleep (sleep efficiency), technology for the objective measurement of sleep—

that does not itself cause sleep disturbance—is needed. Polysomnography (PSG) is considered the "gold-standard" for sleep measurement. Its disadvantages include high-cost, time-intensiveness, intrusiveness, and a "first-night effect" where sleep is disturbed by the novel environment and instrumentation [3]. While PSG is necessary for diagnosis of most sleep disorders, these disadvantages have led to the development of alternative sleep measurement instruments, such as actigraphy, for the identification of sleep time and efficiency. Actigraphy has been validated to identify sleep/wake times and patterns among adults [4], is relatively low-cost, non-intrusive, and ambulatory. Actigraphy is not without its disadvantages, including that it does not differentiate between sleep states, and tends to overestimate total sleep time because it does not detect brief awakenings [5].

The sleep field is constantly considering innovative activity monitoring technologies and ways of using them, after careful reliability and validity assessment. A new, very low-cost, ambulatory activity monitoring device that uses a web interface is currently on the market for home use. Our purpose was to describe reliability and validity of this new device—without any conflict of interest—to both PSG, and in comparison to a commonly used brand of actigraphy.

## Methods

The study was approved by the West Virginia University Office of Research Compliance. Participants were 24 healthy adults (40% female, M=26.1 [range=19–41] years, 92% white) with no history or symptoms of sleep disorders. Informed consent and HIPAA authorization were administered.

Participants wore a Fitbit (Fitbit, Inc., San Francisco, CA, USA) device in the product's velcro cuff adjacent to an Actiwatch 64 (AW-64) (Mini Mitter, Inc., Bend, OR, USA) on their non-dominant wrist during a single night of standard research PSG. Computers used to record PSG, Fitbit, and AW-64 were time synchronized. Epoch-by-epoch data were extracted from the outputs of both devices and compared to PSG. All device data were analyzed between PSG-identified lights off and lights on. Additionally, three participants also wore the two Fitbit devices simultaneously (on the same wrist) overnight at home to assess inter-Fitbit reliability.

### Actigraphy

The AW-64 is 28×27×10 mm, weighs 16 g, has 64 kB of non-volatile memory that is powered by an internal lithium 2,025 battery, and uses an internal piezoelectric accelerometer with zero-crossings to identify three-dimensional movement. AW-64 data were collected in 30-s epochs.



Actiware software version 5.52.0003 was used to analyze actigraphy signals using default wake threshold value=40, and 10 immobile minutes for sleep onset. To identify individual epochs as sleep or wake the system's algorithm measures and mathematically weighs activity counts during the four epochs preceding and following each epoch; the summed value derived from these epochs are compared to the wake threshold value to indicate sleep (below value) or wake (above value). The algorithm is then applied to the succeeding epoch in the recording period, and repeated through the end of the recording period [6].

### Fitbit

The Fitbit is also an accelerometer. Fitbit data were recorded using the only epoch setting available (1-min) and downloaded to the user website via the device's USB docking port; minutes identified as sleep and wake were extracted from the user website. The Fitbit uses three-dimensional motion sensing technology similar to the device that is used in the Nintendo Wii. The manufacturer's site reports that, "Sleep data from the Tracker correlates very strongly with results from polysomnograms found in sleep labs." but no evidence of this is provided [7]. Nordic Semiconductor, the supplier of the nRF24AP1 2.4 GHz chip and Wireless Sensor Network used within the Fitbit hardware for wireless interface, reports in their trade journal that this is the chip used by the Fitbit for wireless interface with the docking port that uploads data to the website [8]. No other technical specifications are available for Fitbit and there are no options to modify the recording or analysis settings.

### Polysomnography

Overnight PSG was performed at the West Virginia University Sleep Research Laboratory. Multichannel data acquisition equipment (Embla Systems, Inc., Broomfield, CO, USA) was used to record four channels of electroencephalography (O1/O2, C3/C4), chin electromyography, bilateral electrooculography, electrocardiogram, and anterior tibialis electromyography. Simultaneous audio/video monitoring was digitally recorded. All PSG records were scored and double-checked by analysts blind to the results of the Fitbit and actigraph recordings, using American Academy of Sleep Medicine criteria [9]. PSG outcome measures were sleep efficiency ([sleep epochs/epochs between lights out and lights on]×100) and total sleep time.

