# EXHIBIT B



THE HOME OF TECHNOLOGY

TRENDING    MWC 2016    Samsung Galaxy S7    iPhone 5SE    Windows 10    HTC Vive

# Fitbit is releasing a limited number of Charge HR and Surge trackers early

By Michael Rougeau, December 05, 2014   Other devices

Get the new fitness trackers this month



Like TechRadar on Facebook    Like

**Update:** A Fitbit spokesperson has informed TechRadar that this promotion is limited to the US only.

Hopeful Fitbit Surge and Fitbit Charge HR fans in other regions will have to wait until early 2015, but at least that isn't too far away.

Original story follows…

*Article continues below*

**MOST-READ ARTICLES**



**The best Super Bowl 50 commercials are the ones with tech - watch them now**



**Week in Tech: Chu Detective, why Alphabet rules, and the multi-million dollar keyboard**



**Thinking of getting an HTC Vive? Check that your room is this size first**

Fitbit is amping up its fitness tracker game with two new devices, the Fitbit Surge and Fitbit Charge HR, that are scheduled to release in 2015.

But a limited number are about to go on sale to certain customers early, the company has revealed.

They'll offer the Surge and Charge HR this month to customers who signed up on Fitbit's website to be notified about their availability, and a small number will also go on sale in select retailers. This may be US only, and we've asked Fitbit to clarify.

"The Fitbit team is excited to be able to make this limited release available before the holidays; we are releasing the products now because we were able to complete development a bit early and get our manufacturing cranking early," a spokesperson told TechRadar.

## Well that's just super

The Fitbit Charge HR is an updated Fitbit Charge with a heart rate monitor, caller ID and more, while the Surge has so many additional features that Fitbit has labelled it a "superwatch."

## We Buy Timeshares
givebacktimeshare.com/BuyProgram
No pressure or hidden fees to sell. Rated "A" by BB

For anyone who doesn't grab one this month the new bands are still scheduled for an unspecified early 2015 release.

They aren't offering pre-orders, but you can still sign up to get notified about them on Fitbit's website.

- Fitbit shuns Apple's HealthKit

## Related product: Fitbit Charge HR

**Our Verdict:**

★★★★★ 

This is a weird one. It fails as tech on certain levels, yet does genuinely motivate and works as a lifestyle product. We love it, anyway…

### ⊕ FOR

- Comfortable to wear (for us anyway) Stylish, discreet look Solid, "fun" fitness tracking

### ⊖ AGAINST

- The heart-rate monitor adds little Looking for rigorous accuracy? Look elsewhere Expensive for what you get

**$120.94**   VIEW AT WALMART

See all prices (22 found)

### RELATED NEWS



Fitbit Surge gets major battery boost in latest update

 Wear your Fitbit too long and you may get a rash, admits Fitbit

 This self-powering e-watch could help solve the smartwatch battery problem

 Fitbit's Windows 10 fitness app looks better than Microsoft's

**SEE MORE OTHER DEVICES NEWS** ▶

## You May Like

### 3 Banks Introduce New Cards Paying Unusually High Miles Per Dollar
LendingTree

### 10 Things Men Find Unattractive
WmnLife.com

### Brilliant Mortgage Payoff Method Has Banks On Edge
Comparisons.org

### 2 Dudes on Shark Tank Reveal Trillion Dollar Idea
The Motley Fool

### Homeowners Are in for a Big Surprise in 2016
AmeriValue Rate Quotes

### Get Grandfathered In For Extra Social Security By April 30th
Stansberry Research

### (2016) You're In For A Big Surprise If You Own A Home in California
Bills.com

### Worst Exercise For People Over 40
MAX Workouts Fitness Guide

### Her Dress Dropped Jaws At The 2015 Met Gala
StyleBistro

### Doing A Reverse Mortgage, How Much Cash Do You Get?
Reverse Mortgage Loan Center

### New Trick To Save Money On Electricity In California
SunRun Solar Quotes

### How This Razor is Disrupting a $13 Billion Industry
Dollar Shave Club

### An Extremely Brilliant Way To Pay Off Your Credit Cards
LendingTree

### Ron Paul: "Buying Gold Will Not Be Enough"
Stansberry Research

### Worst Exercise For Middle Age -- Ages You Faster

MAX Workouts Fitness Guide

**The Richest Person In Every State**
Forbes

Sponsored Links by Taboola 

# Fitbit Valentine's Offer
t-mobile.com/Fitbit
Get a Fitbit device when you shop w/ T-Mo

LOAD COMMENTS

Advertisement



✉ **TECH DEALS, PRIZES AND LATEST NEWS**

Get the best tech deals, reviews, product advice, competitions, unmissable tech news and more!

Your email address

LEARN MORE ▶

No spam, we promise. You can unsubscribe at any time and we'll never share your details without your permission.

Advertisement



MOST POPULAR                    MOST SHARED

2   **Best phone 2016: the 10 best**



|   |   |
|---|---|
|   | smartphones we've tested |
| 3 | **iPhone 7 release date, news and rumors** |
| 4 | **Best free video editing software: 2016's top applications for making movies** |
| 1 | **Samsung Galaxy S7 release date, news and rumors** |
| 5 | **15 best laptops you can buy in 2016** |

## Fitbit Valentine's Offer

t-mobile.com/Fitbit

Get a Fitbit device at T-Mobile. Shop for yours today.

TechRadar is part of Future plc, an international media group and leading digital publisher. **Visit our corporate site**.

Terms and conditions

Privacy policy

Cookies policy

Advertise with us

© Future US, Inc. One Lombard Street, Suite 200, San Francisco California 94111.