# EXHIBIT C

NYSE: FIT       $ 15.73 **-1.20 -7.09%**

                                                                 

# Press Release Details

VIEW ALL PRESS RELEASES 

01/06/2015
Download this Press Release?(PDF 110 KB)

### Fitbit Announces Global Availability of Highly Anticipated Fitbit Charge HR and Fitbit Surge

*Market leader delivers superior heart rate tracking, a Fitness Super Watch with the most advanced tools to train smarter and innovative interactive experience to stay motivated*

2015 International CES

LAS VEGAS--(BUSINESS WIRE)--CES – Fitbit, Inc., the market leader in the fast-growing Connected Health and Fitness category, today announced the availability of Fitbit Charge HR™ and Fitbit Surge™, which will begin shipping today across North America with global availability following shortly after.

> "With Fitbit Charge HR and Fitbit Surge, features like heart rate tracking are made simpler by being continuous and automatic so the technology works no matter what you're doing and the experience is seamless yet powerful, giving users valuable all day health insights."

The company also announced it will extend popular features like on-device exercise summaries – already available on Fitbit Surge – to Fitbit Charge HR, as well as new features coming soon, like multi-device support across its entire product line. Fitbit is always working to enhance its full line of award-winning trackers to deliver even more advanced, game-changing features designed to make tracking more intuitive and efficient.

"Focused on our mission to empower and inspire people to lead healthier, more active lives, we have always understood that activity tracking is only part of the journey to attaining better health. It is critical that the information users get from tracking is easy to understand and useful, and the experience is fun and engaging – so they stay motivated," said James Park, CEO and Co-Founder of Fitbit. "With Fitbit Charge HR and Fitbit Surge, features like heart rate tracking are made simpler by being continuous and automatic so the technology works no matter what you're doing and the experience is seamless yet powerful, giving users valuable all day health insights."

**Make Every Beat Count with Fitbit Charge HR**

Fitbit Charge HR packs advanced technology and finely tuned algorithms into a stylish, comfortable design:

- Fitbit's proprietary PurePulse™ optical heart rate technology, delivers *continuous*, automatic wrist-based heart rate tracking all day (not just when you wake up) and during workouts to give a complete picture of your health and fitness
    - Motivates users to maintain workout intensity and monitor calorie burn automatically with no uncomfortable chest strap
    - More accurately track all-day calorie burn for exercises that aren't step-based, like cycling, elliptical or group exercise classes
    - Hit fat burn, cardio and peak intensity with simplified heart rate zones and track resting heart rate over time to optimize overall health
- Bright OLED screen displays all day stats including continuous heart rate tracking with steps, distance, floors climbed, calories burned and time
- Exercise Mode records workouts with the press of a button and provides real-time exercise stats on the display, as well as detailed exercise summaries and heart rate insights on the Fitbit dashboard
- Caller ID keeps users connected by vibrating and showing the caller's name or number when a smartphone is nearby
- Automatic sleep detection monitors sleep quality; also features a silent, vibrating alarm
- High-quality, water-resistant, comfortable textured design with improved clasp and up to 5 days of battery life
- Additional features coming soon, such as exercise summaries directly on the display, providing even quicker access to workout stats

**Train Smarter with Fitbit Surge**

Fitbit's Fitness Super Watch — Fitbit Surge — includes all the powerful features of Fitbit Charge HR, plus:

- Built-in GPS delivers stats like pace, distance, elevation and split times. Fitbit Surge seamlessly syncs with mobile devices to show route history and workout summaries, leading to smarter training
- Multiple Sport Mode, to classify workouts and view detailed summaries of exercises completed—including heart rate and calories burned
- Smartest combination of desirable smartwatch features including customizable watch faces, Caller ID, text alerts and mobile music control
- Advanced eight-sensor technology — GPS, 3-axis accelerometers, 3-axis gyroscope, digital compass, optical heart rate monitor, altimeter, ambient light sensor and a touchscreen
- Backlit LCD touchscreen display for easy viewing and navigation through real-time stats, workout apps and alarms
- Battery life up to 7 days, to track everything from the work week to a full marathon on one charge

**Steps Ahead of the Competition**

- **Superior heart rate tracking technology.** Fitbit Charge HR and Fitbit Surge don't just

track resting heart rate – *they both offer continuous, automatic heart rate tracking all day, all night and during workouts* so you never miss a beat. PurePulse heart rate tracking provides more accurate calorie burn, the ability to maintain your workout intensity, maximize your training and optimize your all day health and fitness

