1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  JAMES W. HUSTON (CA SBN 115596)
   JHuston@mofo.com
6  ERIN M. BOSMAN (CA SBN 204987)
   EBosman@mofo.com
7  JULIE Y. PARK (CA SBN 259929)
   JuliePark@mofo.com
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
9  San Diego, California 92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125

11 Attorneys for Defendant
   FITBIT, INC.
12
   *(Counsel continued on next page)*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 | JAMES P. BRICKMAN, individually and as a representative of all others similarly situated, | Case No. 3:15-cv-2077-JD |
18 | | |
19 | Plaintiff, | **JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND L.R. 7-11** |
20 | v. | |
21 | FITBIT, INC., | |
22 | Defendant. | Ctrm: 11, 19th Floor |
23 | | The Honorable James Donato |
24 | | Date Action Filed: May 8, 2015 |

25

26

27

28

ADMIN JNT MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:15-cv-2077-JD
sd-678261

LEVI & KORSINSKY LLP
ADAM C. MCCALL (State Bar No. 302130)
amccall@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

LEVI & KORSINSKY LLP
LORI G. FELDMAN (*pro hac vice*)
lfeldman@zlk.com
ANDREA CLISURA (*pro hac vice*)
aclisura@zlk.com
COURTNEY E. MACCARONE (*pro hac vice*)
cmaccarone@zlk.com
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (866) 367-6510

Attorneys for Plaintiffs Judith Landers,
Lisa Marie Burke, and John Molenstra

1    Pursuant to Civil Local Rules 3-12 and 7-11, the parties in *Landers, et al. v. Fitbit, Inc.*,
2 No. 3:16-cv-00777 hereby jointly move this Court to relate *Landers* to the above-captioned
3 action.

4    Under Civil Local Rule 3-12(a), actions are related when they (1) "concern substantially
5 the same parties, property, transaction or event," and (2) "[i]t appears likely that there will be an
6 unduly burdensome duplication of labor and expense or conflicting results if the cases are
7 conducted before different Judges." The present motion seeks an order from the Court relating
8 the following cases:

9        1.    *Brickman v. Fitbit, Inc.*, No. 3:15-cv-2077-JD;
10       2.    *McLellan, et al. v. Fitbit, Inc.*, No. 3:16-cv-00036-JD; and
11       3.    *Landers, et al. v. Fitbit, Inc.*, No. 3:16-cv-00777.

12    This Court has already determined that *McLellan* and *Brickman* are related. (ECF No. 70
13 (Related Case Order).) *Landers* is also a related action within the meaning of Local Rule 3-12(a).
14 The *Landers* complaint alleges nearly identical consumer deception claims against Fitbit as the
15 *McLellan* complaint on behalf of the same purported classes of purchasers of the Fitbit Charge
16 HR and Fitbit Surge. Like the *McLellan* complaint, the *Landers* complaint alleges that Fitbit's
17 PurePulse Trackers do not accurately record users' heart rates during intense activity. (McLellan
18 First Amend. Compl. ¶ 2 (ECF No. 6); Landers Compl. ¶ 4 (ECF No. 1).)

19           **A.    All Cases Concern Substantially the Same Parties, Property,
                    Transaction or Event**
20

21    Relating *Landers* to *Brickman* and *McLellan* is proper because all cases concern
22 substantially the same parties, property, transaction, or event. Plaintiffs in the *Landers* lawsuit
23 purport to represent classes of users who purchased Fitbit Charge HR and Fitbit Surge, who are
24 also included in the proposed *Brickman* and *McLellan* classes. All lawsuits name Fitbit, Inc.
25 ("Fitbit") as the defendant and make consumer deception allegations about the Fitbit Charge HR
26 and Fitbit Surge. In fact, the *Landers* and *McLellan* cases make the same claims about the same
27 products. Fitbit is represented by the same counsel in all three cases. The actions involve the
28 same products, the same defendant, the same defense counsel, and similar legal theories and

1  claims.

   B.  **Relating the Cases Will Avoid Burdensome Duplication of Labor, Expense, and the Risk of Conflicting Rulings**

The classes, documents, and witnesses will be nearly identical for the *McLellan* and *Landers* cases, which plead nearly the same causes of action about the same factual allegations regarding Fitbit's heart rate tracking products. Because of this, the cases should be related to avoid duplicative and inefficient discovery, duplicative and inefficient discovery disputes, and a risk of conflicting rulings. These inefficiencies could be avoided by relating *Landers* to *Brickman* and *McLellan*.

   C.  **Conclusion**

For the reasons stated above, the parties respectfully request that this Court consider the present joint administrative motion and determine that *Landers* is related to *Brickman* and *McLellan*.

Dated: March 15, 2016            MORRISON & FOERSTER LLP

                                 By: /s/ Erin M. Bosman
                                     Erin M. Bosman

                                 Attorneys for Defendant
                                 FITBIT, INC.

Dated:  March 15, 2016           LEVI & KORSINSKY LLP

                                 By: /s/ Lori G. Feldman
                                     Lori G. Feldman

                                 Attorneys for Plaintiffs

Case No. 3:15-cv-2077
sd-678261

3

**ECF ATTESTATION**

I, Erin M. Bosman, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: March 15, 2016                MORRISON & FOERSTER LLP

                                     By: /s/Erin M. Bosman
                                         Erin M. Bosman

                                     Attorneys for Defendant
                                     FITBIT, INC.

**CERTIFICATE OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the above-captioned action. My business address is 12531 High Bluff Drive, Suite 100, San Diego, California 92130.

On March 15, 2016, I served the foregoing document, described as **Joint Administrative Motion to Consider Whether Cases Should Be Related Pursuant To Civil L.R. 3-12 and L.R. 7-11**, as well as the **Stipulation In Support Of Joint Motion To Relate Cases Pursuant to Civil L.R. 3-12 and L.R. 7-11**, and **Proposed Order** on all parties in this action and in *McLellan v. Fitbit*, Case No. 16-cv-00036-VC and *Landers v. Fitbit*, Case No. 16-cv-00777 as follows:

X   **BY U.S. MAIL [Fed. R. Civ. P. 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 100, San Diego, California 92130 in accordance with Morrison & Foerster LLP's ordinary business practices.

X   **BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

| | |
|---|---|
| Jonathan D. Selbin<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Tel: 212-355-9500<br>Fax: 212-355-9592<br>Email: jselbin@lchb.com<br><br>Attorneys for McLellan Plaintiffs | Lori G. Feldman<br>Levi & Korinsky LLP<br>30 Broad Street, 24th Floor<br>New York, NY 10004<br>Tel: 212-363-7500<br>Fax: 866-367-6510<br>Email: lfeldman@zlk.com<br><br>Attorneys for Landers Plaintiffs |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2016, at San Diego, California

*/s/ Christine Gordon*
Christine Gordon