WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:   415.268.7000
Facsimile:   415.268.7522

ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
KAI BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone:   858.720.5100
Facsimile:   858.720.5125

Attorneys for Defendant
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 3:15-cv-2077-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FITBIT, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   May 25, 2017<br>Time:   10:00 a.m.<br>Ctrm:   11, 19th Floor<br>Trial:   July 10, 2017<br><br>The Honorable James Donato<br><br>Date Action Filed:   May 8, 2015 |

[PROPOSED] ORDER GRANTING FITBIT'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:15-cv-2077-JD
sf-3752784

Defendant Fitbit, Inc.'s ("Fitbit's") Motion for Summary Judgment ("Motion") came on for hearing on May 25, 2017.  Counsel for both parties appeared.

Having considered all of the papers filed by the parties in connection with Fitbit's Motion, the papers and records on file in this action, the parties' arguments at the hearing on this matter, and good cause appearing, it is hereby ordered that:  Fitbit's Motion for Summary Judgment is GRANTED.

**IT IS SO ORDERED.**

DATED:  _____, 2017

_____
Honorable James Donato
United States District Court Judge