WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: 415.268.7000

ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
KAI BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125


Attorneys for Defendant
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 3:15-cv-2077-JD<br><br>**DECLARATION OF SHELTEN YUEN IN SUPPORT OF FITBIT, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     May 25, 2017<br>Time:    10:00 a.m.<br>Ctrm:    11, 19th Floor<br>Trial:     July 10, 2017<br><br>The Honorable James Donato<br><br>Date Action Filed:     May 8, 2015 |

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

YUEN DECL ISO FITBIT'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:15-cv-2077-JD
sf-3759508

I, Shelten Yuen, hereby declare as follows:

1.  I am the Vice President of Research for Defendant Fitbit, Inc. ("Fitbit").  I have personal knowledge of the matters stated herein, and if called as a witness, could and would competently testify thereto.

2.  In my role as Vice President of Research for Fitbit, I am familiar with the development, operation, and functionality of Fitbit's devices and associated technology.

**Fitbit and Its Wearable Devices**

3.  Fitbit is a leading manufacturer of wearable activity trackers designed to help people set and achieve their health and fitness goals.

4.  Fitbit launched its first device—known simply as the "Fitbit Tracker" or retrospectively and informally called the "Classic"—in September 2009.  Today, Fitbit offers a number of wearable fitness trackers and other products with a multiple, different features sold at different price points.  Fitbit sells its products in brick-and-mortar retail stores, through internet retailers, and through its own Fitbit.com website.

**The Devices at Issue**

5.  I am familiar with Plaintiffs' allegations in this matter.  In particular, I understand that this litigation concerns a subset of Fitbit devices equipped with Fitbit's proprietary sleep-tracking technology that were released between May 8, 2011 and October 27, 2014.  Those are Classic, "Ultra," "One," and "Flex" (the "Devices").  Fitbit released Ultra in or around October 2011, One in or around September 2012, and Flex in or around January 2013.

**"Sleep Mode"**

6.  For Devices sold and used during the relevant period, sleep tracking generally worked the same way across the Devices.  First, the user was required to manually enable "sleep mode" when he or she wanted to begin sleep tracking.  Likewise, the user was required to manually disable sleep mode when he or she wanted to stop sleep tracking.  For Fitbit Flex, users enabled sleep tracking by rapidly tapping the face of the Device for one to two seconds, after which the Flex would vibrate and display two slowly dimming lights to indicate that sleep mode had begun.  The diming lights would be displayed for the duration of the time the Device is in

sleep mode. Disabling sleep mode worked essentially the same way. In addition, the user could activate sleep mode or edit the period during which the Device was in sleep mode by accessing Fitbit's online Dashboard. A true and correct copy of the Fitbit Flex Product Manual, which describes this process, is attached hereto as **Exhibit A**. For Fitbit One, sleep mode was (and still is) activated by "hold[ing] the tracker's button for 2+ seconds." (*See* Fitbit One Product Manual, at 9, a true and correct copy of which is attached hereto as **Exhibit B**.) Ultra and Classic also required the user to manually activate sleep mode. In addition, users could edit sleep periods using the Fitbit dashboard on their computer.

7.    Once sleep mode is activated, the Devices use a combination of hardware and software components to track the user's sleep. The Devices use a 3-axis accelerometer to detect movement and the absence of movement.

8.    Fitbit's method of tracking sleep based on the user's movement data is known as "actigraphy."

### Margaret Clingman's Experience

9.    I understand that Plaintiff Margaret Clingman testified that her Fitbit Flex went into "sleep mode" on several occasions while she was pushing a stroller or a grocery cart. It is entirely possible for a Device to inadvertently enter into sleep mode due to vibrations felt while gripping the handle of a cart or stroller moving over a hard or uneven surface. From the perspective of the accelerometer sensor, these vibrations can look similar to rapidly tapping the device and are known to put the device into the manual sleep tracking mode. If a user had an inadvertent sleep period, he or she would have been able to edit it using their Fitbit dashboard.

### The Emails Described in Plaintiffs' Previous Submissions

10.    Plaintiffs attached to their Motion for Class Certification (ECF No. 120-4) an email exchange produced in the litigation as FB_BRICKMAN_0118341 through FB_BRICKMAN_0118348 (*see* ECF No. 120-15), and also referenced these documents in their

Class Certification Reply (ECF No. 128-4) and Opposition to Fitbit's Motion to Strike the Expert Opinion of John F. Burke and Harvey S. Rosen. (ECF No. 129-5.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2017, in San Francisco, California.

DocuSigned by:

Shelten Yuen

Shelten Yuen

YUEN DECL ISO FITBIT'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:15-cv-2077
sf-3759508

3