# EXHIBIT A



# Wireless Activity + Sleep Wristband



*Product Manual*

# Table of Contents

Getting Started ...............................................................................................1

What's included............................................................................................1

How to put on your Flex..............................................................................1

Choosing your wristband .......................................................................1

Removing the clasp .................................................................................1

Putting the clasp in securely ..................................................................1

Inserting the tracker ...............................................................................2

How to secure your wristband ...............................................................3

Care and wearing tips.................................................................................4

Setting up Fitbit Flex on a Computer............................................................5

Mac and PC requirements ..........................................................................5

Installing Fitbit Connect on a computer.....................................................5

Mac installation.......................................................................................5

PC Installation .........................................................................................5

Pairing to a computer .................................................................................5

Mac pairing..............................................................................................6

PC pairing ................................................................................................7

Wireless sync to a computer.......................................................................8

Setting up Fitbit Flex on a Mobile Device ....................................................9

Mobile device requirements .......................................................................9

Before you begin .....................................................................................9

Installing the Fitbit app ..........................................................................9

iOS pairing...................................................................................................9

iOS syncing ...............................................................................................10

Force sync ..............................................................................................10

Real-time dashboard..............................................................................11

All-day sync .................................................................................................................................11

Android pairing.............................................................................................................................12

Android syncing ...........................................................................................................................12

Tap to sync using Near-Field Communication (NFC)...........................................................12

Force sync ..............................................................................................................................13

Background Sync.....................................................................................................................13

Using your Flex ..................................................................................................... 14

Wearing your Flex ........................................................................................................................14

Wearing on your Dominant vs. Non-dominant wrist..........................................................14

Using your Flex in wet conditions........................................................................................14

LED indicator lights .....................................................................................................................14

Goal tracking .........................................................................................................................14

Sleep mode ...........................................................................................................................15

Charging.................................................................................................................................15

Updating ................................................................................................................................15

Alarms ...................................................................................................................................15

Battery life and power .................................................................................................................15

Battery life.............................................................................................................................15

Charging your Flex.................................................................................................................16

Memory.........................................................................................................................................16

What Fitbit Flex tracks ..........................................................................................17

Setting goals with Flex ................................................................................................................17

Checking your goal progress.......................................................................................................18

Tracking sleep with Flex .............................................................................................................19

Tracking sleep on your mobile device .................................................................................19

Silent Alarms................................................................................................................................20

Setting silent alarms from a computer.................................................................................20

Setting silent alarms from an iOS device .............................................................................20

Setting silent alarms from an Android device ................................................................ 21

Dismissing silent alarms ................................................................................................ 21

## Your Fitbit.com Dashboard ........................................................................... 22

Browser requirements .......................................................................................... 22

Using your dashboard ........................................................................................... 22

Logging food, activities, and sleep .............................................................. 22

Device info ....................................................................................................... 23

Managing your Flex from fitbit.com .............................................................. 23

## Updating Fitbit Flex .................................................................................... 24

Updating Flex on a computer .............................................................................. 24

Updating Flex on an iOS device .......................................................................... 24

Updating Flex on an Android device .................................................................. 25

## Fitbit Flex General Info & Specifications ...................................................... 26

Sensors and motors ............................................................................................. 26

Size and weight .................................................................................................... 26

Environmental conditions .................................................................................... 26

Help ....................................................................................................................... 26

Return policy and warranty ................................................................................. 27

## Regulatory and Safety Notices ................................................................... 28

USA: Federal Communications Commission (FCC) Statement .......................... 28

Canada: Industry Canada (IC) Statement ........................................................... 28

EU (European Union) ............................................................................................ 29

Other ..................................................................................................................... 29

Safety Statement .................................................................................................. 30

Important Safety Instructions .............................................................................. 30

Built-in Battery Precautions ................................................................................ 31

Disposal and Recycling Information .................................................................... 31

# Getting Started

## What's included

Your Fitbit Flex Wireless Activity + Sleep Wristband box includes:

- Flex tracker
- Charging cable
- Wireless sync dongle
- 1 small and 1 large wristband



| Flex tracker | Charging cable | Wireless sync dongle | Wristbands |

## How to put on your Flex

### Choosing your wristband

Your Flex comes with a large and a small wristband. Choose the wristband that fits most comfortably on your wrist.

If you choose the small wristband, please note you'll need to remove the clasp from the large wristband and put it into the small wristband.

### Removing the clasp

Push the clasp out with one thumb from the inside of the wristband, then pull out the clasp.

### Putting the clasp in securely

Insert the clasp into the wristband and press a few times with both thumbs to ensure that the clasp is flat and in line with the wristband.

1



<hr />

**NOTE:** If there is a bulge on the inside of the band between the two inside prongs of the clasp, find a small object like a credit card to push it flat.

