WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: 415.268.7000

ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
KAI BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>FITBIT, INC.,<br><br>                    Defendant. | Case No. 3:15-cv-2077-JD<br><br>**DECLARATION OF CONOR HENEGHAN IN SUPPORT OF FITBIT, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     May 25, 2017<br>Time:    10:00 a.m.<br>Ctrm:    11, 19th Floor<br>Trial:     July 10, 2017<br><br>The Honorable James Donato<br><br>Date Action Filed:     May 8, 2015 |

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HENEGHAN DEC ISO FITBIT MOTION FOR SUMMARY JUDGMENT
Case No. 3:15-cv-2077-JD
sf-3760907

I, Conor Heneghan, hereby declare as follows:

1.    I am the Director of Research, Algorithms, for Fitbit, Inc. ("Fitbit"), the Defendant in the above captioned action.  Statements made in this Declaration are based on my personal knowledge except where stated on information and belief, and I could and would so testify if called as a witness in this matter.

2.    I have a Ph.D. in electrical engineering with a focus on biomedical signal processing and biomedical sensors and instrumentation.  I have worked in the field of sleep research since 2003.

### Fitbit's Sleep Data

3.    I have been informed that the products at issue in this litigation are Fitbit's wireless trackers equipped with Fitbit's proprietary sleep-tracking technology, and sold by Fitbit between May 8, 2011 and October 27, 2014.

4.    When users purchase one of the Fitbit trackers, they have the ability to "pair" their device and review their activity and sleep patterns through the Fitbit dashboard on their computers or smartphones.  Fitbit is able to provide this feature because it stores user data, consistent with its Privacy Policy that each user must accept as a condition of creating a Fitbit account.

5.    The company maintains those records in the ordinary course of business.  As part of this litigation, we have been asked to retrieve those records for the two named plaintiffs.  I have personally reviewed those records for Mr. Brickman and Ms. Clingman, which have been kept as part of the company's ordinary course of business.  True and correct copies of the sleep records of the named plaintiffs are attached to this Declaration as Exhibits Y (Brickman) and Z (Clingman).

### Mr. Brickman's Sleep Records

6.    According to Fitbit's records, Mr. Brickman set up a Fitbit account, paired a Fitbit Flex, and began tracking his sleep in                  Attached as Exhibit Y is a true and correct copy of an excerpt from Mr. Brickman's Fitbit data records from his Fitbit Flex.  I understand

these were produced in the litigation as BRICKMAN_00007.  The excerpt shows Mr. Brickman's sleep data recorded between ██████████████████.

7.   Mr. Brickman's sleep data shows:

- ██ separate instances of sleep-tracking data over approximately ██ separate nights.

- ██ of the ██ nights (approximately ██) tracked by Mr. Brickman show that sleep mode was activated just once and then deactivated upon awakening.

- These ██ nights reflect uninterrupted sleep measurements ranging between ██ and ██ hours per night, with an average time of approximately ██ hours slept per night.  During these nights, Mr. Brickman's records indicate that he woke up between ██ and ██ times, waking up an average of approximately ██ times per night.  These are not unusual sleep measurements in my experience.

- ██ of the ██ nights tracked by Mr. Brickman (approximately ██ of the total) reflect that sleep mode was activated and deactivated more than once during the night.  These ██ measurements reflect total sleep ranging between ██ and ██ hours slept per night (when combined) with an average time of approximately ██ hours slept per night.  During these nights, Fitbit's records show that Mr. Brickman woke up between ██ and ██ times, waking up an average of approximately ██ times per night.

- Only ██ out of the ██ nights (approximately ██) tracked by Mr. Brickman are outside the normal range of the vast majority of sleep periods he recorded.  The first was on ███████████ within the first month of activation.  The records indicate that between ████████ and ████████ Mr. Brickman slept for approximately ██ hours.  My review of his records shows that Mr. Brickman typically did not have sleep records during this part of the day.  One explanation for this daytime sleep record could include an afternoon nap where Mr. Brickman enabled sleep mode.  The previous night's records show only ██ hours of sleep (from ██████ to ██████).

- The second instance occurred on ███████ The records indicate that Mr. Brickman slept only ██ minutes in the time period between ███████ and ███████ The records further show that Mr. Brickman took ██ minutes to fall asleep that evening. This strikes me as atypical, because the records show that Mr. Brickman typically only took an average of ██ minutes to fall asleep, and only once did he take more than ██ minutes to fall asleep (this occasion was the night of ███████ in which it took ██ minutes to fall asleep). One explanation is that Mr. Brickman may have incorrectly enabled/disabled sleep mode.

**Ms. Clingman's Sleep Records**

8.    Ms. Clingman alleges in the Fourth Amended Complaint (ECF No. 60, ¶¶ 53-55), that she purchased a Fitbit Flex, set up an account and paired her activity tracker, and began tracking her sleep in ███████ This is consistent with Fitbit's records. Attached as Exhibit Z is a true and correct copy of an excerpt from Ms. Clingman's Fitbit data records from her Fitbit Flex. I understand that these were produced in the litigation as BRICKMAN_00006. The excerpt reflects Ms. Clingman's sleep data recorded between ███████ and ███████

9.    Ms. Clingman's sleep data shows:

- ██ separate instances of sleep-tracking data over approximately 54 separate nights.

- ██ of the ██ nights (approximately ██) tracked by Ms. Clingman show that sleep mode was activated just once and then deactivated upon awakening.

- These ██ nights reflect uninterrupted sleep measurements ranging between ██ and ██ hours slept per night, with an average time of approximately ██ hours slept per night. During these nights, Fitbit's records indicate Ms. Clingman woke up between ██ and ██ times, waking up an average of approximately ██ times per night.

- Only ██ of the ██ nights tracked by Ms. Clingman (just under ██) reflect that sleep mode was activated and deactivated more than once during the night.

HENEGHAN DEC ISO FITBIT MOTION FOR SUMMARY JUDGMENT
Case No. 3:15-cv-2077
sf-3760907

3

These ▮ measurements reflect total sleep ranging between ▮ and ▮ hours slept per night (when combined) with an average time of approximately ▮ hours slept per night. During these nights, records indicate Ms. Clingman woke up between ▮ and ▮ times, waking up an average of approximately ▮ times per night.

- Only ▮ of the ▮ nights tracked by Ms. Clingman (approximately ▮) are outside the normal range of the vast majority of sleep periods she recorded. The first occurred on ▮ The records indicate that Ms. Clingman only slept for ▮ minutes between ▮ and ▮

- The second occurred on ▮ The records from that day show that Ms. Clingman slept ▮ minutes ▮ between ▮ and ▮ The records indicate that Ms. Clingman woke up ▮ times during this period and took ▮ minutes to fall asleep. According to Ms. Clingman's sleep data, she did not normally sleep during the daytime. This appears to be a clear case of inadvertent activation.

- The third occurred on ▮ Her records from that day indicate that Ms. Clingman slept for ▮ minutes between ▮ and ▮ This is atypical because her records indicate that Ms. Clingman did not normally sleep during this portion of the day.

- The fourth occurred on ▮ Her records from that day indicate that Ms. Clingman slept ▮ minutes ▮ hours) between ▮ and ▮ Records further indicate that Ms. Clingman woke up ▮ times during this period. This is atypical because her records indicate that Ms. Clingman did not normally sleep during the daytime and, on average, woke up only an average of ▮ times per night.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 20, 2017, in San Francisco, California.

DocuSigned by:

*Conor Heneghan*

Conor Heneghan