WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:    415.268.7000
Facsimile:    415.268.7522

ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
KAI BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone:    858.720.5100
Facsimile:    858.720.5125

Attorneys for Defendant
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>                              Plaintiff,<br><br>         v.<br><br>FITBIT, INC.,<br><br>                              Defendant. | Case No. 3:15-cv-2077-JD<br><br>**DECLARATION OF WILLIAM L. STERN IN SUPPORT OF FITBIT, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    May 25, 2017<br>Time:    10:00 a.m.<br>Ctrm:    11, 19th Floor<br>Trial:    July 10, 2017<br><br>The Honorable James Donato<br><br>Date Action Filed:    May 8, 2015 |

STERN DECLARATION IN SUPPORT OF FITBIT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:15-CV-2077-JD
sf-3752801

I, William L. Stern, hereby declare as follows:

1.      I am an attorney admitted to practice law in the courts of the State of California and a member of the Bar of this Court.  I am a Senior Counsel at Morrison & Foerster LLP, counsel of record for Defendant Fitbit, Inc. ("Fitbit") in the above captioned action.  I have personal knowledge of the matters stated herein, and if called upon to do so, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Michael A. Grandner, Ph.D., including exhibits, submitted by Fitbit in this action.

3.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the certified transcript of the March 24, 2017 deposition of Dr. Naresh M. Punjabi in this action.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the March 30, 2017 Hearing Transcript on Plaintiffs' Motion for Class Certification and Fitbit's Motion to Strike the Expert Testimony of Burke & Rosen.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the certified transcript of the March 3, 2017 deposition of Dr. Hawley E. Montgomery-Downs in this action.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Expert Report of William Christopher Winter, M.D., including exhibits, submitted by Fitbit in this action.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Rebuttal Expert Report of Michael A. Grandner, Ph.D., including exhibits, submitted by Fitbit in this action.

8.      Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the certified transcript of the March 17, 2017 deposition of Michael Grandner, Ph.D., in this action.

9.      Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the certified transcript of the November 14, 2016 deposition of Conor Heneghan, Ph.D., in this action.

10.     Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the certified transcript of the January 18, 2017 deposition of Shelten Yuen in this action.

11.    Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the certified transcript of the March 22, 2017 deposition of Hal Poret in this action.

12.    Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the certified transcript of the March 8, 2017 deposition of Colin Weir in this action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 20, 2017, in San Francisco, California.

*/s/ William L. Stern*
William L. Stern