### Statistical analyses

To assess inter-Fitbit reliability, the proportion of epoch-by-epoch agreement to disagreement (×100) was calculated for

each of the three participants who wore the two Fitbit devices overnight at home.

To assess validity, the Fitbit data were collected in 1-min epochs and PSG and actigraphy data were each collected in 30-s epochs. To compare equivalently measured data across devices, each 1-min Fitbit epoch value was doubled to correspond to the 30-s PSG and actigraphy epoch values. Specificity (ability of the device to accurately identify PSG-scored wake epochs) was calculated for both Fitbit and AW-64 compared to PSG during all wake, specifically within wake before sleep onset and wake after sleep onset. Sensitivity (ability of the device to accurately identify PSG-scored sleep epochs) was calculated for both Fitbit and AW-64 compared to PSG during all sleep, specifically within stages N1, N2, N3, rapid eye movement (REM), and during sleep epochs when arousals occurred. Because arousals frequently span more than one PSG epoch, "arousal epochs" included both the PSG epoch when the arousal began, as well as the epochs immediately preceding and following the arousal epoch.

Data were analyzed using SPSS version 18.0; $p<0.05$ was considered statistically significant and Cohen's $d$ was calculated to demonstrate effect sizes with 0.2=small, 0.5=medium, and 0.8=large effects. Repeated measures analysis of variance and the Bland–Altman concordance technique [10] were calculated to compare devices with PSG and with each other. When comparing Fitbit and AW-64, the standard Bland–Altman plot was used, with the difference between the devices plotted against their average. However, because PSG is the gold standard and in order to show the absolute difference between each of Fitbit and AW-64 compared to PSG, we applied the more conservative method of plotting the difference between each and PSG against PSG rather than the average of PSG and the devices.

## Results

Among the 24 participants, average PSG recording time was 465.0 (SD±48.4) min, sleep efficiency was 79.5% (SD± 11.8%), and total sleep time was 370.9 (SD±70.3) min. Average Fitbit-measured sleep efficiency was 94.0% (SD± 5.6%), and total sleep time was 438.0 (SD±58.6) min. Actigraphy-measured sleep efficiency was 88.8% (SD± 6.6%), and total sleep time was 413.9 (SD±59.6) min.

Inter-Fitbit reliability agreement rates on epoch-by-epoch comparison for each of the three participants who wore the two Fitbit devices overnight were 96.5%, 99.1%, and 97.6%.

Fitbit ($p<0.001$, $d=1.6$) and AW-64 ($p<0.001$, $d=0.99$) each differed significantly from PSG and from each other ($p<0.001$, $d=1.41$). Compared to PSG, Fitbit overestimated sleep efficiency by an average of 14.5% (SD±10.7%) and AW-64 overestimated sleep efficiency by 9.3% (SD± 9.7%). Compared to AW-64, Fitbit overestimated sleep efficiency by 5.2% (SD±2.7%). Compared to PSG, Fitbit and AW-64 misidentified sleep efficiency with a >10% discrepancy among 58% and 50% of participants, respectively. Compared to the AW-64, the Fitbit misidentified sleep efficiency with a >10% discrepancy among 4.2% of participants. Figure 1 shows Bland–Altman concordance graphs for sleep efficiency (Fig. 1a–c) with the difference between Fitbit and PSG (Fig. 1a), the difference between



Fig. 1 Bland Altman concordance graphs plotting results for Sleep Efficiency (a, b, c) and Total Sleep Time (d, e, f) for the average of polysomnography and Fitbit (a, d), polysomnography and AW 64 (b, e), and AW 64 and Fitbit (c, f)



AW-64 and PSG (Fig. 1b) and the difference between Fitbit and AW-64 (Fig. 1c) plotted on the y-axis, compared to PSG (Fig. 1a, b) and against the mean of Fitbit and AW-64 (Fig. 1c) on the x-axis.