- **The right product to reach any goal.** With six activity trackers and the Aria Wi-Fi scale, Fitbit offers more product choices than anyone in the market, at various price points ($60-$250), all with great battery life (5-10 days to 6 months, depending on the tracker)—ensuring there's something for every lifestyle, every budget and every goal

- **A supportive global community.** With more than 69 percent market share, Fitbit has the largest community of users with social and mobile tools, like Fitbit Challenges™ and food logging, to help everyone reach their health and fitness goals faster. Plus, with recently launched interactive features and more coming soon, Fitbit takes fitness to the next level with a fun and engaging experience that keeps users motivated to move more

- **A connected experience.** Fitbit products offer cross-platform compatibility, syncing wirelessly to more mobile platforms than any other fitness tracker available today, including more than 150 iOS, Android and Windows devices

- **Seamless and smart, from app to dashboard.** With the top downloaded app for connected fitness devices on iTunes, Google Play and Windows Phone stores, a user-friendly dashboard experience and unparalleled software, Fitbit gives users easy access to everything they need to reach their health and fitness goals

## Committed to Highest Quality Product Standards

Fitbit is committed to creating the highest quality products and helping customers learn the best way to wear their trackers. Fitbit consults with scientific experts and conducts extensive product tests with independent labs to ensure they meet stringent standards.

Fitbit encourages anyone wearing an activity tracking wristband, regardless of the brand, to follow four key elements for maximum enjoyment: keep it clean, keep it dry, keep it loose and give your wrist a break. We recommend wearing the band loosely enough that it can move back and forth on your wrist. We have developed guidelines for our products with our Scientific Advisory Board dermatologists to educate the public on how they should wear and care for their device and keep their skin happy. These guidelines are available at www.fitbit.com/productcare.

## Pricing & Availability

Fitbit Charge HR and Fitbit Surge are available now on Fitbit.com and online at leading retailers nationwide. Both will be widely available in major North American retailers, including Best Buy, Brookstone, Dick's Sporting Goods, Kohl's, REI, The Sports Authority and Target, by the end of January. Major global retailers will be announced later this month.

- Fitbit Charge HR ($149.95) is available in black, plum, blue* and tangerine*
- Fitbit Surge ($249.95) is available in black, blue* and tangerine*

*These colors are coming soon. Fitbit Charge, Fitbit Charge HR and Fitbit Surge will be available in small, large and extra large sizes (extra large only available through Fitbit.com).*

## Fitbit at International CES 2015®

Stop by the Fitbit CES booth to see the new Fitbit Charge HR and Fitbit Surge wristbands, and explore the entire Fitbit line of health and fitness products – Tech West: Sands Expo at The Venetian, Level 2, #74318.

About Fitbit

Fitbit designs products and experiences that track everyday health and fitness, empowering and inspiring people to lead healthier, more active lives. As the leader in the fast-growing Connected Health & Fitness category, Fitbit's diverse line of award-winning products includes Fitbit Surge, Fitbit Charge HR, Fitbit Charge, Fitbit Flex, Fitbit Zip and Fitbit One activity trackers, as well as the Aria Wi-Fi Smart Scale. Fitbit products are carried in more than 25,000 North American retail stores, 37,000 stores around the globe, and sold in 48 countries. Headquartered in San Francisco, Fitbit is privately held and funded by Foundry Group, Qualcomm Ventures, Sapphire Ventures, Softbank Capital, SoftTech VC and True Ventures.

*Fitbit, the Fitbit logo, Fitbit Surge, Fitbit Charge HR, Fitbit Charge, Fitbit Flex, Fitbit One, Fitbit Zip, PurePulse, MobileRun and Aria are trademarks, service marks and/or registered trademarks of Fitbit, Inc. in the United States and in other countries. All other trademarks, service marks, and product names used herein are the property of their respective owners.*

Connect with us on Facebook or Twitter and share your Fitbit experience.

Contacts

**Fitbit**
Stephna May
415-367-4102
fitbit@olson.com

PRESS RELEASES                    PRESS KIT

CONTACT PR                        CONTACT IR

About Us    Careers    Retailers

Affiliates    Corporate Wellness    API

Help

© Copyright 2016 Fitbit Inc. All rights reserved.
Privacy Policy   Terms of Service
Returns & Warranty   Wear and Care

Recall & Safety Info

Case 3:15-cv-02077-JD Document 68-4 Filed 02/08/16 Page 6 of 6

Recall & Safety Info