<hr />

## Inserting the tracker

Hold the tracker in your hand with the grey arrow facing up. Insert this end into the wristband, with the arrow pointing toward the holes in the wristband.



2

## How to secure your wristband

1.  Put on the wristband so the window of lights are closest to the outside of your wrist and facing you.
2.  Align both ends of the wristband so they are directly overlapping each other with the clasp over the two holes that best fit your wrist.



3.  Squeeze both the clasp and the wristband between your thumb and forefinger until you hear a click.



3

You'll know your Flex wristband is securely fastened if both ends of the wristband are fully inserted.



---

**NOTE:** If you're having trouble, try securing the wristband off your wrist to get a feel for how it securely clasps and then try again on your wrist.

---

## Care and wearing tips

Keep the following tips in mind when caring for your Flex:

- Clean and dry the Flex regularly, particularly under the band.
- Wear your Flex band loosely enough to allow air circulation.
- Use skin care products sparingly on the areas of the wrist covered by the Flex.
- If you notice any signs of skin irritation or experience any discomfort, please discontinue use.

4

# Setting up Fitbit Flex on a Computer

## Mac and PC requirements



**Software**
Mac OS 10.5 or later
Internet Connection

**Hardware**
USB port



**Software**
Windows XP, Vista, 7, 8
Internet Connection

**Hardware**
USB port

## Installing Fitbit Connect on a computer

Fitbit Connect is the software application that connects your Flex tracker to your Fitbit.com Dashboard. It is available to download at no cost from Fitbit.com.

NOTE: If you already have Fitbit Connect installed on your computer, you will need to download the latest version to set up your Flex.

### Mac installation

1. Go to http://www.fitbit.com/setup.
2. Verify that Mac is highlighted and click the Download Here button below Flex.
3. Double-click the .dmg file in your Downloads folder.

NOTE: If the file does not appear on your desktop, search for "Fitbit Connect" using the Spotlight search feature.

4. Run the Fitbit Connect installation package by double-clicking Install Fitbit Connect.pkg.
5. Follow the onscreen instructions to complete setup.

### PC Installation

1. Go to http://www.fitbit.com/setup.
2. Verify that PC is highlighted and click the Download Here button below Flex.
3. Go to your Downloads folder and double-click the FitbitConnect_Win.exe file.
4. Choose your language and follow the onscreen instructions.

## Pairing to a computer

Once Fitbit Connect is installed on your computer, you can pair your Flex to your account. This will sync your data, allow you to manage device settings, and set goals.

5

## Mac pairing

1. On the Menu Bar of your Mac, click the Fitbit Connect icon and choose Open Main Menu.



2. From the Main Menu, select Set Up a New Fitbit Device.
3. Account Setup:
   a. Select New to Fitbit if you don't already have a Fitbit.com account.
   b. Select Existing User to log into your existing Fitbit.com account.

   NOTE: Only one Fitbit tracker can be paired to an account.

   If you currently have another Fitbit tracker paired to your account and want to continue using it, choose Don't Replace to continue setup using a different email address.

   Choose Replace Tracker to remove your other tracker from the account, and replace it with your Flex.

4. Enter or confirm your personal information and click Next. This information personalizes your Fitbit experience and improves the accuracy of your calorie burn and distance data. This personal information is, by default, only visible to your friends, but you can adjust your privacy settings from your Fitbit.com account to control what information is shared with others.
5. Choose Flex as the device you're setting up.
6. Follow the onscreen instructions to remove the Flex tracker from the wristband, charge, and reinsert the tracker into your preferred wristband.
7. Insert the wireless sync dongle and click Next.
8. Fitbit Connect will search for your Flex. Once found, the lights on your Flex will begin to blink. Tap the window of your Flex two times with your finger until it vibrates. If Fitbit Connect can't find your Flex, click Not working and follow the onscreen instructions for further help.

   NOTE: If you experience trouble setting up your Flex, you can get support at http://help.fitbit.com.

9. Once Fitbit Connect shows that linking is complete, you Next to continue.
10. You're all set. Click Go to Dashboard to track your activity and configure your account settings.

## PC pairing

1. In the Windows System Tray, right-click the Fitbit Connect icon and choose Open Main Menu.



2. From the Main Menu, select Set Up a New Fitbit Device.
3. Account Setup:
   a. Select New to Fitbit if you don't already have a Fitbit.com account.
   b. Select Existing User to log into your existing Fitbit.com account.

   NOTE: Only one Fitbit tracker can be paired to an account.

   If you currently have another Fitbit tracker paired to your account and want to continue using it, choose Don't Replace to continue setup using a different email address.

   Choose Replace Tracker to remove your other tracker from the account, and replace it with your Flex.