Consistently, on total sleep time Fitbit ($p<0.001$, $d=1.0$) and AW-64 ($p<0.001$, $d=0.66$) also both differed significantly from PSG, and from each other ($p<0.001$, $d=0.41$). Compared to PSG, Fitbit overestimated total sleep time by an average of 67.1 (SD±51.3) min and AW-64 overestimated total sleep time by 43.0 (SD±46.6) min. Compared to the AW-64, Fitbit overestimated total sleep time by an average of 24.1 (SD±12.4) min. When Fitbit and AW-64 were compared to the mean of the device and PSG, they overestimated total sleep time by >30 min among 75% and 54% of participants, respectively. When the Fitbit was compared to the AW-64, the Fitbit overestimated total sleep time by >30 min among 29.2% of participants. Figure 1 shows Bland–Altman concordance graphs for total sleep time (Fig. 1d–f) with the difference between Fitbit and PSG (Fig. 1d), the difference between AW-64 and PSG (Fig. 1e) and the difference between Fitbit and AW-64 (Fig. 1f) plotted on the y-axis, compared to PSG (Fig. 1d, e) and against the mean of Fitbit and AW-64 (Fig. 1f) on the x-axis.

Sensitivity (ability of a device to accurately identify PSG-scored sleep) and specificity (ability of a device to accurately identify PSG-scored wake) are shown on Table 1. Although mean sensitivity of both devices was high in all sleep stages and for sleep when arousals were scored, the specificity for both was poor for overall wake, as well as for both wake before and wake after sleep onset.

AW-64 specificity was higher than Fitbit on overall wake and wake after sleep onset; the two devices' specificity did not differ significantly on wake before sleep onset. Fitbit sensitivity was higher than AW-64 on sleep, stages N1, N2, N3, and REM, and for sleep epochs with arousals. Extremely low specificity for one participant (see ranges on Table 1) is explained by their very short sleep onset latency (2 min, both of which were misclassified as sleep by Fitbit and AW-64) and few epochs of wake after sleep onset.

## Discussion

Fitbit devices show acceptable reliability between devices, demonstrating that different devices perform consistently compared to each other. Similar to actigraphy, the Fitbit system relies on movement and absence of movement to infer sleep and wake. Consequently, also similar to actigraphy, when compared to PSG the Fitbit overestimated sleep efficiency and total sleep time. Consistently, both Fitbit and actigraph have high sensitivity (ability to accurately identify sleep epochs) and poor specificity (ability to accurately identify wake epochs), although the sensitivity was somewhat higher for Fitbit in all sleep stages and during epochs with arousals, and the specificity was also higher for Fitbit during wake before sleep onset.

Table 1 AW 64 and Fitbit epoch by epoch specificity (accurate identification of wake) and sensitivity (accurate identification of sleep)

| State | Specificity (range) | | Sensitivity (range) | | p value |
|---|---|---|---|---|---|
| | Fitbit | AW 64 | Fitbit | AW 64 | |
| Wake[a] | 19.8 (2.1–78.0) | 38.9 (4.8–74.8) | | | <0.001 |
| Wake before sleep onset | 42.9 (0–100.0) | 35.8 (0–100.0) | | | 0.296 |
| Wake after sleep onset | 11.8 (0–43.4) | 37.5 (1.2–77.8) | | | <0.001 |
| Sleep | | | 97.8 (92.0–100) | 95.7 (90.2–99.6) | <0.001 |
| Stage N1 | | | 91.4 (63.2–100) | 86.5 (52.9–100) | 0.029 |
| Stage N2 | | | 97.7 (92.8–100) | 96.1 (88.7–100) | 0.019 |
| Stage N3 | | | 98.3 (77.9–100) | 96.8 (81.7–100) | 0.001 |
| REM | | | 98.8 (85.4–100) | 95.9 (85.4–100) | <0.001 |
| Arousal epochs | | | 97.5 (91.4–100) | 86.1 (69.7–97.3) | <0.001 |

[a] Wake before sleep onset (after lights out) and after sleep onset



Concordance between the Fitbit and PSG, shown on the Bland–Altman plots, was highest among participants who had higher sleep efficiency and longer sleep times.

Although the Fitbit may be a useful activity monitoring device, its value will depend on the study goals and clinical population being examined. Specifically, this performance profile suggests that quantitative use of Fitbit may be valuable only with normative populations since performance for both Fitbit and AW-64 among participants with lower sleep efficiencies and times was poor. Since it has not been evaluated for use with disordered populations at this time, Fitbit use should not exceed the acceptable parameters established for sleep/wake monitoring with actigraphy [4].