4. Enter or confirm your personal information and click Next. This information personalizes your Fitbit experience and improves the accuracy of your calorie burn and distance data. This personal information is, by default, only visible to your friends, but you can adjust your privacy settings from your Fitbit.com account to control what information is shared with others.
5. Choose Flex as the device you're setting up.
6. Follow the onscreen instructions to remove the Flex tracker from the wristband, charge, and reinsert the tracker into your preferred wristband.
7. Once you've inserted the wireless sync dongle, click Next.
8. Fitbit Connect will search for your Flex. Once found, the lights on your Flex will begin to blink. Tap the window of your Flex two times with your finger until it vibrates. If Fitbit Connect can't find your Flex, click Not working and follow the onscreen instructions for further help.

   NOTE: If you experience trouble setting up your Flex, you can get support at http://help.fitbit.com.

7

9.  Once Fitbit Connect shows that linking is complete, click Next to continue.
10. You're all set. Click Go to Dashboard to track your activity and configure your account settings.

## Wireless sync to a computer

Wireless syncing to Fitbit.com is automatic, as long as:

- Your computer is powered on, awake, and connected to the internet
- The wireless sync dongle is plugged in
- Fitbit Connect is installed and running

Your Flex tracker will sync whenever it is within 20 feet of your computer.

You can Force Sync your Flex by clicking on the Fitbit Connect icon, which is located by the time and date on your computer. Select Sync Now to start the force sync.

NOTE: If you experience any trouble syncing your Flex with your computer, you can visit http://help.fitbit.com for further help.

# Setting up Fitbit Flex on a Mobile Device

## Mobile device requirements

The Fitbit Flex is capable of setting up and syncing with select mobile devices that support Bluetooth 4.0 technology. To see if your mobile device is compatible with your Flex, visit http://www.fitbit.com/devices.

**NOTE:** If your mobile device is not compatible to sync via Bluetooth, you can still use the Fitbit App to view your data and track your progress, however you will need to complete setup using a Mac or PC.

### Before you begin

Your Flex must be charged before you can set up on your mobile device.

1. Remove your Flex from the wristband it came in.
2. Plug your charging cable into a USB port on your computer.
3. Insert your Flex into the charging cable.



You can begin setup once your Flex displays four lights during charging.

### Installing the Fitbit app

You can find the Fitbit app on the iOS App store or Google Play store by searching for "Fitbit." If you already have the Fitbit app installed, check for available updates to make sure you have the latest version.

## iOS pairing

Unlike most Bluetooth accessories, like headsets, your Flex must be paired directly through the Fitbit App, not through the Settings app on your iOS device.

9

1.  Open the Fitbit App.
2.  Create an account:
    a.  Select Join Fitbit if you don't already have a Fitbit.com account.

    NOTE: Click Log In if you're an existing Fitbit app user. Only one Fitbit tracker can be paired to an account.

    If you're replacing an existing tracker, tap Account > Set Up a New Fitbit device.

    b.  Tap Flex as the device you're setting up.
    c.  Tap Set up your Flex. On the next few screens, enter your personal details. This information personalizes your Fitbit experience and improves the accuracy of your calorie burn and distance data. This personal information is, by default, only visible to your friends, but you can adjust your privacy settings on the Fitbit website to control what information is shared with others.
    d.  Enter your name and the email address and password you'd like to use for your Fitbit account.
3.  Tap All done! and follow the instructions to remove the Flex tracker from the wristband and charge the device.
4.  Tap I'm Ready to start pairing your Flex.
5.  Once found, the lights on your Flex will begin to blink. Tap the window of your Flex repeatedly with your finger until it vibrates.
6.  Tap Next to finish setup and go to your dashboard.

NOTE: If you experience trouble pairing your Flex, you can get support at http://help.fitbit.com.

# iOS syncing

Your Flex can sync directly to supported iOS devices via Bluetooth. To see if your iOS device is compatible with your Flex, go to http://www.fitbit.com/devices.

Syncing occurs automatically every time you open the Fitbit App, as long as Bluetooth is enabled in the iOS device Settings app.

## Force sync

You can force your Flex to sync while the app is already open.

1.  Open the Fitbit App.
2.  At the top of the dashboard, tap Flex.
3.  Tap Sync Now.

## Real-time dashboard

You can use the Fitbit app to see your stats update in real time. Open the Fitbit app. Once your Flex syncs, the message "Connected to your Flex" will appear at the top of the screen. Take a few steps to see your stats update instantly.

## All-day sync

The Fitbit app also supports all-day sync. This setting allows your Flex to sync with your iOS device while the Fitbit app is running in the background.

Tap Account and then Flex to toggle All-Day Sync on or off.

11

# Android pairing

Unlike most Bluetooth accessories, your Flex must be paired directly through the Fitbit App, and not through your Android device's Bluetooth preferences.