The major limits of our study were that (a) the single night of standard research PSG did not permit examination of normal sleep that was not susceptible to the laboratory first-night effect and (b) we only assessed non-disordered young adults. Before the Fitbit can be used on any other population, the device will need to be specifically validated for use among the particular population of interest (i.e., different ages and clinical populations).

There are also limits due to the state of the field itself. Specifically, the sleep field has not established standard criteria for agreement between PSG and new technologies. Because of this, individual research groups have by convention independently determined their own unique standards. As the field of home testing and alternative technologies continues to develop, it will be worthwhile to develop evidence-based position statements on the metric values that are necessary to consider a device to be valid. Clearly established standards might also encourage product improvements.

The low specificity of actigraphy, and now Fitbit, limits researcher and clinician access to a thoroughly valid, non-intrusive, field-based method for recording sleep/wake patterns and durations. Although these devices are both highly sensitive, this is at the cost of their relative inability to detect periods of wake before and during sleep. Generally, heightened device specificity should be a top priority for product development in order to establish a distinct advantage above competitive brands, and to more adequately suit the needs of consumers. There are decided improvements of the Fitbit over standard actigraphy: it has much lower cost; it allows web-based interface so that the researcher can access data downloaded from the home of any participant with a web-accessible computer; and as long as the device is returned to its docking station every 4 days, the battery life is unlimited. However, the Fitbit device and interface do not allow the user to adjust algorithm parameters, limiting examination of Fitbit data under differentially trained algorithms. At this time, the company that manufactures the Fitbit has shown no willingness to share information about the device algorithm or to allow users to download raw movement intensity data that would allow the user to develop their own algorithm.

**Acknowledgments** Support was provided by the West Virginia University Research Foundation. Amanda McBean, B.S., and Aubree Webb, B.S. ran the overnight polysomnographies.

**Conflict of Interest** The authors declare that they have no conflict of interest. Specifically, none of the authors has any relationship with the company that produces the Fitbit device or any actigraphy company.

## References

1. McKnight-Eily LR, Liu Y, Perry GS, Presley-Cantrell LR, Strine TW, Lu H, Croft JB (2009) Perceived insufficient rest or sleep among adults—United States, 2008. MMWR Morb Mortal Wkly Rep 58:1175–1179
2. Institute of Medicine of the National Academies Leading Health Indicators for Healthy People 2020—Letter Report available at: http://www.iom.edu/Reports/2011/Leading-Health-Indicators-for-Healthy-People-2020/Table.aspx (accessed 3/16/2011)
3. Agnew HW, Webb WB, Williams RL (1966) The first night effect: an EEG study of sleep. Psychophysiology 2:263–266
4. Morgenthaler T, Alessi C, Friedman L, Owens J, Kapur V, Boehlecke B, Brown T, Chesson A, Coleman J, Lee-Chiong T, Pancer J, Swick TJ (2007) Practice parameters for the use of actigraphy in the assessment of sleep and sleep disorders: an update for 2007. Sleep 30:519–529
5. de Souza L, Benedito-Silva A, Pires ML, Poyares D, Tufik S, Calil HM (2003) Further validation of actigraphy for sleep studies. Sleep 26:81–85
6. Philips Respironics User's Manual available at: http://www.respironics.com/UserGuides/Actiwatch_SW_Instr_Manual.pdf (accessed 4/8/2011)
7. Fitbit User information available at: http://www.fitbit.com/faq#howaccurate (accessed 4/8/11)
8. ULP Wireless Quarter available at: http://www.nordicsemi.com/eng/News/ULP_Wireless_Quarter/The_Wireless_Quarter_Q4_2008/%28language%29/eng-GB (accessed 4/8/2011)
9. Iber C, Ancoli-Israel S, Chesson A, Quan S (2007) The AASM manual for the scoring of sleep and associated events: rules, terminology and technical specifications, 1st edn. American Academy of Sleep Medicine, Westchester, IL
10. Altman DG, Bland JM (1983) Measurement in medicine: the analysis of method comparison studies. The Statistician 32:307–317