1. Open the Fitbit App.
2. Account Setup:
   a. Select Get started if you don't already have a Fitbit.com account.
   b. Select Log in to log into your existing Fitbit.com account.

   ---

   NOTE: Are you an existing Fitbit App user?

   Only one Fitbit tracker can be paired to an account.

   If you're replacing an existing tracker on your account press the Menu button > Device Settings > Set up new device. When prompted, tap Replace and skip to step 6.

   ---

3. Enter the email address and password for your Fitbit account and tap Sign Up.
4. Enter your personal details, then tap Save. This information personalizes your Fitbit experience and improves the accuracy of your calorie burn and distance data. This personal information is, by default, only visible to your friends, but you can adjust your privacy settings on the Fitbit website to control what information is shared with others.
5. Tap Set up Now.
6. Choose Flex and follow the onscreen prompts.
7. Tap I'm Ready to begin searching for your Flex.
8. Once found, the lights on your Flex will begin to blink. Tap the window of your Flex repeatedly with your finger until it vibrates. If you have trouble finding your Flex, tap Try Again and follow the onscreen instructions for help.
9. Once the Fitbit App shows the message "You're all set!" you can tap Go To Dashboard to complete setup.

---

NOTE: If you experience trouble pairing your Flex, you can get support for this and other questions at http://help.fitbit.com.

---

# Android syncing

Your Flex can sync directly to supported Android devices via Bluetooth. To check if your Android device is compatible with your Flex, see http://www.fitbit.com/devices.

Syncing will occur automatically when you open the Fitbit app, as long as Bluetooth is enabled in both the Android device settings and the Fitbit app. To turn on Bluetooth in the Fitbit app, tap the Menu button > Device Settings > check Use Bluetooth.

## Tap to sync using Near-Field Communication (NFC)

Your Flex is equipped with Near-Field Communication (NFC) technology, allowing it to interact with Android devices that support this feature.

With the screen on and unlocked, tap your Android device to the top of your Flex. You may need to adjust the location based on where your Android device's NFC chip is located.

After a moment, the Fitbit app will automatically open. If you haven't opened the Fitbit app recently, launching will automatically sync via Bluetooth.

## Force sync

Tapping the Sync icon on the top-right of the menu will initiate a force (manual) sync with your Flex and Fitbit.com.

You can also force sync your Flex through the Devices menu.

1. Open the Fitbit App.
2. Tap the menu button.
3. Tap Device Settings.

NOTE: Make sure Use Bluetooth is checked.

4. Tap Flex.
5. Tap the Sync Now icon.

## Background Sync

The Fitbit app also supports background sync. This setting allows your Flex to sync with your Android device while the Fitbit app is in the background, or minimized.

To turn on background sync, tap the menu button > Device Settings > choose your Flex > tap Background Sync.

# Using your Flex

## Wearing your Flex

Your Flex is designed to be most accurate when worn on your wrist. If you need help securing your wristband, see How to put your Flex on.

### Wearing on your Dominant vs. Non-dominant wrist

To get the most accurate reading from your Flex, you can configure whether you are wearing the wristband on your dominant or non-dominant wrist.

NOTE: Your dominant wrist is that which you use for most day-to-day activities, e.g.; writing, washing dishes, throwing a ball, etc.

To configure this setting:

1. Log in to Fitbit.com.
2. Click the gear in the top-right corner of the Dashboard.
3. Click Settings.
4. Click Device Settings on the left sidebar.
5. Under Dominant Hand choose the correct setting.

NOTE: Changes to this setting will not appear until you sync your Flex.

### Using your Flex in wet conditions

Your Flex can be worn while you are in the shower or working out. It is sweat-proof, rain-proof, water resistant, and can be submerged in water up to ten meters.

## LED indicator lights

Your Flex features a display that consists of 5 LED indicator lights. The lights behave differently depending on what the tracker is doing.

### Goal tracking

The indicator lights illuminate as you hit 20% increments towards your goal. Tap your Flex to see your progress. When you reach your goal, Flex will celebrate by buzzing and flashing its lights.

14

## Sleep mode

When you tap your Flex rapidly for one or two seconds to enter sleep mode, it will vibrate and display two slowly dimming lights. During sleep mode, two blinking lights alternate. After you tap your Flex rapidly to exit sleep mode, it will vibrate and flash all five lights three times and then display a spinning light pattern.

## Charging

While your Flex is charging, an indicator light will pulse to show the battery level every few seconds. Each indicator light represents progress towards the total charge. When the Flex has charged completely, all 5 indicator lights will blink.

## Updating

If an update fails to complete, your Flex's LED indicator lights may cycle back and forth repeatedly, from left to right, and your Flex no may longer respond to taps, charging, or resets.

## Alarms

When a silent alarm goes off, the Flex vibrates and the center light flashes.

# Battery life and power

## Battery life

Your Flex comes equipped with a rechargeable lithium-polymer battery.

With normal use, your Flex should last about five days before needing a charge. You can check the level of your battery by logging in to Fitbit.com and clicking on the gear icon on the top-right corner of the page.



15

## Charging your Flex

To charge your Flex, plug the charging cable into the USB port on your computer. Remove the tracker from the wristband, and insert it into the charging cable, with the LED indicator lights facing up.



The LED indicator lights will progressively illuminate on your Flex as it charges. Each light represents 20% of the maximum charge. Once all five lights pulse in unison, your Flex will be fully charged. Charging completely can take up to three hours.

# Memory

When you sync your Flex, your activity data is uploaded to your Fitbit.com Dashboard. Your Flex holds detailed minute-by-minute information for the most recent 7 days, and up to 30 days of daily activity summaries.

Your recorded data consists of steps taken, calories burned, distance traveled and active minutes.

Sync your Flex regularly to have the most detailed data available to view on your Fitbit.com dashboard.

NOTE: Your Flex starts tracking your goal for the next day at 12:00AM for the time zone selected in your personal settings on your Fitbit.com account.  You can adjust your time zone at http://www.fitbit.com/user/profile/edit.

This does not delete the previous day's data: that data will be uploaded to your Fitbit.com dashboard the next time you sync your Flex.

16

# What Fitbit Flex tracks

Your Flex tracks:

- Steps taken
- Calories burned
- Distance traveled
- Very Active Minutes
- Time asleep
- Number of times awoken

## Setting goals with Flex

Your Flex is designed to track your progress towards one specific goal that you define on your Fitbit.com dashboard. Goals can be set for steps taken, calories burned, or distance traveled.

To choose the specific goal you want to track:

1. Log in to your Fitbit.com dashboard.
2. Click the gear icon in the top-right corner of the page.
3. Click Settings.
4. Click Devices.
5. Under Daily Goal Progress, choose the goal you would like to track.
6. Sync your Flex to send the new goal to your tracker.

NOTE: You can only select one goal to track at a time, but you can change this goal or its value at any time on your Fitbit.com dashboard.

Once you've chosen which goal you want to track, you can set a specific value for that goal on the Fitbit.com Dashboard page or using the Fitbit app for mobile.

# Checking your goal progress

When you tap your Flex twice with your finger, the LED indicator lights will show how much of your goal you've accomplished.



Each fully lit indicator represents 20% of your total goal. A blinking light shows the current segment of the goal you're working on.

In the example below, two lights are solid and the third is blinking. This means you've achieved between 40% and 60% of your overall goal.



When you reach your goal, your Flex will vibrate and flash the LED indicator lights to celebrate.

# Tracking sleep with Flex

Your Flex can track the hours you sleep, as well as your activity during sleep to help you understand your sleep quality.

To enter sleep mode, tap your Flex rapidly for one to two seconds. Your Flex will vibrate and display two slowly dimming lights to indicate that sleep mode has begun.

**NOTE:** During sleep mode, your Flex will not display goal progress when you tap twice. Instead, it will alternate two blinking lights, back-and-forth, to indicate that you are in sleep mode.



When you wake up, tap your Flex rapidly for one to two seconds to exit sleep mode. Upon exiting sleep mode, your Flex will vibrate and flash all five LED indicator lights.

If you forget to put your Flex into sleep mode, you can always enter your sleep time at http://www.fitbit.com/sleep. After creating a record, you will be able to view your sleep efficiency.

## Tracking sleep on your mobile device

You can track your sleep using the Fitbit App on your mobile device. If you use your device as an alarm, the sleep tracking feature will still operate if the Fitbit App is not on your screen.

To track sleep on your iOS device:

1. Open the Fitbit app
2. Tap the sleep tile on the dashboard.
3. Tap the + button in the top-right corner
4. Tap Begin Sleep Now

To track sleep on your Android device:

1. Open the Fitbit App
2. Tap the menu next in the top-left corner of the app
3. Tap Sleep
4. Tap the + button in the top-right corner
5. Tap Begin Sleep Now

If you minimize the Fitbit app by pressing the home button, your sleep will continue to be tracked. When you wake up, just open the Fitbit app again, tap I'm Awake, then tap View Summary to see a summary of your sleep.

# Silent Alarms

Your Flex gently vibrates to wake or alert you with its Silent Alarm feature. You can set alarms using your computer or a compatible mobile device.

Silent Alarms can be configured to recur every day, or on particular days of the week.

You can set up to eight alarms on your Flex.

**NOTE:** Setting multiple alarms may diminish the battery life of your Flex.

## Setting silent alarms from a computer

You can set silent alarms from your computer by using the Fitbit.com dashboard.

1. Log in to your Fitbit.com dashboard.
2. Click the gear icon in the top-right corner of the page.
3. Click Settings.
4. Click Silent Alarms.
5. Click the Add Alarm button.
6. Enter the time you want the alarm to alert you.
7. Choose how often you want the alarm to occur:
   a. Once – Your alarm will alert you at the specified time, and not repeat.
   b. Repeats – Choose which days you want this alarm to repeat every week.
8. Click Save.

Your new alarm will be synced to your Flex the next time you sync your tracker.

**NOTE:** If you want to sync the alarm immediately, open Fitbit Connect and select Sync Now.

## Setting silent alarms from an iOS device

To set silent alarms using the Fitbit app for iOS, Bluetooth must be enabled in your iOS Settings app.

Your iOS device also must support wireless sync. To see if your device is supported, go to http://www.fitbit.com/devices.

1. Open the Fitbit app.
2. Tap Account.
3. Tap Silent Alarms.
4. Tap Set a New alarm.
5. Set the time by adjusting the click-wheel.
6. If applicable, tap the days of the week you want this alarm to repeat. (for example, at 7:00 AM, every weekday)
7. Tap Save.
8. Sync your tracker to ensure that the alarm information is sent to it.

Your iOS device will now sync the alarm to your Flex.

**NOTE:** Make sure your Flex is nearby in order to sync your alarm. To force sync the alarm to it, tap Account > Flex > Sync Now.

## Setting silent alarms from an Android device

To set silent alarms using the Fitbit app for Android, Bluetooth must be enabled in your Android device settings, as well as the Fitbit app Devices screen.

Your mobile device also must support wireless sync. To check if your device is supported, see http://www.fitbit.com/devices.

1. Open the Fitbit App.
2. Tap the menu button.
3. Tap Device Settings.
4. Choose Flex.
5. Tap Silent Alarm.
6. Tap Add a new alarm.
7. Tap Next.
8. Tap Add a new alarm.
9. Tap the time to enter a time.
10. If you prefer, tap the Repeats checkbox and tap the days of the week you want this alarm to repeat.
11. Tap Done.
12. Tap the Sync tracker to save alarms button.

**NOTE:** Make sure your Flex is nearby in order to sync your alarm. To Force Sync the alarm, tap the menu button > Device Settings > choose Flex > tap the Sync Now icon.

## Dismissing silent alarms

Your Flex will vibrate and the LEDs will illuminate when your silent alarm goes off. This notification will repeat three times or until dismissed. You can dismiss the alarm by tapping a few times after the vibration has stopped.

You'll know your alarm has been dismissed when one light appears in the middle of your Flex's display, then slowly fades.  If you do not dismiss the alarm, your Flex alarm will repeat in nine minutes.

# Your Fitbit.com Dashboard

## Browser requirements

| Browser | Mac Version | Windows Version |
|---|---|---|
| Apple Safari | 5.0.5 and higher | Not Supported |
| Google Chrome | 12 and higher | 12 and higher |
| Microsoft Internet Explorer | Not Supported | 8 and higher |
| Mozilla Firefox | 3.6.18 and higher | 3.6.18 and higher |

## Using your dashboard

Fitbit provides you with a free online tool to help track, manage, and evaluate your fitness progress.

When you log into Fitbit.com, you will automatically be taken to your dashboard. Your dashboard shows an overview of your progress towards your goals, as well as graphs with historical data.

### Logging food, activities, and sleep

From your dashboard, you can launch individual log pages to keep track of your food, activities, sleep, and other custom trackers.

22

## Device info



You can see a quick preview of your tracker's last sync, battery level and upcoming alarms if you click on the **gear** icon in the top-right corner of the page.

## Managing your Flex from fitbit.com

Manage your tracker from Fitbit.com by clicking the gear icon in the top-right corner of the page, clicking Settings, and choosing Devices from the left sidebar.

The Device Settings screen allows you to change:

- Daily Goal Progress: Choose which of the goals you want your Flex to display when checking your progress. You can edit the value of this goal from the Fitbit.com Dashboard, or your mobile device using the Fitbit App.
- Dominant Hand: Choose which wrist you wear your Flex on to get the most accurate data readings. More information on this topic is located here.
- Sleep Tracking: Set the sensitivity of your sleep tracking by changing this setting. The Normal setting is sufficient for most people. If you are a sound sleeper, you can choose Sensitive to capture the smallest movements of your body.

You can manage silent alarms by clicking Silent Alarms from the left sidebar.

**NOTE:** You must sync your Flex in order to apply any changed settings to your tracker.

# Updating Fitbit Flex

Fitbit may release free updates for your Flex. You can update your flex using Fitbit Connect on your computer,or the Fitbit app on your mobile device.

It is recommended that you keep your Flex updated. The latest feature enhancements and product improvements are made through updates.

**NOTE:** Updating your Flex can take up to five minutes and requires a minimum battery level. We recommend that you charge your Flex prior to updating, or while the update is in progress.

## Updating Flex on a computer

To update your Flex on a Mac or PC.

1. Click the Fitbit Connect icon near the time and date.
2. From the Main Menu, choose Check for device update.
3. Log in to your account using your Fitbit.com credentials.
4. Fitbit Connect will now look for your Flex.

**NOTE:** Make sure your wireless sync dongle is plugged in. You can make your Flex easier to find by tapping it twice to wake it up.

5. If an update has been found for your Flex, Fitbit Connect will display a progress bar indicating that the update is in progress. Keep your Flex close to your computer while you perform the update.
6. When the update completes, Fitbit Connect will display, "You're all set!"

If you have trouble updating your Flex on a computer, see http://help.fitbit.com.

## Updating Flex on an iOS device

Your Flex can be updated using the Fitbit app for iOS, if your iOS device is compatible with the Wireless Sync feature. To see if it is compatible, go to http://www.fitbit.com/devices.

1. Open the Fitbit app.
2. Tap your tracker name at the top of the app dashboard. You'll be taken to your tracker's device settings page.
3. Tap Sync Now.
4. If a device update is available, you will see the option to update. If your tracker is already up to date, "Update Available" will not be an option on your mobile device.

**NOTE:** Make sure your Flex remains near your iOS device while finding and updating it. You can make your Flex easier to find by tapping it twice to wake it up.

24

When the update completes, the Fitbit app will say, "You're all set!"

If you have trouble updating your Flex with the Fitbit app for iOS, see http://help.fitbit.com for more information.

## Updating Flex on an Android device

Your Flex can be updated using the Fitbit app for Android, if your Android device is compatible with the wireless sync feature. To see if it is compatible, go to http://www.fitbit.com/devices.

1. Open the Fitbit app.
2. Tap the Menu button.
3. Tap Device Settings.

NOTE: Make sure Use Bluetooth is checked.

4. Choose Flex from the menu.
5. If there is an update available, tap the Update Available button at the top of this screen.

NOTE: Make sure your Flex remains near your Android device while finding and updating it. You can make your Flex easier to find by tapping it twice to wake it up.

6. When the update completes, the Fitbit app will say, "You're all set!"

If you have trouble updating your Flex with the Fitbit app for Android, see http://help.fitbit.com for more information.

25

# Fitbit Flex General Info & Specifications

## Sensors and motors

Your Flex uses a MEMS 3-axis accelerometer that measures your motion patterns to determine your calories burned, distance traveled, steps taken, and sleep quality. Flex also contains a vibration motor, which allows it to vibrate when alarms go off.

## Size and weight

|  | Length | Width | Weight |
| --- | --- | --- | --- |
| Small wristband (incl. tracker) | 5.5 – 6.9 in<br>140 – 176 mm | 0.6 in<br>13.99 mm | 13.4 grams |
| Large wristband (incl. tracker) | 6.3 – 8.2 in<br>161 – 209 mm | 0.6 in<br>13.99 mm | 14.6 grams |

## Environmental conditions

| Operating Temperature | -4° to 113° F<br>(-20° to 45° C) |
| --- | --- |
| Non-operating Temperature | -22° to 140° F<br>(-30° to 60° C) |
| Water Resistant | Device is water resistant, and can be submerged up to 10 meters. |
| Maximum Operating Altitude | 30,000 feet<br>(9,144 m) |

## Help

Troubleshooting and assistance for your Fitbit Flex tracker can be found at http://help.fitbit.com.

26

# Return policy and warranty

Warranty information and the Fitbit.com Store Return Policy can be found online at
http://www.fitbit.com/returns.

# Regulatory and Safety Notices

Model Name: FB401

## USA: Federal Communications Commission (FCC) Statement

This device complies with FCC part 15 FCC Rules.

Operation is subject to the following two conditions:

1. This device may not cause harmful interference and
2. This device must accept any interference, including interference that may cause undesired operation of the device.

FCC Warning

Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

**Note:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

This device meets the FCC and IC requirements for RF exposure in public or uncontrolled environments.

## Canada: Industry Canada (IC) Statement

IC Notice to Users English/French in accordance with RSS GEN Issue 3:

This device complies with Industry Canada license exempt RSS standard(s). Operation is subject to the following two conditions:

1. this device may not cause interference, and
2. this device must accept any interference, including interference that may cause undesired operation of the device.

28

Cet appareil est conforme avec Industrie Canada RSS standard exempts de licence (s). Son utilisation est soumise à Les deux conditions suivantes:

1. cet appareil ne peut pas provoquer d'interférences et
2. cet appareil doit accepter Toute interférence, y compris les interférences qui peuvent causer un mauvais fonctionnement du dispositive

This Class B digital apparatus complies with Canadian ICES-003.

Cet appareil numérique de la classe B est conforme à la norme NMB-003 du Canada.

FCC ID   XRAFB401

IC ID      8542A-FB401

# EU (European Union)

Declaration of Conformity with Regard to the EU Directive 1999/5/EC

Fitbit Inc. is authorized to apply the CE Mark on Flex, Model FB401, thereby declaring conformity to the essential requirements and other relevant provisions of Directive 1999/5/EC.



Compliant with the standard R&TTE 99/CE/05

Conforme à la norme R&TTE 99/CE/05

# Other

    Complies with IDA Standards DA00006A     N30032     IC A·SA  TA-2013/432  APPROVED

אישור התאמה  51-37156

אין לבצע כל שינוי טכני בחלק המודולארי של המוצר.

29

" 해당 무선설비는 전파혼신 가능성이 있으므로 인명안전과 관련된 서비스는 할 수 없습니다. "

-. 사용 주파수 (Used frequency)：    2402 MHz-2480 MHz

-. 채널수 (The number of channels)：  40

-. 공중선전계강도 (Antenna power)：  0.4 dBi

-. 변조방식 (Type of the modulation)： Digital

-. 안테나타입 (Antenna type)：    Horizontal

-. 출력 (Output power)：        2.19 mW/MHz E.I.R.P.

-. 안테나 종류 (Type of Antenna)：   PCB

**KCC approval information**

1) Equipment name (model name) : 무선데이터통신시스템용 특정소출력무선기기 FB401

2) Certificate number :          MSIP-CRM-XRA-FB401

3) Applicant :              Fitbit, Inc.

4) Manufacture:              Fitbit, Inc.

5) Manufacture / Country of origin:  P.R.C.

# Safety Statement

This equipment has been tested to comply with safety certification in accordance with the specifications of EN Standard: EN60950-1:2006 + A12: 2011.

The complete Declaration of Conformity can be found at www.fitbit.com/flex/specs

# Important Safety Instructions

- Read these instructions.
- Keep these instructions.
- Heed all warnings
- Follow all instructions
- Do not attempt to open the tracker. Substances contained in this product and/or its battery may damage the environment and/or human health if handled and disposed of improperly.
- Do not tamper with your Flex.
- Do not use abrasive cleaners to clean your Flex.

30

- Do not place your Flex in a Dishwasher, Washing Machine or Dryer.
- Do not expose your Flex to extremely high or low temperatures.
- Do not use your Flex in a sauna or steam room.
- Do not leave your Flex in direct sunlight for an extended period of time.
- Do not leave your Flex near open flames.
- Do not dispose of your Flex in a fire. The battery could explode.
- Do not attempt to disassemble your Flex, it does not contain serviceable components.
- Never allow children to play with the Flex; the small components may be a choking hazard!

## Built-in Battery Precautions

- Do not attempt to replace your Flex' battery. It is built-in and not changeable.
- Charge the battery in accordance with the instructions supplied with this guide.
- Use only the charger that shipped with your product to charge the battery.
- Charge your Flex using a certified computer, powered hub or power supply
- Do not attempt to force open the built-in battery

For the most up-to-date Safety and Regulatory Information, please visit the product specific section at http://help.fitbit.com

## Disposal and Recycling Information



The symbol on the product or its packaging signifies that this product has to be disposed separately from ordinary household wastes at its end of life. Please kindly be aware that this is your responsibility to dispose electronic equipment at recycling centers so as to help conserve natural resources. Each country in the European Union should have its collection centers for electrical and electronic equipment recycling. For information about your recycling drop off point, please contact your local electrical and electronic equipment waste management authority or the retailer where you bought the product.

Le symbole sur le produit ou sur son emballage signifie que ce produit à la fin de sa vie doit être recyclé séparément des déchets ménagers ordinaires. Notez que ceci est votre responsabilité d'éliminer les équipements électroniques à des centres de recyclage afin d'aider à préserver les ressources naturelles. Chaque pays de l'Union européenne a ses centres de collecte et de recyclage pour le recyclage des équipements électriques et électroniques. Pour plus d'informations ou trouver un centre de recyclage, contactez votre commune ou le magasin où vous avez acheté le produit.

- Do not dispose of the Flex with household waste.

31

- Batteries are not to be disposed of in municipal waste stream and require separate collection.
- Disposal of the packaging and your Flex should be done in accordance with local regulations.

For additional information on disposal and recycling, including contact details of a distributor in your region, please visit http://help.fitbit.com

Pour plus amples renseignements sur le recyclage, y compris les coordonnees d'un distributeur dans votre region, visitez http://help.fitbit.com





**Wireless Activity + Sleep Wristband**