# EXHIBIT A

## (Redacted Version of Document Sought to be Sealed)

*Brickman v. Fitbit, Inc.*

**(N.D. Cal. Case No. 3:15-cv-02077-JD)**

# EXPERT REPORT
# OF
# MICHAEL A. GRANDNER, PH.D.

January 31, 2017

Michael A. Grandner, Ph.D.
1501 N. Campbell Avenue, AHSC Room 7326A
PO Box 245002
Tucson, AZ 85724-5002

**HIGHLY CONFIDENTIAL**

## I.    INTRODUCTION

1.    My name is Michael A. Grandner. I am a research director, professor, and independent consultant specializing in sleep, sleep-related behavioral issues, and sleep tracking technology.

2.    I have been retained by Fitbit, Inc. ("Fitbit") in this action. The following is my written Report detailing the opinions I will offer in this case and the bases and reasons for those opinions.

## II.    BACKGROUND AND SCOPE OF ASSIGNMENT

3.    I understand that Plaintiffs James P. Brickman and Margaret Clingman (collectively, "Plaintiffs") have sued Fitbit in this action because they claim that Fitbit made certain false or misleading statements regarding the sleep tracking feature on certain Fitbit devices. Specifically, I understand that Mr. Brickman purchased a Fitbit Flex—a device that comes equipped with Fitbit's sleep tracking function—on or about November 29, 2013 for $99.00.[1] Ms. Clingman claims to have purchased a Fitbit Flex in or around June 2014 for approximately $120.00.[2] Plaintiffs claim that they signed up for Fitbit accounts and used their respective devices.[3] Both Plaintiffs claim that they noticed shortly after starting to use their devices that the devices "only tracked . . . motion and did not actually track the hours . . . slept, the times [they] awoke during sleep, or the quality of [their] sleep."[4]

4.    Plaintiffs contend that Fitbit's statements regarding its devices' ability to track sleep were false or misleading. In particular, they claim that Fitbit's sleep tracking devices, including the Flex, do not and cannot track sleep because they track only movement, and

---

[1] Fourth Am. Compl. ¶¶ 43, 44.
[2] *Id.* ¶¶ 53, 54.
[3] *Id.* ¶¶ 48, 55.
[4] *Id.* ¶¶ 12, 13.

1

"movement is not sleep."[5] I also understand that Plaintiffs generally contend that the devices simply do not work because of different purported errors they experienced when attempting to use the sleep tracking function on their Fitbit Flexes.

5.    I have been asked to review the method by which the Fitbit devices at issue in this lawsuit track sleep and opine as to whether that method is reasonable and valid, given my experience with sleep, sleep tracking, and sleep tracking methodology validation (discussed below). I have also been asked to opine regarding the errors that Plaintiffs claim to have experienced and whether those errors are attributable to a fundamental problem with the method by which the devices at issue track sleep.

6.    For my work as an expert, I am being compensated at the hourly rate of $350. My compensation is not contingent on the opinions I reach.

7.    In the past four years, I have previously testified as an expert witness in one case: *United States of America v. Jim Gallardo*, Case No. 2:15-cr-01290-NVW, in the United States District Court for the District of Arizona. I testified at trial in that case.

## III.    PREPARATION FOR THIS REPORT

8.    In forming my opinions, in addition to relying on my experience and personal knowledge of the pertinent field (*i.e.*, sleep and sleep tracking technology), I reviewed and considered a number of documents and materials, including: (i) Plaintiffs' operative Fourth Amended Complaint, filed on December 22, 2015; (ii) Fitbit's motion to dismiss Plaintiffs' Fourth Amended Complaint, filed on January 8, 2016; (iii) Plaintiffs' opposition to Fitbit's motion to dismiss the Fourth Amended Complaint, filed on February 5, 2016; (iv) Fitbit's reply in support of the motion to dismiss the Fourth Amended Complaint, filed on February 23, 2016; (v) the Court's order denying Fitbit's motion to dismiss, dated July 15, 2016; (vi) the transcripts

---

[5] *Id.* ¶ 35.

2

from Plaintiffs' depositions, taken on January 17, 2017; and (vi) various documents produced by the parties in the course of the litigation. **Exhibit A** to this report lists the documents that I have reviewed and/or relied upon in forming the opinions expressed in this Report.

9.      This Report presents my opinions to date concerning the matters set forth above. As additional data, information, and/or testimony is provided to me, I intend to consider that information and may find it appropriate to revise or to supplement my analysis, opinions, and conclusions. As such, I reserve the right to modify or supplement this Report or the opinions stated in it. I also reserve the right to revise my opinions subject to any Orders provided by the Court in this action or to respond to any new arguments or opinions advanced by any rebuttal expert designated by Plaintiffs. Further, if Plaintiffs assert additional claims or theories in this action, I reserve the right to supplement my Report to address such other claims and theories.

10.      If asked to testify at trial, I may study additional documents, materials, and/or testimony and may supplement the opinions stated in this Report. I may also be called upon to, and intend to if asked, provide expert testimony in rebuttal to any evidence offered by Plaintiffs or any opinions expressed by experts on behalf of Plaintiffs. Finally, if asked to testify, I may refer to materials similar to those included with this Report, and I may provide graphic materials, summaries of documents, or other materials on which I may rely.

## IV.    QUALIFICATIONS

11.      I have worked in the field of Behavioral Sleep Medicine for over 17 years. My work involves the study of sleep and the development and implementation of behavioral interventions for insufficient sleep and sleep disorders. These studies include home-based assessments of sleep using actigraphy.

12.      My qualifications are set forth in my curriculum vitae attached as **Exhibit B** to this Report, which includes a list of publications that I have authored, studies I have conducted,

positions I have held, grants I have received, and professional affiliations relative to the subject matter of this Report.

13.    I received a Bachelor of Arts degree in Clinical and Social Sciences in Psychology from the University of Rochester in 2001. In 2005, I received an MS in Clinical Psychology from San Diego State University, and in 2007, I received my PhD in Clinical Psychology, Behavioral Medicine Track, jointly from San Diego State University and the University of California, San Diego (UCSD). I completed an accredited pre-doctoral psychology internship at the San Diego Veterans Healthcare system and UCSD's Outpatient Psychiatry Services clinic from 2006-2007. I went on to an accredited postdoctoral fellowship in Behavioral Sleep Medicine at the University of Pennsylvania (2007-2010), as well as a postdoctoral fellowship in Sleep and Circadian Neurobiology at the University of Pennsylvania funded by the National Institutes of Health (2007-2012). In 2014, I received my Master of Science degree in Translational Research (MTR) from the University of Pennsylvania.

14.    I am a licensed psychologist and am certified in Behavioral Sleep Medicine by the American Board of Sleep Medicine and am at present a member of several professional organizations, including the American Academy of Sleep Medicine (AASM) (member and elected fellow), the American Heart Association (member and serve on the Healthful Behavior Change Committee), the Sleep Research Society (member and serve on the Scientific Review Committee), the Society of Behavioral Sleep Medicine (founding member and current member of the Board of Directors), the American Thoracic Society (member and serve on the Sleep and Respiratory Neurobiology Planning Committee), the American Psychological Association (member), the Arizona Sleep Society (member), and other organizations. I was also a founding member, committee chair, and past member of the Board of Directors and Past President of the

4

Pennsylvania Sleep Society. I was invited to join the Sleep Time Recommendations Consensus Panel, a joint effort of the Sleep Research Society and AASM, to develop recommendations for sleep time in the population (these recommendations were published in 2015). I am also a member of the Mental Health Task Force of the National Collegiate Athletic Association (NCAA) and assisted in the preparation of Mental Health Best Practices guidelines for all NCAA institutions and the development of a mental health handbook (I developed the sleep health components). I am Associate Editor for the peer-reviewed journal *Sleep Health* and serve on the editorial board for the journal *SLEEP*. I was an invited co-author of a position paper that represented a joint statement by the Sleep Research Society and the National Institute of Diabetes, Digestive, and Kidney Disorders (NIDDK) on sleep and circadian science in diabetes. I was also a co-author on a position statement by the American Heart Association on the role of sleep duration and quality for heart health. In 2014, I was an invited member of the Sleep Research Society's strategic planning group, to help outline the strategic goals of the leading scientific organization related to sleep. In addition to these, I have served on and/or chaired many academic and scientific committees related to sleep health.

15.     Since 1999, I have trained in at least a dozen clinical settings with a focus on sleep and sleep therapy. From 1999-2001, I studied in the Sleep and Neurophysiology Research Laboratory at the University of Rochester.

16.     From 2001-2007, I was a graduate research assistant to Dr. Daniel F. Kripke in the Circadian Pacemaker Laboratory at UCSD. In that position I studied the role of sleep and circadian rhythms in health. In particular, this experience focused on the use of movement-based sleep estimation based on devices worn on the wrist. Dr. Kripke's lab is arguably the most influential in the world regarding the development of actigraphy; not only did Dr. Kripke first

use the word actigraphy to describe this approach, but he has been involved with the development of this technology over the past 40 years, including development of the first published scoring algorithm and several others since. During my time at the lab, I was mentored by Dr. Kripke regarding the history, development, and science behind the use of wrist-based movement to measure sleep. He trained me on the use of the technology, how to evaluate the technology, and how to read and score hundreds of recordings. The majority of this was using the Actillume devices from Ambulatory Monitoring, Inc. (AMI), but I was also trained on using Motionlogger devices (also from AMI) and Actiwatch devices (from MiniMitter, Inc., now Philips Respironics). I used these devices in studies run by Dr. Kripke, as well as my own studies. Taken together, in the six years I spent in Dr. Kripke's lab I was extensively trained on the history, development, technology, and applications of actigraphy, I scored hundreds of nights of actigraphic recordings using a combination of algorithms and hand scoring, and I employed these devices to record hundreds of nights of sleep for research studies that I directly assisted with and/or ran.

17.    After leaving Dr. Kripke's lab at UCSD in 2007, I joined the Center for Sleep and Circadian Neurobiology at the University of Pennsylvania, directed by Dr. Allan Pack. During my time at the University of Pennsylvania (Penn), I was a postdoctoral fellow (described above), a clinical fellow at the Philadelphia Veterans Affairs Medical Center, a Research Associate in Medicine, an Instructor in the department of Psychiatry (performing research, not leading classes), and a staff Psychologist at the Philadelphia VA Medical Center. During this time, I used actigraphy in my clinical practice, consulted with other clinical providers on their use of actigraphy with specific patients, provided lectures and workshops on actigraphy (see below), trained other researchers on the use of actigraphy for their studies, and used actigraphy in my

own research. During this time, I worked with several other sleep actigraphic devices, including the GENEactiv device (GENEactiv, Inc.), the GT3x and ActiSleep devices (from Actigraph, Inc.), the MotionWatch (from Cam-N-Tech, Inc.), and the WatchPAT (Itamar Medical, Inc.). I also broadened my experience with the actiwatch devices now manufactured by Philips Respironics, including the Actiwatch-2 and Actiwatch Spectrum. I used these devices for teaching, in clinic, and/or in research studies I assisted with and/or directed.

18.    In 2015, I left Penn for a faculty position at the University of Arizona. At the University of Arizona, I am currently an Assistant Professor in Psychiatry, in the College of Medicine. I currently hold joint appointments in the Department of Medicine (College of Medicine), Department of Psychology (College of Science), and Department of Nutritional Studies (College of Agriculture and Life Sciences). I am Director of the Sleep and Health Research Program at the University and Director of the Behavioral Sleep Medicine Clinic at the Banner-University Medical Center in Tucson, Arizona. I use actigraph devices regularly in my clinic (see below) and in my research. For example, I have several ongoing research studies that utilize actigraph devices to measure sleep.

19.    My current clinical affiliation related to the study of sleep includes the Banner-University Medical Center in Tucson, where I am Director of the Behavioral Sleep Medicine Clinic in the Department of Psychiatry. This clinic diagnoses and treats sleep disorders using empirically-supported non-medication treatments. We use actigraphy in the clinic as a diagnostic tool and as an aid in treatment.

20.    I have published 77 peer-reviewed articles, 14 journal commentaries, and seven chapters on issues relating to sleep and health. These include articles appearing in peer-reviewed journals in the sleep research field, including SLEEP, Sleep Medicine, Sleep Medicine Reviews,

7

Behavioral Sleep Medicine, Sleep Health, Journal of Clinical Sleep Medicine, Nature and Science of Sleep, Clinics in Sleep Medicine, Sleep Disorders, Journal of Sleep Research, and others. I have also published sleep-related articles in medical journals not specifically targeted to sleep research, including Appetite, Obesity, International Journal of Obesity, Circulation, Nutrition, Frontiers in Neurology, Journal of Occupational and Environmental Medicine, and the Journal of the American Medical Association (JAMA).

21.     I specialize in the area of actigraphy and movement-based approaches for measuring sleep. I have conducted several studies using actigraphy as a method for measuring sleep, including a study that is ongoing in which the home-assessment phase involves subjects wearing a device on the wrist that records movement, which the study uses to measure sleep.

22.     I have given a dozen lectures on actigraphy and movement-based approaches for estimating sleep, including a four-part lecture series called *Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond*. In Part 2 of the series, called *Devices, Scoring Algorithms and Validation*, I discuss the validation of actigraphy devices. In addition to this lecture series which I delivered on two separate occasions (with a third planned for 2017), I have provided individual lectures on actigraphy and movement-based sleep measurement on several occasions and regularly train students, trainees, and professionals in the principles and practice of using actigraphy in their research and clinical work. In 2016, I was invited to chair a half-day course on sleep measurement using actigraphy for the annual SLEEP scientific conference (the main scientific meeting devoted to sleep science).

23.     The opinions that I express in this Report are true and are based upon standards commonly used in my profession and in the sleep medicine industry.

## V.    SUMMARY OF OPINION

### A.    Actigraphy Overview

24.     In measuring sleep, sleep continuity refers to the timeline of sleep across a night; it refers to ways of measuring when someone is awake or asleep. Important aspects of sleep continuity include sleep timing (when people got in and out of bed), sleep latency (how long it takes to fall asleep), number of awakenings, duration of awakenings, total sleep time, and sleep efficiency (proportion of time in bed spent asleep). These constructs are particularly important for determining whether someone is getting enough sleep (measured with total sleep time), at the right time (measured with sleep timing), of sufficient quality (measured with awakenings, duration of awakenings, and sleep efficiency).

25.     There are multiple scientifically accepted methods for tracking sleep, which include methods such as polysomnography ("PSG") and actigraphy. PSG is a term that refers to measuring multiple ("poly") biological signals during sleep ("somno") and displaying those signals graphically ("graphy"). It is typically comprised of several key measurements. Electroencephalography ("EEG") is a method where electrodes are affixed to specific parts of the scalp, usually using a conductive paste, in order to measure "brain waves." "Brain waves" are a term used to describe the graphical representation of changes in voltage recorded from these surface electrodes over time. Note that this does not measure brain cells directly; rather, it represents the spatial and temporal averaging of many cells, as recorded through skin, muscle, bone, and layers of protection around the skull. Also, this technique does not record cells "firing" but rather other types of activity produced by the cells, and it also can only detect activity in the very outer layers of the cortex, closest to the electrode. Despite their limitations, these recordings are quite useful, and different patterns of "brain waves" are used to differentiate between wake and all of the stages of sleep. Still, since the neurological control of sleep and wake is quite deep in the brain, these recordings are a very indirect measure of "actual" sleep and are still just an

estimate. In addition to EEG, several other signals are routinely employed. Electrooculography (EOG) refers to electrodes placed near the eyes, to record neuronal activity indicative of eye movements, which is useful for measuring slow eye movement (SEM) activity at night, as well as rapid eye movement (REM) activity indicative of the sleep stage that bears its name. Electromyography (EMG) signals are also used in PSG, including at least one electrode affixed to an area that typically does not lose much muscle tone during sleep (usually jaw muscle); this is used to also detect REM sleep, where muscle activity changes. Other signals that are often employed are electrocardiography (ECG) and measures of respiration to detect sleep-related breathing disorders. Taken together, PSG can provide a very detailed picture of sleep across multiple signals and provide important information regarding both sleep continuity and sleep architecture.

26.    Unlike PSG, actigraphy, employs a small device—the actigraph—to measure a subject's movement and determine the amount and quality of the subject's sleep and identify sleep interruptions. The way actigraphy works is quite different from PSG. Inside the actigraph device is an accelerometer. This detects and quantifies acceleration in space (acceleration is different than just movement, which is why sitting in a moving vehicle and sitting on a couch appear essentially the same in an actigraph recording). The accelerometer records acceleration levels many times per second and (usually) calculates some sort of summary score in a recording window (usually each second). These values are often evaluated to assess how much a person moved in that time window. If a person was quite still, then it would record little to no movement. If that person was quite active, it would record much movement. Thus, actigraphy measures sleep through movement, not brain activity. Like PSG, it is still an estimate of sleep that relies on scientifically established physiological inputs associated with sleep.

10

27. It is commonly believed that actigraphy will often record any kind of sedentary activity as sleep. In fact, this is often not the case. Most sedentary activity does not include the kind of sustained stillness needed for a given period of time to be seen as sleep. This is because we often make small movements even when resting that look quite different from sleep.

28. Movement at the wrist has been demonstrated to be a reliable and valid way to estimate sleep. Studies that have compared placement of the actigraph on other parts of the body (e.g., head, ankle, and hip) found that the wrist was the ideal location. This is likely because the wrist is one of the most often-moved parts of the body, even during sedentary activity. Thus, it is quite sensitive to picking up movements distinguishable from sleep.

29. There are several key differences between PSG and actigraphy. If the definition of sleep is that it is (1) naturally-recurring, (2) associated with reduced or absent consciousness and perceptual disengagement, and (3) associated with general immobility, PSG is ideally suited to measure #2 and #3, whereas actigraphy is ideally suited to measure #1 and #3. Both techniques establish sleep continuity relatively well (see below). Only PSG can indirectly capture consciousness and disengagement, since these are not correlated with movement. Actigraphy, on the other hand, is superior to PSG in its ability to characterize real-world sleep, since it does not require the use of many wires and electrodes and can be done in the home. PSG provides a great deal of precision in a number of biological signals. But if the goal is to estimate sleep continuity, PSG and actigraphy are both accepted approaches. Further, if the goal is to estimate habitual sleep continuity, actigraphy is superior to PSG.

30. Actigraphy is a scientifically accepted method for tracking sleep; it has been used to study sleep for more than forty years, since researchers reported a significant and substantial correlation between movement and wakefulness measured by an actigraph and PSG-measured

11

movement and wakefulness in 1972.[6] It is often said that PSG is the "gold standard" for sleep assessment because it typically is administered in a sleep lab using multiple types of data input. But since the promulgation of actigraphy as a method for measuring sleep, these same studies that refer to PSG as the gold standard also note that "[a]ctigraphy performed over multiple nights may provide more reliable data on sleep measures than PSG . . . ."[7] In fact, the accuracy of actigraphy, as compared to PSG, is the subject of many validation studies over the past few decades. These studies uniformly show that actigraphy is not only an accurate and acceptable method for tracking sleep, but also that "actigraphic estimates of total sleep time and sleep efficiency correlate[] highly with PSG scores . . . ."[8]

31.     The actigraph converts information into data that can be "scored," which translates the data into an objective measurement by which the subject's sleep is assessed. Manual scoring is based on visual inspection of the raw actigraphic-activity data—a human controller exercises judgment to translate the data into a sleep assessment, in much the same way a radiologist views an x-ray and diagnoses a patient. Because raw actigraphic data is digitized by the actigraph, scientists and researchers have developed computer algorithms to automatically score the data. Final results of relevant studies indicate that automatic scoring "is not only fast and objective, but also yields high agreement rates with PSG scoring . . . ."[9]

32.     Actigraphy shows good correlation in comparison to PSG. Specifically, when research subjects undergo PSG while wearing an actigraph, minute-to-minute agreement regarding whether an individual was asleep or awake is typically 85-90%. This rate of agreement

---

[6] *See* Warren W. Tryon, *Issues of Validity in Actigraphic Sleep Assessment*, 27(1) Sleep 158 (2004).
[7] Terri Blackwell, et al., *Comparison of Sleep Parameters from Actigraphy and Polysomnography in Older Women: The SOF Study*, 31(2) Sleep 283 (2008).
[8] Roger J. Cole, et al., *Automatic Sleep/Wake Identification from Wrist Activity*, 15(5) Sleep 461 (1992); *see also* Girardin Jean-Louis, et al., *Determination of Sleep and Wakefulness with the Actigraph Data Analysis Software (ADAS)*, 19(9) Sleep 739, 742 (1996) (finding overall agreement between actigraphy and PSG of 97%).
[9] Avi Sadeh, et al., *The Role of Actigraphy in the Evaluation of Sleep Disorders*, 18(4) Sleep 288, 290 (1995).

(around 85-90%) is seen in all age ranges from infancy to old age, in men and women, across racial groups, and even across sleep disorders. These numbers tend to be higher (up to 95% or higher) in samples without sleep disturbances/disorders and with less diverse samples. Although anecdotal reports focus on periods where perceived sleep and wake differed from the actigraphic report, not only is it not clear that the perceived wakefulness would not have been actually recorded as sleep with PSG (which often occurs in insomnia, for example), but these periods usually refer to relatively small stretches of time. For example, if an individual spends eight hours in bed, and the actigraph records 20 minutes of time awake despite a perceived awakening duration of 45 minutes (i.e., an extra 25 minutes of laying awake, immobile), this would still yield an agreement rate of around 94.5%. This may subjectively feel like quite a large discrepancy, but scientifically speaking, this is still quite accurate. In this example, the individual was in bed for eight hours, or 480 minutes. The device recorded 20 minutes awake, but the individual perceived 45 minutes awake. That 25-minute discrepancy represents only 5% of the night ($25/480 = 0.05$). Thus, even a perceived 25-minute discrepancy, taken into a whole-night context, only represents an error of 5%. In real-world examples, there are movements that the actigraph records as brief awakenings and periods of stillness mis-scored as sleep. But in the context of a whole night, the accuracy is quite high.

33.    From a scientific standpoint, this is an acceptable variance. The sleep research community relies on actigraphy to measure sleep, knowing that it is a reliable method for translating motion into sleep in subjects and patients.

34.    One of the key features of actigraphy algorithms is that an individual minute is not examined in isolation. This feature improves the algorithms' validity across many situations or multiple devices.

35.    Specifically, when algorithms for various actigraph devices have been independently derived, in many cases they take into account the previous four and subsequent two minutes when making a determination of sleep or wake. This has remained quite constant across devices and actigraphic technology. Several previous studies have shown that when applying an algorithm derived for one type of device on a different device, the algorithm usually performed nearly identically well compared to algorithms mathematically optimized for the second device. This is because there is much similarity among actigraphic algorithms across devices, and as long as an algorithm has been validated and is within the range of other validated algorithms, some or all of those algorithms would perform equally well on any one of those devices.

36.    This was illustrated in a recent study, where the GENEactiv device was compared to the Actiwatch device. Although the Actiwatch is regarded as an industry standard device, the exact algorithm is not published (it is property of the manufacturer and regarded as a trade secret). To develop an algorithm for the GENEactiv, the investigators simply used an algorithm that roughly approximated existing algorithms without trying to replicate them exactly. The study showed that the GENEactiv device, using the resulting approximated algorithm, performed just as well as the industry-standard Actiwatch, using a proprietary algorithm. This showed that the exact algorithm used may not even be important as long as it approximates existing, validated algorithms.

37.    Actigraphy has long been accepted as a scientifically valid way to measure habitual sleep continuity. In fact, it is the most accepted, objective way to measure habitual sleep. Although PSG is the most accepted objective measure of sleep in the laboratory, it does not approximate habitual sleep patterns in the real world. Because of this, several of the leading

14

scientific organizations have formally endorsed actigraphy as a scientifically valid approach. For example, in 2003, AASM published, "Practice Parameters for the Role of Actigraphy in the Study of Sleep and Circadian Rhythms: An Update for 2002." The authors representing the AASM concluded that, "[a]ctigraphy is reliable and valid for detecting sleep in normal, healthy populations…" and that "[a]ctigraphy is an effective means of demonstrating multiday human rest-activity patterns and may be used to estimate sleepwake patterns in clinical situations where a sleep log, observations, or other methods cannot provide similar information." This document was accompanied by a comprehensive scientific review, officially endorsed by the AASM, entitled, "The Role of Actigraphy in the Study of Sleep and Circadian Rhythms." This paper notes, "[t]he advantage of actigraphy over traditional polysomnography (PSG) is that actigraphy can conveniently record continuously for 24-hours a day for days, weeks or even longer," and "… wrist actigraphy can usefully approximate sleep versus wake state during 24 hours …." Twelve years later, the Society of Behavioral Sleep Medicine updated this report with "The SBSM Guide to Actigraphy Monitoring: Clinical and Research Applications," which included many of the authors of the original AASM documents. This update noted that, "[w]hile polysomnography (PSG) continues to be the gold standard for recording sleep, wrist actigraphy offers the advantages of being easier to use and less expensive and cumbersome. Although actigraphy should not be viewed as a substitute for PSG when an overnight sleep study is indicated (e.g., when EEG parameters are needed or sleep disorders requiring PSG are suspected), actigraphy allows for extended continuous recording of both nocturnal and daytime sleep periods for days or weeks in the patient's home sleep environment. Actigraphy can therefore yield information that is not captured during a single night in the sleep laboratory or via portable ambulatory monitoring. These features are particularly advantageous in select patient

15

groups such as those with suspected circadian rhythm sleep disorders or insomnia complaints, in pediatric patients with sleep difficulties, and in older adults." The document goes on to define guidelines for actigraph hardware, patient instructions and materials, scoring and algorithm use, and data interpretation. The scientific acceptance of actigraphy for measuring sleep is also evident in that the use of actigraphy to assess sleep is specifically called for and/or lauded in position statements on sleep health made by AASM, the Sleep Research Society, the National Sleep Foundation, the American Thoracic Society, and the American Heart Association. The experts that made up the consensus panels of all of these organizations recognized the scientific validity of actigraphy as an accepted (and in many cases even preferred) way of measuring sleep.

### B.    Fitbit's Sleep Tracking Devices

38.    I understand that Fitbit markets a number of personal fitness and activity devices that track certain personal metrics, including steps, distance, calories burned, floors climbed, and heart rate. In addition, these fitness trackers are also advertised to track "hours slept," "times woken up," and "sleep quality."[10] I understand that between May 8, 2011 and October 27, 2014, the Company marketed the following products with sleep-tracking features: Fitbit (n/k/a "Classic"), Ultra, One, Flex, and Force (referred to collectively herein as the "Devices").[11]

39.    The sleep tracking function on the Devices works using a combination of hardware and software components. The Devices come equipped with a 3-axis accelerometer, which tracks movement, as well as the absence of movement. The Device then ██████████

██████████

---

[10] Fourth Am. Compl. ¶ 3.
[11] Fitbit's Responses and Objections to Plaintiffs' first Set of Requests for Admissions, Requests for Production of Documents, and Interrogatories, Response to Interrogatory No. 6, dated July 26, 2016.

████████████████████████████████████████

████████████████.[12] This process is, in brief, actigraphy.

40.    During the relevant time period (up to October 2014), Fitbit's Devices required the user to manually enable the sleep tracking function if the user desired to track his or her sleep. For the Fitbit Flex in particular (the Devices Plaintiffs purchased), in order to enable "sleep mode," the user was required to "tap your Flex rapidly for one to two seconds," after which the Flex would "vibrate and display two slowly dimming lights to indicate that sleep mode has begun."[13] Manual activation was required until approximately late 2015, when Fitbit released a software update that gave the user the option of setting the Flex to detect sleep automatically.[14] After the auto-sleep update, the user could continue to use the manual activation method if he or she so chose.[15] I also understand that users could activate or edit their sleep periods online, either on a computer or on the Fitbit app, through the Fitbit dashboard.[16]

41.    ████████████████████████████████████████

████████████████████████████████████████

---

[12] *See* Nov. 14, 2016 Deposition of Conor Heneghan ("Heneghan Deposition") at 49:11-50:2, 160:23-161:4.

[13] Fitbit Flex, Wireless Activity + Sleep Wristband, Product Manual, at 19 ("Tracking sleep with Flex").

[14] *See* Fitbit Help, What's changed in the latest tracker update?, Flex, Version 81, *available at* https://help.fitbit.com/articles/en_US/Help_article/1372.

[15] Fitbit Help, What's changed in the latest tracker update?, Flex, Version 81, *available at* https://help.fitbit.com/articles/en_US/Help_article/1372.

[16] Fitbit Flex, Wireless Activity + Sleep Wristband, Product Manual, at 19 ("Tracking sleep with Flex").

[17] Heneghan Deposition, Exhibit 11 (Data Sheet: Technical Data for MMA7341LC accelerometer).

[18] *See* LIS3DH, MEMS digital output motion sensor: ultra-low-power high-performance 3-axis "nano" accelerometer datasheet, *available at* http://www.st.com/content/ccc/resource/technical/document/datasheet/3c/ae/50/85/d6/b1/46/fe/CD00274221.pdf/files/CD00274221.pdf/jcr:content/translations/en.CD00274221.pdf ("LIS3DH"); *see also* Heneghan Deposition at 156:1-9.

[19] Heneghan Deposition at 92:6-11, 154:17-155:12; Jan. 18, 2017 Deposition of Shelten Yuen ("Yuen Deposition") at 143:-144:6; Fitbit Flex, Wireless Activity + Sleep Wristband, Product Manual, at 26 ("Fitbit Flex General Info & Specifications"). I understand that the deposition or Mr. Yuen is available in "rough" form only at this time. I reserve my right to correct any citations to his transcript upon receipt of the final version.

████████████████████████ which show that the device performs consistently with established accelerometry principles.

42.    I have reviewed the algorithm used to track sleep in Fitbit's devices, which ████



43.    The scientific community acknowledges that the algorithm ████████████

████████████████████████████████████████████████

██████████████████████████████. The ████████ algorithm is based on previous algorithms developed on older devices. A sequence of validation algorithms was developed in the lab of Dr. Kripke, the inventor of actigraphy and the investigator whose lab I trained in. Dr. Kripke developed multiple algorithms using accelerometer products, all of which were validated in his lab and were shown to measure sleep. The ████████ algorithm is the most ██████████████████████████ Based on the development of this algorithm, it is my opinion that the algorithm is reliable for use across a range of applications and devices, including for Fitbit's Devices.

---

[20] *See* Yuen Deposition at 112:6-14, 144:19-145:16, 148:5-11.
[21] Yuen Deposition at 113:15-23; *see also* Sept. 23, 2008 Presentation, Shelten Yuen, "'Actigraphy' in Sleep Research (Literature Highlights) (FB_BRICKMAN_0062390 - FB_BRICKMAN_0062402).
[22] FB_BRICKMAN_0146046 - FB_BRICKMAN_0146052.

18

44. ██████████████████████████████████████████████████████████

████████████████████████████████████.[23] These studies further confirm that the ████

████ algorithm is widely recognized as one of the most accurate and scientifically accepted

algorithms for actigraphic sleep tracking.

45. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

**C.    Fitbit's Devices Use a Method of Tracking Sleep that Is Valid and Acceptable**

46. It is my opinion that Fitbit's method of tracking sleep, including the

accelerometer and algorithm used in connection with its Devices, is valid and acceptable from a

scientific perspective. Indeed, Fitbit's algorithm has been validated by multiple independent

studies for use in different devices since ████████████████████ and is a widely accepted

version of a series of algorithms that have been used across many devices for over 30 years.

47. Further, Fitbit's decision to validate its algorithm ████████████████████

██████████████████████████████—is a scientifically accepted validation method. Since

the ████████ is accepted as validated instruments, using them as a "gold standard" to

compare against is a common and acceptable approach. Sleep scientists, including myself,

regularly use existing actigraphs as comparators in ensuring that outputs are similar and, by

extension, the device being tested is providing accurate, reliable readings. For example, scientists

have published peer-reviewed papers that have taken this approach to validate devices such as

---

[23] *See, e.g.*, Susan M. McCurry, et al., *Nighttime Insomnia Treatment and Education for Alzheimer's Disease: A Randomized, Controlled Trial*, 53 JOURNAL OF THE AMERICAN GERIATRICS SOCIETY 793 (May 2005); Nicole K.Y. Tang, *Correcting distorted perception of sleep in insomnia: a novel behavioural experiment?*, 42 BEHAVIOUR RESEARCH AND THERAPY 27 (2004).
[24] Yuen Deposition at 134:24-135:6; Heneghan Deposition at 120:4-18.

the GENEactiv, GT3x, and other devices. Comparing against a known standard is called

"criterion validity" and is a widely used practice.

48.    Based on my review of Fitbit's comparison of the outputs of its Devices against

other, existing actigraphs, Fitbit's Devices provide comparable, reliable readings.

49.    I reviewed documents produced by Fitbit in the litigation, which ███████████

████████████████████████████████████████████████████████████████████████████████████

████████████████████████████[25] In my opinion, this was a sound approach and is supported

by (1) the data created by Fitbit, using Fitbit's software, which ████████████████████████

████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████; and (2) the data

created by the ████████████, which, using the ████████████████████████████

████████████████████████████████████████████████████████Thus, the

Fitbit device generated ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████Thus, the████████

████████████████████ and Fitbit's Devices are thereby providing users with the sleep features

advertised by Fitbit.

50.    In my opinion, Fitbit's decision to use the ████████████ algorithm was a

scientifically reasonable decision. The ████████████ algorithm is the result of decades of scientific

---

[25] *See* Shelten Yuen, "Burst Sampling, Noise Floor Reduction (Nov. 2, 2008) (FB_BRICKMAN_0062363 -
FB_BRICKMAN_0062371); Shelten Yuen, "Moving Average to Reduce Floor Noise (Nov. 6, 2008)
(FB_BRICKMAN_0062372 - FB_BRICKMAN_0062378); Shelten Yuen, "Sleep (Sampling and Results)" (Nov.
14, 2008) (FB_BRICKMAN_0062379 - FB_BRICKMAN_0062389); "Sleep Testing" (June 12, 2009)
(FB_BRICKMAN_0062403 - FB_BRICKMAN_0062405).

research and has been shown to translate accelerometer outputs to reliable measures of sleep and wake periods.

51.    From my review of Fitbit's materials, it is also my opinion that the Fitbit Devices implement the ███████ algorithm in a scientifically reasonable manner because the Fitbit accelerometer ███████████████████████████████████████████ ███████████ Therefore, I can conclude that the Fitbit Devices are able to translate movement into a measurement of sleep that is reliable and scientifically based.

52.    My own independent research confirms the reliability of Fitbit Devices for tracking sleep as well. I recently participated in a validation study conducted by colleagues at the ████████████████████████████ which was unfunded (neither Fitbit nor any other company or funding agency supplied funds for the study, provided devices for use, or even knew that the study was being performed; this was a completely independent study). During this study, ████████

53.    I have reviewed Fitbit's packaging materials attached to the Complaint. Based on the fact that the Fitbit Devices can measure sleep as discussed above, it is my opinion that the statements on the product packaging regarding the Devices' ability to track "sleep," "hours slept," "sleep quality," and "times woken up"[26] are truthful and reasonable and inform consumers about the Fitbit Devices' ability to measure sleep.

### D.    Plaintiffs' Experience with the Flex

54.    I have reviewed the deposition testimony of Mr. Brickman and Ms. Clingman.

55.    Mr. Brickman testified that, shortly after activating his Flex around late December 2013/early January 2014, he observed that the Device recorded as "hours slept" time that Mr. Brickman was in fact awake, lying in bed or in his work "sleep room," and watching television or a movie.[27]

56.    Ms. Clingman testified that she noticed that her Flex was providing "odd readings" and had several experiences where her Flex would enter into sleep mode during the day, while she was being active.[28] On those occasions, she was "[p]ushing things, such as a stroller or a grocery cart."[29] Ms. Clingman also testified that she experienced an instance where her Fitbit Flex showed that she had woken up 50 times in a night, which she believed was inaccurate.[30] Ms. Clingman described this experience as atypical.[31]

57.    Based on my understanding of (i) how the Devices operate and (ii) the issues Plaintiffs claim to have encountered, Plaintiffs' experiences are most likely the result of operator error or anomalous, Plaintiff-specific circumstances, rather than the result of a flaw in the Devices' methodology for tracking sleep.

---

[26] *See* Fourth Amended Complaint, Ex. 2.
[27] Jan. 17, 2017 Deposition of James P. Brickman ("Brickman Deposition"), at 21:19-25:12, 43:10-17.
[28] Jan. 17, 2017 Deposition of Margaret Clingman ("Clingman Deposition"), at 26:19-28:8, 43:14-22.
[29] Clingman Deposition at 43:14-22.
[30] Clingman Deposition at 26:19-24, 76:17-78:10.
[31] Clingman Deposition at 77:11-24.

58.     First, instances in which Plaintiffs' Devices entered into sleep mode while Plaintiffs were awake cannot be attributed, as a matter of principle, to a design flaw associated with the use of an actigraphy-based method for tracking sleep. Nor can they be attributed to actigraphy as a methodology, more generally. Because Plaintiffs' Devices relied on *manual* activation, Plaintiffs themselves were responsible for informing the Device when to begin recording sleep. In other words, based on the information available to me, if Plaintiffs' Devices entered into sleep mode while Plaintiffs were awake and active, it is most likely because Plaintiffs (perhaps accidentally) manually enabled sleep mode. Ms. Clingman, for example, may have inadvertently enabled sleep mode as a result of bumps, movement, or vibrations resulting from her pushing the stroller or a cart that simulated the rapid tapping activation trigger. Notably, any device that relies on some manual, affirmative step by the user to active sleep tracking has the potential for inadvertent activation. If Ms. Clingman believed that sleep mode had been triggered while she was awake, she also had the ability to revise her sleep periods through the Fitbit dashboard and delete those entries.

59.     Second, Ms. Clingman's experience with "odd readings" is consistent with ordinary sleep disturbances that are not related to any supposed flaw in the sleep-tracking method. It is absolutely possible that an individual can have a restless night with 50 or more recorded awakenings. For example, PSG recordings in otherwise healthy people can show 10-20 awakenings in a typical night; these awakenings are usually very brief and are not remembered. In the case where an individual experiences something that interferes with their sleep (e.g., some environmental disturbance, some physical disturbance like pain or illness, or some sleep-related respiratory problems), this can result in many episodes during the night which may be recorded by an objective sleep measurement approach (like PSG or actigraphy) but are not remembered by

23

the individual. Further, an individual who has sleep apnea, such as Ms. Clingman testified she had,[32] can often experience 50 arousal times during the night due to her sleep disorder. Indeed, one would expect someone diagnosed with sleep apnea to wake up multiple times in a night.[33]

## VI.    CONCLUSIONS

60.    It is my opinion that the ███████ algorithm is a scientifically valid algorithm that can be used to measure sleep. The Fitbit Devices implement that algorithm in a scientifically appropriate manner, which ██████████████████████████ In addition, external studies have also verified the capability of the Fitbit Devices to measure sleep. Fitbit's representations about its devices' ability to track sleep, hours slept, sleep quality, and times woken up are truthful and not misleading.

61.    Finally, Plaintiffs' experiences are most likely the result of operator error or unique, Plaintiff-specific circumstances (e.g., readings consistent with, and potentially attributable to, Ms. Clingman's sleep apnea), rather than the result of a flaw in the Devices' methodology for tracking sleep.

## VII.    OTHER TESTIMONY

62.    The opinions stated herein are based on my own analyses and conclusions. If I become aware of facts, evidence and/or other information not available to me for the preparation of this Report, I reserve the right to supplement and/or revise my Report and to revise my conclusions if necessary. I also reserve the right to correct typographical errors in this Report.

---

[32] Clingman Deposition at 46:12-51:22.

[33] Ms. Clingman testified that her physician instructed her to use a Continuous positive airway pressure machine, or "CPAP," after being diagnosed with sleep apnea in or around 2011. However, she decided to stop using the CPAP machine in 2012 or 2013 without first consulting with her physician or performing independent research. Clingman Deposition at 46:12-51:16.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: January 31, 2017

Michael A. Grandner

# EXHIBIT A

**DOCUMENTS CONSIDERED OR RELIED UPON**

1.      Sonia Ancoli-Israel et al., *The Role of Actigraphy in the Study of Sleep and Circadian Rhythms* 26(3) SLEEP 342, 342 (2003).

2.      Sonia Ancoli-Israel et al., *The SBSM Guide to Actigraphy Monitoring: Clinical and Research Applications* 13 BEHAVIORAL SLEEP MEDICINE S1, S5 (2015).

3.      Terri Blackwell, et al., *Comparison of Sleep Parameters from Actigraphy and Polysomnography in Older Women: The SOF Study*, 31(2) SLEEP 283 (2008).

4.      Roger J. Cole, et al., *Automatic Sleep/Wake Identification from Wrist Activity*, 15(5) SLEEP 461 (1992).

5.      Fitbit Flex, Wireless Activity + Sleep Wristband, Product Manual.

6.      Fitbit Help, What's changed in the latest tracker update?, Flex, Version 81, available at https://help.fitbit.com/articles/en_US/Help_article/1372..

7.      Fitbit's Responses and Objections to Plaintiffs' first Set of Requests for Admissions, Requests for Production of Documents, and Interrogatories, dated July 26, 2016, *Brickman v. Fitbit, Inc.*, No. 3:15-cv-02077-JD (N.D. Cal. filed December 22, 2015).

8.      Fourth Amended Complaint, *Brickman v. Fitbit, Inc.*, No. 3:15-cv-02077-JD (N.D. Cal. filed December 22, 2015).

9.      Girardin Jean-Louis et al., *Sleep estimation from wrist movement quantified by different actigraphic modalities*, 105 JOURNAL OF NEUROSCIENCE METHODS 105, 185–191 (2001).

10.      Girardin Jean-Louis, et al., *Determination of Sleep and Wakefulness with the Actigraph Data Analysis Software (ADAS)*, 19(9) SLEEP 739, 742 (1996).

1

11.    Bart H. W. te Lindert, et al., *Sleep Estimates Using Microelectromechanical Systems (MEMS)*, 36(5) SLEEP 781 (2013).

12.    LIS3DH, MEMS digital output motion sensor: ultra-low-power high-performance 3-axis "nano" accelerometer datasheet, available at http://www.st.com/content/ccc/resource/technical/document/datasheet/3c/ae/50/85/d6/b1/46/fe/CD00274221.pdf/files/CD00274221.pdf/jcr:content/translations/en.CD00274221.pdf ("LIS3DH").

13.    Miguel Marino, et al., *Measuring Sleep: Accuracy, Sensitivity, and Specificity of Wrist Actigraphy Compared to Polysomnography*, 36(11) SLEEP 1747 (2013).

14.    Susan M. McCurry, et al., *Nighttime Insomnia Treatment and Education for Alzheimer's Disease: A Randomized, Controlled Trial*, 53 JOURNAL OF THE AMERICAN GERIATRICS SOCIETY 793 (May 2005).

15.    Avi Sadeh, et al., *The Role of Actigraphy in the Evaluation of Sleep Disorders*, 18(4) SLEEP 288, 290 (1995).

16.    Shelten Yuen, 'Actigraphy' in Sleep Research (Literature Highlights) (Sept. 23, 2008) (FB_BRICKMAN_0062390 - FB_BRICKMAN_0062402).

17.    Shelten Yuen, "Burst Sampling, Noise Floor Reduction (Nov. 2, 2008) (FB_BRICKMAN_0062363 - FB_BRICKMAN_0062371).

18.    Shelten Yuen, "Moving Average to Reduce Floor Noise (Nov. 6, 2008) (FB_BRICKMAN_0062372 - FB_BRICKMAN_0062378).

19.    Shelten Yuen, "Sleep (Sampling and Results)" (Nov. 14, 2008) (FB_BRICKMAN_0062379 - FB_BRICKMAN_0062389).

20.    "Sleep Testing" (June 12, 2009) (FB_BRICKMAN_0062403 - FB_BRICKMAN_0062405) .

21.    Nicole K.Y. Tang, *Correcting distorted perception of sleep in insomnia: a novel behavioural experiment?*, 42 BEHAVIOUR RESEARCH AND THERAPY 27 (2004).

22.    Transcript of Jan. 17, 2017 Deposition of James P. Brickman, *Brickman v. Fitbit, Inc.*, No. 3:15-cv-02077-JD (N.D. Cal. filed December 22, 2015).

23.    Transcript of Jan. 17, 2017 Deposition of Margaret Clingman, *Brickman v. Fitbit, Inc.*, No. 3:15-cv-02077-JD (N.D. Cal. filed December 22, 2015).

24.    Transcript of Jan. 18, 2017 Deposition of Shelten Yuen, *Brickman v. Fitbit, Inc.*, No. 3:15-cv-02077-JD (N.D. Cal. filed December 22, 2015.

25.    Transcript of Nov. 14, 2016 Deposition of Conor Heneghan, *Brickman v. Fitbit, Inc.*, No. 3:15-cv-02077-JD (N.D. Cal. filed December 22, 2015).

26.    Warren W. Tryon, *Issues of Validity in Actigraphic Sleep Assessment*, 27(1) SLEEP 158 (2004).

27.    All other documents cited or referenced herein.

# EXHIBIT B

# Michael A. Grandner

*Updated: February, 2017*

University of Arizona
Department of Psychiatry
1501 N Campbell Avenue
Banner University Medical Center, Suite 7326
PO Box 245002
Tucson, AZ 85724-5002

Lab: (520) 626-6346
Direct: (520) 626-4746
Fax: (520) 626-3247
grandner@email.arizona.edu
grandner@psychiatry.arizona.edu
michaelgrandner.com

Twitter (@michaelgrandner) | LinkedIn | ResearchGate | Academia.edu | Google Scholar | ORCiD

## Current Position

**Assistant Professor of Psychiatry**, Tenure-Eligible, College of Medicine, University of Ariona

**Assistant Professor of Psychology**, College of Sciences, University of Arizona

**Assistant Professor of Medicine,** College of Medicine, University of Arizona

**Assistant Professor** of Nutritional Sciences, College of Agriculture and Life Sciences, University of Arizona

**Director**, Sleep and Health Research Program, University of Arizona

**Director,** Behavioral Sleep Medicine Clinic, Banner-University Medical Center

## Research and Clinical Interests

Broad application of Behavioral Sleep Medicine, including studies of sleep as a domain of health behavior and the development and implementation of behavioral interventions for insufficient sleep and sleep disorders. Specific areas of focus include: (1) Downstream cardiovascular, metabolic, and behavioral health outcomes associated with habitual sleep duration and/or insufficient sleep, (2) Upstream social, behavioral, and biological determinants of habitual sleep duration, insufficient sleep, and poor sleep quality, and (3) Development and implementation of behavioral interventions for sleep as a domain of health behavior.

## Education

| | | |
|---|---|---|
| 2012-2014 | MTR | **University of Pennsylvania**<br>Translational Research |
| 2001-2007 | PhD | **San Diego State University / University of California, San Diego**<br>Joint Doctoral Program in Clinical Psychology, Behavioral Medicine Track |
| 2001-2005 | MS | **San Diego State University**<br>Clinical Psychology |
| 1997-2001 | BA | **University of Rochester**<br>Clinical and Social Sciences in Psychology, Cum Laude, High Honors |

## Fellowships and Internships

| | |
|---|---|
| 2007-2012 | **University of Pennsylvania**<br>Postdoctoral Fellowship, Center for Sleep and Circadian Neurobiology |
| 2007-2010 | **University of Pennsylvania**<br>Behavioral Sleep Medicine Fellowship (AASM-Accredited) |
| 2006-2007 | **University of California, San Diego & San Diego VA Healthcare System**<br>Clinical Psychology Internship, Behavioral Medicine/Outpatient Psychiatry |

## Professional License and Certification

Psychologist License (Arizona): 4706 (1/29/2016)

Certification in Behavioral Sleep Medicine (**CBSM**; American Board of Sleep Medicine)

National Provider Identification (NPI) Number: 1982809422

## Academic Positions

| | | |
|---|---|---|
| 2017-present | **Assistant Professor (Secondary Appointment )** | |
| | Department of Nutritional Sciences, College of Agriculture and Life Sciences, University of Arizona | |
| 2016-present | **Assistant Professor (Secondary Appointment)** | |
| | Department of Medicine, College of Medicine, University of Arizona | |
| 2015-present | **Assistant Professor (Secondary Appointment)** | |
| | Department of Psychology, College of Sciences, University of Arizona | |
| 2015-present | **Assistant Professor, Tenure Eligible** | |
| | Department of Psychiatry, College of Medicine, University of Arizona | |
| 2014-2015 | **Psychologist** | |
| | Behavioral Healthcare Service, Philadelphia VA Medical Center | |
| 2012-2015 | **Instructor** | |
| | Department of Psychiatry, University of Pennsylvania | |
| 2012 | **Research Associate** | |
| | Division of Sleep Medicine, Department of Medicine, University of Pennsylvania | |
| 2011-2015 | **Psychologist, Behavioral Sleep Medicine Clinic** | |
| | Penn Sleep Centers, University of Pennsylvania Health System | |

## Research and Clinical Affiliations

| | | |
|---|---|---|
| 2016-present | **Co-Director** | |
| | Sports Psychiatry and Behavioral Health Clinic, Banner-University Medical Center | |
| 2016-present | **Approval Holder, BSL-2 Laboratory** | |
| | Department of Psychiatry, University of Arizona | |
| 2016-present | **Member** | |
| | Center for Sleep and Circadian Sciences, University of Arizona | |
| 2016-present | **Member** | |
| | Sarver Heart Center, University of Arizona | |
| 2016-present | **Director** | |
| | Behavioral Sleep Medicine Clinic, Banner-University Medical Center, Department of Psychiatry | |
| 2016-present | **Clinical Psychologist** | |
| | Banner-University Medical Center, Outpatient Psychiatry Service, Departent of Psychiatry | |
| 2015-present | **Director** | |
| | Sleep and Health Research Program, University of Arizona | |
| 2012-2015 | **Member** | |
| | Occupational Sleep Medicine, Division of Sleep Medicine, University of Pennsylvania | |
| 2012-2015 | **Member** | |
| | Behavioral Sleep Medicine Program, Department of Psychiatry, University of Pennsylvania | |
| 2012-2015 | **Member** | |

Center for Sleep and Circadian Neurobiology, University of Pennsylvania

| | | |
|---|---|---|
| 2011-2015 | **Clinical Privileges** | |
| | Hospital of the University of Pennsylvania | |
| 2011-2015 | **Affiliate Member** | |
| | Cardiovascular Institute, University of Pennsylvania | |
| 2009-2015 | **Affiliate Member** | |
| | Institute for Translational Medicine and Therapeutics, University of Pennsylvania | |
| 2008-2015 | **Affiliate Member** | |
| | Institute for Diabetes, Obesity and Metabolism, University of Pennsylvania | |

## Training Positions Held

2008-2010 **Sleep Medicine Fellow**
VISN 4 Regional Sleep Center, Philadelphia Veteran's Affairs Medical Center

2008 **Visiting Sleep Fellow**
Sleep Center, Division of Pulmonary Medicine, Children's Hospital of Philadelphia

2007-2011 **Postdoctoral Research Fellow**
Center for Sleep and Circadian Neurobiology, University of Pennsylvania

2006-2007 **Psychology Intern, Behavioral Medicine Service**
San Diego Veteran's Affairs Health System

2006-2007 **Psychology Intern, Outpatient Psychiatry Clinic**
UCSD Outpatient Psychiatric Services (Gifford Clinic)

2004-2005 **Clinical Sleep Medicine Practicum Student**
San Diego Veteran's Affairs Health System & UCSD Medical Center

2003-2006 **Research Assistant**
Department of Psychiatry, VA San Diego Healthcare System & University of California, San Diego. Supervisor: Sonia Ancoli-Israel PhD.

2003-2004 **Inpatient Psychiatry Practicum Student**
Neurobehavioral Medicine Unit, UCSD Medical Center

2002-2003 **Student Therapist**
San Diego State University, Psychology Clinic

2001-2007 **Graduate Research Assistant**
Circadian Pacemaker Laboratory, Department of Psychiatry, University of California, San Diego. Mentor: Daniel F. Kripke MD.

1999-2001 **Research Assistant**
Depression Research Laboratory, University of Rochester. Supervisor: Donna E. Giles, PhD.

1999-2001 **Research Assistant**
Sleep and Neurophysiology Research Laboratory, University of Rochester. Supervisor: Michael L. Perlis PhD.

## Teaching Experience

2016-present **Statistics Instructor**
Psychiatry Residency Program, University of Arizona

2011-2015 **Regular Guest Lecturer**
FRO 522 Frontiers in Sleep Medicine, Penn Medical School (most recent rating 4.6/5.0)

2008-present **Mentor/Supervisor**

Various students and research assistants (see below)

| | | |
|---|---|---|
| 2008-present | **Guest Lecturer** | |
| | Various courses at various institutions (see below) | |
| 2005-2006 | **Course Instructor** | |
| | PSY 270 Statistical Methods in Psychology, San Diego State University (average rating 4.6/5.0) | |
| 2004 | **Invited Group Therapy Trainer** | |
| | Neurobehavioral Medicine Unit, University of California, San Diego | |
| 2000-2001 | **Psychology Tutor** | |
| | Center for Academic Support, University of Rochester | |
| 2000 | **Teaching Assistant** | |
| | CSP 260: Sleep Research and Sleep Medicine, University of Rochester | |

## Grants / Funding

Pending    **Sleep and Cardiometabolic Health Disparities at the US/Mexico Border: The Nogales Cardiometabolic Health and Sleep (NoCHeS) Study.** R01MD011600. National Institute of Minority Health and Health Disparities. *Principal Investigator.*

Pending    **Effects of Systematic Sleep Time Extension on Cardiometabolic Health Risk Factors.** R01HL135094. National Heart, Lung, and Blood Institute. *Principal Investigator.*

Pending    **Effects of Sleep Expansion on Cardiovascular Disease Risk Factors in Insufficient Sleep.** American Heart Association. *Principal Investigator.*

Pending    **Acculturation, Sleep, and Cardiometabolic Disease Risk at the US/Mexico Border.** Border Health Equity Collaborative. *Principal Investigator.*

Pending    **Systematic Use of Mobile-Based management of Insomnia Therapy (SUMMIT).** PCORI. *Co-Investigator. PI: Sairam Parthasarathy.*

Pending    **Non-Inferiority Study of Telemedicine versus Conventional CBT-I in Recently Hospitalized Patients with Insomnia.** American Sleep Medicine Foundation. *Co-Investigator. PI: Sairam Parthasarathy.*

Pending    **Identifying the Optimal Use of a Biomedical Blue Wavelength Light Exposure Headset for Sustaining Cognitive Resilience during Stress.** Department of Defense. *Co-Investigator. PI: William D. S. Killgore.*

Pending    **Longitudinal Effects of Sleep on the American Heart Association's "Simple 7" and Cardiovascular Disease Outcomes.** American Heart Association. *Co-Investigator. PI: Freda Patterson.*

2016-2017    **Sleep, Health, and the Social Environment at the US/Mexico Border.** UA Clinical Trial Award. *Principal Investigator.* Award: $20,000.

2016-2017    **Promoting Healthy Sleep and Circadian Rhythms in Student Athletes: Mental Health, Social Functioning, and Physical Well-Being.** National Collegiate Athletics Association. *Co Principal Investigator (with Amy B. Athey PsyD).*

2016-2017    **Peer-Driven Intervention as an Alternate Model of Care Delivery and Coordination for Sleep Apnea.** HIS-1306-02505. PCORI. *Co-Investigator.*

2014-2015    **A Cross-Ethnic Comparison of Self-Reported Sleep Disorders in Employed Adults.** Contract with Bentley Systems, Inc. *Principal Investigator.*

2013-2015    **Mobile Stress and Anger Management Tool.** A2-5265. Department of Defense. *Investigator.* Award: $131,471.

2012-2015    **Sleep and Health in the Social Environment.** R21ES022931. National Institute of Environmental

Health Sciences. *Principal Investigator.* Award: $440,000.

2012-2017 **Cardiovascular and Metabolic Risk Factors Associated with Short Sleep Duration.** K23HL110216. National Heart, Lung and Blood Institute. *Principal Investigator*. Award: $803,790.

2012-2015 **Cardiovascular and Metabolic Functioning in Habitual Short Sleepers.** 12SDG9180007. Scientist Development Grant. American Heart Association. *Principal Investigator*. Award: $308,000.

2012-2014 **Institute for Translational Medicine and Therapeutics Fellowship Award.** University of Pennsylvania CTSA; L1RR024134. *Principal Investigator*. Award: $180,000.

2012 **The Role Of Partial Reinforcement In The Long Term Management Of Insomnia.** 5R01AT003332-05. National Center for Complementary and Alternative Medicine. *Co-Investigator (P.I. Michael Perlis)*.

2012-2013 **Attention Bias As An Etiologic Factor In Primary And Secondary Insomnia.** 5R01MH077900. National Institute of Mental Health. *Co-Investigator (P.I. Michael Perlis)*.

2010-2012 **Health and Performance Outcomes Associated with Short Sleep Duration.** University of Pennsylvania CTSA; UL1RR024134, National Center for Research Resources, NIH. *Principal Investigator*. Award: $20,000.

2010-2011 **Sleep Extension for Short Sleepers.** University of Pennsylvania CTSA; `, National Center for Research Resources, NIH. *Co-Investigator (PI: Allan I. Pack)*. Award: $2,640.

2010 **AASM Young Investigator Forum.** American Academy of Sleep Medicine. Travel Award: $1,200.

2008-2010 **Neurobehavioral, Metabolic and Biopsychosocial Characteristics of Habitual Short Sleepers.** University of Pennsylvania CTSA; UL1RR024134, National Center for Research Resources, NIH. *Co-Investigator (PI: Allan I. Pack)*. Award: $26,600.

2008-2010 **CTRC Clinical Research Award.** University of Pennsylvania CTSA; UL1RR024134, National Center for Research Resources, NIH. *Co-Investigator (PI: Allan I. Pack)*. Award: $3,200.

2008-2009 **Population Burden of Sleep Disturbance – Biostatistical Support Award.** Center for Sleep and Respiratory Neurobiology. *Principal Investigator*. Award: $6,000.

2007-2011 **Training Program in Sleep and Respiratory Neurobiology.** T32HL007713, National Heart, Lung and Blood Institute. *NRSA Fellow (PI: Allan I. Pack)*.

## Honors and Awards

2016    Winner, Distinguished Service Award, Pennsylvania Sleep Society
2016    Winner, Early Career Award, AHA Council on Lifestyle and Cardiometabolic Health
2016    Selected, Eureka Institute for Translational Medicine Conference
2015    Travel Award for Attendance at NIDDK Sleep and Diabetes Workshop, Sleep Research Society
2015    Fellow, American Academy of Sleep Medicine
2014    Winner, Sleep Research Network Early Career Award
2014    Winner, Sleep Deprivation Section Award, American Academy of Sleep Medicine
2014    Lead article in annual "Research at Penn" report was focused on my work
2013    Winner, Distinguished Early Career Award, Society of Behavioral Sleep Medicine
2013    Obtanied official recognition of Sleep Awareness Week by PA Senate and Governor
2012    Award for Research Excellence, American Heart Association
2012    Finalist, AASM Sleep Deprivation Section Abstract Award
2012    Semifinalist, Penn's Big Idea Innovation Tournament
2011    Winner, Poster Presentation Award, Population Association of America
2010    Invited to AASM Young Investigator Forum at NIH (1 of 21)
2009    Commendation for clinical service, Philadelphia VA Medical Center
2008    Selected for Organizing Committee of the PA Sleep Society (1 of 6 members)
2006    Outstanding Doctoral Teaching Award, SDSU Department of Psychology
2005    Outstanding Professor Award, AXΩ, SDSU chapter

| | |
|---|---|
| 2001 | Cum Laude, University of Rochester |
| 2001 | High Honors, Research in Psychology from the University of Rochester |
| 2000 | Travel Award, Sleep Research Society |
| 2000-2001 | Rochester Psychology Honors Program (one of nine students) |
| 1997-2001 | Dean's List, University of Rochester College of Arts and Sciences (all semesters) |
| 1997-2001 | Meliora Grant |
| 1997-2001 | Rush Rhees Scholarship |

## Membership in Academic/Professional Organizations

| | | |
|---|---|---|
| *National:* | 1999-present | American Academy of Sleep Medicine<br>*Member, Sleep Deprivation Section*<br>*Member, Insomnia Section*<br>*Member, Circadian Rhythm Section*<br>*Fellow, 2015-present* |
| | 2011-present | American Heart Association<br>*Member, Council on Lifestyle and Cardiometabolic Health*<br>*Member, Council on Cardiovascular Epidemiology and Prevention* |
| | 1999-present | Associated Professional Sleep Societies<br>*Via Sleep Research Society and American Academy of Sleep Medicine* |
| | 2016-present | American Psychological Association<br>*Member* |
| | 2014-present | American Thoracic Society<br>*Member, Sleep and Respiratory Neurobiology* |
| | 1999-present | Sleep Research Society<br>*Member, Sleep and Behavior Section*<br>*Member, Sleep Disorders Research Section*<br>*Member, Circadian Rhythm Section* |
| | 2010-present | Society of Behavioral Sleep Medicine<br>*Founding Member* |
| *Local:* | 2015-present | Arizona Sleep Society<br>*Member* |
| | 2008-2015 | Pennsylvania Sleep Society<br>*Founding Member* |

## Service to Academic and Professional Organizations

### Societal Committees and Service:

| | | |
|---|---|---|
| 2016-present | *Sleep Research Society* | Scientific Review Committee, Member |
| 2015 | *Sleep Research Society* | Special Task Force to respond to NCAA Mental Health Guidelines, Member |
| 2015-present | *American Thoracic Society* | Program Committee, ATS Assembly on Sleep and Respiratory Neurobiology, Member |
| 2015-present | *American Thoracic Society* | Abstract Reviewer |
| 2015-2016 | *American Heart Association* | Program Committee, Epi\|Lifestyle Sessions, Member |
| 2015-present | *American Heart Association* | Abstract Reviewer |
| 2014 | *Sleep Research Society* | Strategic Planning Conference Invited Member |
| 2014-2015 | *American Academy of Sleep Medicine and Sleep Research Society (Joint)* | Sleep Duration Consensus Conference Invited Member |
| 2014-present | *American Heart Association* | Behavioral Change Committee |
| 2014-2016 | *American Heart Association* | Lifestyle and Cardiometabolic Health Early Career |

|  |  | Committee |
|---|---|---|
| 2013-2014 | *Pennsylvania Sleep Society* | Immediate Past President |
| 2013-2014 | *American Academy of Sleep Medicine* | Exam Question Writing Subcommittee, Member |
| 2013-2016 | *Society of Behavioral Sleep Medicine* | Website and Communications Committee, Chair |
| 2013-016 | *Sleep Research Society* | Membership and Communications Committee, Chair |
| 2012-2013 | *Pennsylvania Sleep Society* | President |
| 2012-2013 | *Society of Behavioral Sleep Medicine* | Website and Communications Committee, Member |
| 2011-2013 | *Sleep Research Society* | Facebook Page, Administrator |
| 2011-2012 | *Pennsylvania Sleep Society* | President-Elect |
| 2010-2013 | *Sleep Research Society* | Membership and Communications Committee, Member |
| 2009-2011 | *Pennsylvania Sleep Society* | Communications Committee, Member |
| 2008-2011 | *Pennsylvania Sleep Society* | Board of Directors, Founding Member |
| 2008 | *Pennsylvania Sleep Society* | Organizing Committee, Member |
| 2008-2010 | *Sleep Research Society* | Communications Committee, Member |
| 2006-present | *Associated Professional Sleep Societies* | Abstract Reviewer |
| 2006-2007 | *Sleep Research Society* | Trainee Subcommittee, Member |

Intramural Committees and Service (Arizona):

| 2017-present | *University of Arizona* | Psychiatry Department Executive Committee |
|---|---|---|
| 2015-present | *Banner Healthcare* | Insomnia Clinical Consensus Group, Member |
| 2015-present | *University of Arizona* | Institutional Review Board (IRB), Member |

Academic/Professional Committees and Service (Other):

| 2016 | *Canadian Space Agency* | Expert Panel on Establishing Priorities in Space Biomedical Analysis, Member |
|---|---|---|
| 2014-present | *Harvard University* | Health Disparities Working Group, Sleep Apnea Patient Centered Outcomes Network (SAPCON), Member |
| 2014-2015 | *Penn Behavioral Sleep Medicine Program* | Behavioral Sleep Medicine Mini-Fellowship, Faculty |
| 2014-2015 | *Penn Center for Sleep* | Website Planning Committee, Member |
| 2014 | *Penn Center for Sleep* | Annual Research Retreat Committee, Chair |
| 2013-2014 | *National Sleep Foundation* | Meaningful Use Advisory Committee, Member |
| 2013-2014 | *National Sleep Foundation* | Sleep Time Recommendations Consensus Panel, Member |
| 2013-present | *National Collegiate Athletics Association (NCAA)* | Mental Health Task Force, Member |
| 2013-2015 | *Penn School of Medicine* | Institutional Review Board (IRB#3), Member |
| 2013-present | *New York University* | Tailored Approach to Sleep Health Education (TASHE Study), Faculty Advisory Board Member |
| 2012-present | *New York University* | Program to Increase Diversity in Behavioral and Sleep Research (NHLBI PRIDE Summer Training Institute), Program Faculty Member |
| 2011-2015 | *Penn Center for Sleep* | Seminar Series Selection Committee, Member |
| 2011-2012 | *SUNY Downstate Medical Center* | Program to Increase Diversity in Behavioral and Sleep Research (NHLBI PRIDE Summer Training Institute), Program Faculty Member |
| 2010-2011 | *Penn Center for Sleep* | Annual Research Retreat Committee, Chair |
| 2009-present | *BSM Online Group* | Managing Editor |
| 2009-2011 | *Sleep Trainees Network* | Founding Moderator |
| 2009-2010 | *Penn Center for Sleep* | Annual Research Retreat Committee, Member |
| 2009-2015 | *University of Rochester* | Admissions Interviews |
| 2007-2008 | *Penn Center for Sleep* | Annual Research Retreat Committee, Member |
| 2007 | *VA/UCSD Internship* | Psychology Internship Interviews |

| | | |
|---|---|---|
| 2003 | *SDSU/UCSD Joint Doctoral Program* | Research Design and Statistics Exam Prep Organizer |
| 2002-2004 | *SDSU/UCSD Joint Doctoral Program* | Applicant Interviewer |
| 2002 | *SDSU/UCSD Joint Doctoral Program* | Applicant Housing Committee Chair |

## Advisory and Consultative Roles

| | | |
|---|---|---|
| 2016-present | MindSail | Program development |
| 2016-present | CurAegis Technologies | Advisory |
| 2015-present | Church & Dwight | Advisory |
| 2015-present | FitBit | Advisory |
| 2015-present | Kemin | Advisory and research |
| 2015 | Bayer | Advisory and research |
| 2015-present | Nexalin Technologies | Advisory and research |
| 2014-2015 | Bentley Systems | Program development and implementation |
| 2014-2015 | Philadelphia Eagles | Program development and implementation |
| 2014-2015 | Etsy | Program development and implementation |
| 2013-2014 | National Sleep Foundation | Advisory and research |
| 2011-2015 | Philadelphia Police Department | Program development and implementation |
| 2011-2014 | Friends Life Care | Program development and speaking |
| 2009-2010 | Family Birthmark | Program development and speaking |
| 2008-2013 | The Habit Change Company | Program development and speaking |

## Editorial Contributions

Journal (Editorial Board):

| | | |
|---|---|---|
| 2016-present | Editorial Board | SLEEP |
| 2015-present | Associate Editor | Sleep Health |
| 2014-2015 | Editorial Board | Sleep Health (Inaugural Editorial Board) |

Journal (Guest Editor):

| | |
|---|---|
| 2016 | Guest Editor, Sleep Medicine, "NHLBI Workshop on Reducing Health Disparities: The Role of Sleep Deficiency and Sleep Disorders" |

Journals (Reviewer):

| | |
|---|---|
| 2015-present | Advances in Nutrition |
| 2010-present | American Journal of Human Biology |
| 2012-present | American Journal of Industrial Medicine |
| 2013-present | Annals of Epidemiology |
| 2014-present | Annals of Internal Medicine |
| 2012-present | Appetite |
| 2011-present | Atherosclerosis |
| 2014-present | Behavioral Research in Nursing |
| 2009-present | Behavioral Sleep Medicine |
| 2014-present | BMC Psychiatry |
| 2013-present | BMC Public Health |
| 2013-present | BMJ Open |
| 2012-present | British Journal of Nutrition |
| 2010-present | Chronobiology International |
| 2014-present | Circulation |
| 2013-present | Clinical Cardiology |
| 2010-present | Depression and Anxiety |
| 2010-present | Diabetes, Metabolism and Obesity: Targets and Therapy |
| 2012-present | Emerging Health Threats |
| 2012-present | Epidemiology Reviews |

| | |
|---|---|
| 2013-present | European Journal of Endocrinology |
| 2012-present | European Journal of Public Health |
| 2010-present | Faculty of 1000 Medicine Reports |
| 2014-present | Frontiers in Systems Neuroscience |
| 2011-present | Health Education Research |
| 2013-present | Health Reports |
| 2013-present | Healthy Aging and Clinical Care in the Elderly |
| 2013-present | Hypertension Research |
| 2010-present | Industrial Health |
| 2012-present | International Journal of Geriatric Psychiatry |
| 2007-present | JAMA (Journal of the American Medical Association) |
| 2009-present | Journal of Affective Disorders |
| 2013-present | Journal of the American Geriatric Society |
| 2011-present | Journal of Clinical Sleep Medicine |
| 2013-present | Journal of Development and Agricultural Economics |
| 2013-present | Journal of Epidemiology and Community Health |
| 2012-present | Journal of General Internal Medicine |
| 2015-present | Journal of Interpersonal Violence |
| 2012-present | Journal of Nutrition, Health, and Aging |
| 2011-present | Journal of Pain |
| 2012-present | Journal of Psychopharmacologyzzzz |
| 2014-present | Journal of Psychosomatic Research |
| 2010-present | Journal of Public Health |
| 2008-present | Journal of Sleep Research |
| 2013-present | Journal of Sports Science and Medicine |
| 2013-present | Journal of the American College of Nutrition |
| 2014-present | Journal of Thoracic Disease |
| 2012-present | Journal of Translational Medicine |
| 2012-present | Journal of Women's Health |
| 2016-present | Nature Communications |
| 2012-present | Nature and Science of Sleep |
| 2013-present | Nutrition Research |
| 2014-present | Nutrition Reviews |
| 2010-present | Physiology and Behavior |
| 2012-present | PLoS ONE |
| 2013-present | Preventing Chronic Disease |
| 2013-present | Preventive Medicine |
| 2010-present | Progress in Neuro-Psychopharmacology and Biological Psychiatry |
| 2009-present | Psychiatry Research |
| 2010-present | Psychological Medicine |
| 2013-present | Racial and Ethnic Health Disparities |
| 2013-present | Rejuvination Research |
| 2007-present | Research on Aging |
| 2010-present | Science of the Total Environment |
| 2012-present | Science Translational Medicine |
| 2013-present | Sensors |
| 2008-present | SLEEP |
| 2014-present | Sleep Health: Journal of the National Sleep Foundation |
| 2010-present | Sleep Medicine |
| 2013-present | Social Behavior and Personality |
| 2012-present | Social Science and Medicine |
| 2014-present | Traffic Injury Prevention |
| 2011-present | Vascular Health and Risk Management |

2014-present    Women's Health Issues

Book Publisher (Prospectus Review):
2014-present    APA Books

Listserves/Online Groups (Moderator):
2011-2013    Sleep Trainees Network (Senior Moderator)
2009-present    Behavioral Sleep Medicine Group (Managing Editor)
2008-2011    Sleep Trainees Network (Moderator)

Journals (Mentored Reviewer):
2009    Behavioral Sleep Medicine
2009    Sleep Medicine Reviews
1999-2001    SLEEP

## Grant Review Panels

2016    National Institute of Occupational Safety and Health (NIOSH)

2016    Medical Research Fund, University of Ottawa

2016-present    Department of Veterans Affairs, Health Services Research And Development, Scientific Merit Review Panel 4 (HSR4)

2015    South African Medical Research Council, Grant Reviewer

2015-present    Department of Defense, Peer-Reviewed Medical Research Program, Grant Reviewer

2015    Italian Ministry of Health, Grant Reviewer

2014    Michigan Metabolomics and Obesity Center, Ad-Hoc Grant Reviewer

2013    Marsden Fund, New Zealand, Ad-Hoc Grant Reviewer

2012-2013    National Institutes of Health, Health Disparities and Equity Promotion Study Section (HDEP), Mail-In Grant Reviewer

2012    Dutch Technology Foundation, Ad-Hoc Grant Reviewer

2012    Netherlands Organization for Health Research and Development, Ad-Hoc Grant Reviewer

2011    Philips Research Foundation, Ad-Hoc Grant Reviewer

## Peer-Reviewed Publications

1.  **Grandner, M. A.** (In Press). Sleep, health, and society. *Clinics in Sleep Medicine.*

2.  Ji, X., **Grandner, M. A.**, and Liu, J. (In Press). The relationship between micronutrient status and sleep patterns: A systematic review. *Public Health Nutrition.*

3.  Lalley-Chareczko, L. Segal, A. Perlis, M. L., and **Grandner, M. A.** (In Press). Sleep disturbance partially mediates the relationship between intimate partner violence and physical/mental health. *Journal of Interpersonal Violence.* PMCID: 4710553.

4.  Li, J., **Grandner, M. A.**, Chang, Y., Jungquist, C., and Porock, D. (In Press). Person centered dementia care and sleep in assisted living residents with dementia: A pilot study. *Behavioral Sleep Medicine.*

5.  Shetty, S., Fernandes, A., Patel, S., Combs, D., **Grandner, M. A.**, and Parthasarathy, S. (In Press). Unanticipated Nocturnal Oxygen Requirement during Positive Pressure Therapy for Sleep Apnea and Medical Comorbidities. *Journal of Clinical Sleep Medicine.*

6.  St-Onge, M-P., Coons, M., Bhatt, D. L., Brown, D., Conroy, M. B., **Grandner, M. A.**, and Jean-Louis, G. (In press). Sleep duration and quality: Impact on lifestyle behaviors and cardiometabolic health: An advisory from the American Heart Association. *Circulation.*

7.  **Grandner, M. A.**, Alfonso-Miller, P., Fernandez-Mendoza, J., Shetty, S., Shenoy, S., and Combs, D. (2016).

Sleep: Considerations for the prevention of cardiovascular disease. *Current Opinions in Cardiology,* 31(5): 551-565.

8.  **Grandner, M. A.**, Seixas, A., Shetty, S., and Shenoy, S. (2016). Sleep duration and diabetes risk: Population trends and potential mechanisms. *Current Diabetes Reports,* 16:106.

9.  **Grandner, M. A.**, Williams, N., Knutson, K. L., Roberts, D., and Jean-Louis, G. (2016). Sleep disparity, race/ethnicity, and socioeconomic position. *Sleep Medicine, 18:*7-18. PMCID: 4631795.

10. Chaudhary, N., **Grandner, M. A.**, Jackson, N., and Chakravorty, S. (2016) Caffeine consumption, insomnia, and sleep duration: Results from a nationally representative sample. *Nutrition,* 32(11-12),1193-1199.

11. Lam, M. T., **Grandner, M. A.**, and Malhotra, A. (2016). Lungs can tell time. *Journal of Thoracic Disease,* 8(Supplement 7): S579-S581.

12. Orzech, K. M., Roane, B., **Grandner, M. A.**, and Carskadon, M. (2016). Digital media use in the 2 hours before bedtime is associated with sleep variables in university students. *Computers in Human Behavior, 55:* 43-50. NIHMSID: 748338.

13. Patterson, F. Malone, S. K., Lozano, A., **Grandner, M. A.**, and Hanlon, A. L. (2016). Smoking, sedentary behavior, and diet associated with habitual sleep duration and chronotype: Data from the UK Biobank. *Annals of Behavioral Medicine,* 50(5):715-726.

14. Perlis, M. L., **Grandner, M. A.**, Brown, G. K., Basner, M., Chakravorty, S., Morales, K. H., Gehrman, P. R., Chaudhary, N. S., Thase, M. E., and Dinges, D. F. (2016). Nocturnal wakefulness: A previously unrecognized risk factor for suicide. *Journal of Clinical Psychiatry,* 77(6):726-733.

15. Perlis, M. L., **Grandner, M. A.**, Chakravorty, S., Bernert, R. A., Brown, G. K., and Thase, M. E. (2016). Suicide and sleep: Is it a bad thing to be awake when reason sleeps? *Sleep Medicine Reviews, 29:* 101-107.

16. Thomas, A. **Grandner, M. A.**, Nesom, G., Corbitt, C., and Perlis, M. L. (2016). Where are the behavioral sleep medicine providers and where are they needed? A geographic assessment. *Behavioral Sleep Medicine,* 14(6): 687-698.*.*

17. Truong, K. K., Lam, M. T., **Grandner, M. A.**, Sassoon, C. S., and Malhotra, A. (2016). Timing matters: Circadian rhythm in sepsis, asthma, and cancer. *Annals of the American Thoracic Society,* 13(7): 1144-1154.

18. Williams, N. J., **Grandner, M. A.**, Wallace, D. M., Cuffee, Y., Airihenbuwa, C., Okuyemi, K., Ogedegbe, G., and Jean-Louis, G. (2016). Social and behavioral predictors of insufficient sleep among African Americans and Caucasians. *Sleep Medicine, 18:*103-107.

19. **Grandner, M. A.**, Jackson, N., Izci-Balserak, B., Gallagher, R. A., Murray-Bachmann, R., Williams, N., Patel, N. P., and Jean-Louis, G. (2015). Social and behavioral determinants of perceived insufficient sleep. *Frontiers in Neurology, 6:122.* PMCID: 4456880.

20. **Grandner, M. A.**, Schopfer, E. A., Sands-Lincoln, M., Jackson, N., and Malhotra, A. (2015). The relationship between sleep duration and body mass index depends on age. *Obesity, 23(12):* 2491-2498. PMCID: 4526156.

21. **Grandner, M. A.**, Smith, T. E., Jackson, N., Jackson, T., Burgard, S., and Branas, C. (2015). Geographic distribution of insufficient sleep across the US: A county-level hotspot analysis. Sleep Health, 1: 158-165. PMCID: 4790125.

22. Arble, D. M., Bass, J., Diniz Behn, C. D., Butler, M. P., Challet, E., Czeisler, C., Depner, C. M., Elmquist, J., Franken, P., **Grandner, M. A.**, Hanlon, E. C., Keene, A. C., Joyner, M. J., Karatsoreos, I., Kern, P. A., Klein, S., Morris, C. J., Pack, A. I., Panda, S., Ptacek, L., Punjabi, N. M., Sassone-Corsi, P., Scheer, F. A., Saxena, R., Seaquest, E. R., Thimgan, M. S., Van Cauter, E., and Wright, K. P. (2015). Impact of sleep and circadian disruption on energy balance and diabetes: A summary of workshop discussions. *SLEEP, 38(12):* 1849-1860. PMCID: 4667373.

23. Chakravorty, S., Siu, H. Y. K., Oliver, L., Brown, G. K., Findley, J., Perlis, M. L., and **Grandner, M. A.** (2015). Sleep duration and insomnia symptoms as risk factors for suicidal ideation in a nationally representative sample. *Primary Care Companion for CNS Disorders, 17(6):* e1-e9. PMCID: 4805400.

24. Chaudhary, N. S., Kampman, K. M., Kranzler, H. R., **Grandner, M. A.**, Debbama, S., and Chakravorty, S. (2015). Insomnia in alcohol dependent subjects is associated with greater psychosocial problem severity. *Addictive Behaviors, 50*: 165-172. PMCID: 4515378.

25. Hui, S. A. and **Grandner, M. A.** (2015). Associations between poor sleep quality and stages of change of multiple health behaviors among participants of an employee wellness program. *Preventive Medicine Reports,* 2: 292-299. PMCID: 4450439.

26. Hui, S. A., and **Grandner, M. A.** (2015). Trouble Sleeping Associated with Lower Work Performance and Greater Healthcare Costs: Longitudinal Data from Kansas State Employee Wellness Program. *Journal of Occupational and Environmental Medicine, 57* (10): 1031-1038. PMCID: 4610176.

27. Jean-Louis, G., **Grandner, M. A.**, Youngstedt, S. D., Williams, N. J., Zizi, F., Sarpong, D., and Ogedegbe, G. (2015). Differential increase in prevalence estimates of inadequate sleep among Black and White Americans. *BMC Public Health, 15*: 1185. PMCID: 4661980.

28. Jean-Louis, G., Youngstedt, S. D., **Grandner, M. A.**, Williams, N. J., Sarpong, D., Zizi, F., and Ogedegbe, G. (2015). Unequal burden of sleep-related obesity among black and white Americans. *Sleep Health. 1:* 169-176. PMCID: 4770938.

29. Jean-Pierre, P., **Grandner, M. A.**, Garland, S. N., Henry, E., Jean-Louis, G., and Burish, T. G. (In Press). Self-reported memory problems in adult-onset cancer survivors in the United States: Effects of cardiovascular disease and insomnia. *Sleep Medicine*, 16:845-849. PMCID: 4466056.

30. Jen, R., **Grandner, M. A.**, and Malhotra, A. (2015). Future of sleep disordered breathing therapy using a mechanistic approach. *Canadian Journal of Cardiology,* 31:880-888. PMCID: 4506311.

31. Pak, V. M., Keenan, B. T., Jackson, N., **Grandner, M. A.**, Maislin, G., Teff, K., Schwab, R. J., Arnardottir, E. S., Juliusson, S., Benediktsdottir, B., Gislason, T., and Pack, A. I. (2015). Adhesion molecule increases in sleep apnea: Beneficial effect of positive airway pressure and moderation by obesity. *International Journal of Obesity*, 39: 472-479. PMCID: 4302066.

32. Perlis, M. L., **Grandner, M. A.**, Zee, J., Bremer, E., Whinnery, J., Barilla, H., Andalia, P., Gehrman, P., Morales, K., Thase, M., Bootzin, R., and Ader, R. (2015). Durability of treatment response to zolpidem with three different maintenance regimens: A preliminary study. *Sleep Medicine, 16 (9): 1160-1168.* PMCID: 4709332.

33. Watson, N. F., Badr, M. S., Belenky, G., Bliwise, D. L., Buxton, O. M., Buysse, D., Dinges, D. F., Gangwisch, J., **Grandner, M. A.**, Kushida, C., Malhotra, R. K., Martin, J. L., Patel, S. R., Quan, S., and Tasali, E. (2015). Joint consensus statement of the American Academy of Sleep Medicine and Sleep Research Society on the recommended amount of sleep for a healthy adult: Methodology and discussion. *SLEEP, 38 (8):* 1161-1183. PMCID: 4434546.

34. Watson, N. F., Badr, M. S., Belenky, G., Bliwise, D. L., Buxton, O. M., Buysse, D., Dinges, D. F., Gangwisch, J., **Grandner, M. A.**, Kushida, C., Malhotra, R. K., Martin, J. L., Patel, S. R., Quan, S., and Tasali, E. (2015). Joint consensus statement of the American Academy of Sleep Medicine and Sleep Research Society on the recommended amount of sleep for a healthy adult: Methodology and discussion. *Journal of Clinical Sleep Medicine, 11 (8):* 931-952. PMCID: 4442216.

35. Watson, N. F., Badr, M. S., Belenky, G., Bliwise, D. L., Buxton, O. M., Buysse, D., Dinges, D. F., Gangwisch, J., **Grandner, M. A.**, Kushida, C., Malhotra, R. K., Martin, J. L., Patel, S. R., Quan, S., and Tasali, E. (2015). Recommended amount of sleep for a healthy adult: A Joint statement of the American Academy of Sleep Medicine and Sleep Research Society. *SLEEP, 38 (6):* 843-844. PMCID: 4507722.

36. Watson, N. F., Badr, M. S., Belenky, G., Bliwise, D. L., Buxton, O. M., Buysse, D., Dinges, D. F., Gangwisch, J., **Grandner, M. A.**, Kushida, C., Malhotra, R. K., Martin, J. L., Patel, S. R., Quan, S., and Tasali, E. (2015). Recommended amount of sleep for a healthy adult: A Joint statement of the American Academy of Sleep Medicine and Sleep Research Society. *Journal of Clinical Sleep Medicine, 11 (6):* 591-592. PMCID: 4513271.

37. Williams, N. J., **Grandner, M. A.**, Snipes, A., Rogers, A., Williams, O., Airhihenbuwa, C., and Jean-Louis, G. (2015). Racial/ethnic disparities in sleep health and healthcare: Importance of the sociocultural context. *Sleep*

*Health,* 1 (1): 28-35*.* PMCID: 4517599.

38. **Grandner, M. A.** (2014). Addressing sleep disturbances: An opportunity to prevent cardiometabolic disease? *International Review of Psychiatry,* 26(2): 155-176. PMCID: 4143456.

39. **Grandner, M. A.**, Chakravorty, S., Perlis, M. L., Oliver, L., and Gurubhagavatula, I. (2014). Habitual sleep duration associated with self-reported and objectively-determined cardiometabolic risk factors. *Sleep Medicine,* 15(1):42-50*.* PMCID: 3947242.

40. **Grandner, M. A.**, Jackson, N., Gerstner, J. R., and Knutson, K. L. (2014). Sleep difficulties associated with intake of specific dietary nutrients. *Journal of Sleep Research,* 23: 22-34*.* PMCID: 3866235.

41. **Grandner, M. A.**, Jackson, N. J., Gooneratne, N. S., and Patel, N. P. (2014). The development of a questionnaire to assess sleep-related practices, beliefs and attitudes. *Behavioral Sleep Medicine,* 12(2):123-142*.* PMCID: 3795978.

42. **Grandner, M. A.**, Knutson., K. L., Troxel, W., Hale, L., Jean-Louis, G., and Miller, K. E. (2014). Disparities in sleep and energy drink use, and implications for health disparities. *Nutrition Reviews, 73 (S1)*, 14-22*.* PMCID: 4264529.

43. Chakravorty, S., **Grandner, M. A.**, Mavandadi, S., Perlis, M. L., Sturgis, E. B., and Oslin, D. W. (2014).  Suicidal ideation in veterans misusing alcohol: Relationships with insomnia symptoms and sleep duration. *Addictive Behaviors,* 39(2): 39-405*.* PMCID: 4406056.

44. Chakravorty, S., Jackson, N., Chaudhary, N., Kozak, P., Perlis, M., Shue, H., and **Grandner, M. A.** (2014). Daytime sleepiness: Associations with alcohol use and sleep duration in Americans. *Sleep Disorders, 2014:* 959152*.* PMCID: 3927862.

45. Pak, V. M., **Grandner, M. A.**, and Pack, A. I. (2014). Circulating adhesion molecules in obstructive sleep apnea and cardiovascular disease. *Sleep Medicine Reviews,* 18(1):25-34*.* PMCID:3864978.

46. Petrov, M. E., Letter, A. J., Howard, V. J., Kleindorfer, D., **Grandner, M. A.**, and Molano, J. R. (2014). Over-the-counter and prescription sleep medication and incident stroke symptoms: The REGARDS study. *Journal of Stroke and Cerebrovascular Diseases*, 23 (8): 2110-2116. PMCID: 4157947.

47. Schechter, A., **Grandner, M. A.**, St-Onge, M-P. (2014). The role of sleep in the control of food intake. *American Journal of Lifestyle Medicine*, 8(6): 371-374*.* PMCID:4824633.

48. Whinnery, J., Jackson, N., Rattanaumpawan, P., and **Grandner, M. A.** (2014). Short and Long Sleep Duration Associated with Race/Ethnicity, Sociodemographics, and Socioeconomic Position. *SLEEP,* (3):601-611*.* PMCID: 3920327.

49. **Grandner, M. A.**, Buxton, O. M., Jackson, N., Sands, M., Pandey, A., and Jean-Louis, G. (2013). Extreme sleep durations and increased C-reactive protein: Effects of sex and ethnoracial group. *SLEEP*, 36(5): 769-779. PMCID:3624831.

50. **Grandner, M. A.**, Jackson, N., Gerstner, J. R., and Knutson, K. L. (2013). Dietary nutrients associated with short and long sleep duration: data from a nationally representative sample. *Appetite*, 64(1), 71-80. PMCID:3703747.

51. **Grandner, M. A.**, Kripke, D. F., Elliott, J. A., and Cole, R. J. (2013). Short wavelength light administered just prior to waking: A pilot study. *Biological Rhythm Research*, 44(1):13-32. PMCID:3529958.

52. **Grandner, M. A.**, Patel, N. P., Jean-Louis, G., Jackson, N. J., Gehrman, P. R., Perlis, M. L., and Gooneratne, N. (2013). Sleep-related behaviors and beliefs associated with race/ethnicity in women. *Journal of the National Medical Association,* 105(1), 4-15. PMCID: 3759527.

53. **Grandner, M. A.**, Ruiter Petrov, M. E., Jackson, N., Rattanaumpawan, P., Platt, A., and Patel, N. P. (2013). Sleep symptoms, race/ethnicity, and socioeconomic position. *Journal of Clinical Sleep Medicine,* 9(9), 897-905*.* PMCID: 3746717.

54. **Grandner, M. A.**, Sands-Lincoln, M., Pak, V. M., and Garland, S. N. (2013). Sleep duration, cardiovascular disease, and pro-inflammatory biomarkers. *Nature and Science of Sleep,* 5: 93-107. PMCID: 3724567.

55. Chakravorty, S., **Grandner, M. A.**, Kranzler, H., Mavandadi, S., Kling, M. A., Perlis, M. L., and Oslin, D. W. (2013). Insomnia in alcohol dependence: Predictors of symptoms in a sample of veterans referred from primary care. *American Journal on Addictions*, 22(3), 266-270. PMCID: 4393849.

56. Culnan, E., Kloss, J. D., and **Grandner, M. A.** (2013). A prospective study of weight gain associated with chronotype among college freshmen. *Chronobiology International*, 30(5): 682-690. PMCID: 3759532.

57. Maia, Q., **Grandner, M. A.**, Findley, J., and Gurubhagavatula, I. (2013). Short sleep duration associated with drowsy driving and the role of perceived sleep insufficiency. *Accident Analysis and Prevention,* 59: 618-622. PMCID: 3771664.

58. Sands-Lincoln, M., **Grandner, M. A.**, Whinnery, J., Keenan, B. T., Jackson, N., and Gurubhagavatula, I. (2013). The association between obstructive sleep apnea and hypertension by race/ethnicity in a nationally representative sample. *Journal of Clinical Hypertension,* 15(8): 593-599. PMCID: 3733493.

59. **Grandner, M. A.**, Hale, L., Jackson, N., Patel, N. P., Gooneratne, N. S., and Troxel, W. (2012). Perceived racial discrimination as an independent predictor of sleep disturbance and daytime fatigue. *Behavioral Sleep Medicine, 10(4):235-249.* PMCID:3434973.

60. **Grandner, M. A.**, Jackson, N. J., Pak, V. M., and Gehrman, P. R. (2012). Sleep disturbance is associated with cardiovascular and metabolic disorders. *Journal of Sleep Research, 21(4):427-433.* PMCID:3703752.

61. **Grandner, M. A.**, Martin, J. L., Patel, N. P., Jackson, N. J., Gehrman, P. R., Pien, G. W., Perlis, M. L., Xie, D., Sha, D., Weaver, T., and Gooneratne, N. S. (2012). Age and sleep disturbances among American men and women: Data from the U.S. Behavioral Risk Factor Surveillance System. *SLEEP, 35(3):*395-406*.* PMCID:3274341.

62. **Grandner, M. A.**, Jackson, N. J., Pigeon, W. R., Gooneratne, N. S., and Patel, N. P. (2012). State and regional prevalence of sleep disturbance and daytime fatigue. *Journal of Clinical Sleep Medicine,* 8(1):77-86. PMCID:3266332.

63. Altman, N. G., Schopfer, E., Izci-Balserak, B., Jackson, N. J., Ratamaupawan, P., Gehrman, P. R., Patel, N. P., and **Grandner, M. A.** (2012). Sleep duration versus sleep insufficiency as predictors of cardiometabolic health outcomes. *Sleep Medicine, 13(10):1261-1270.* PMCID:3527631.

64. Gooneratne, N. S., Edwards, Y. Z., Zhou, C., Cuellar, N., **Grandner, M. A.**, and Barrett, J. S. (2012). Melatonin pharmacokinetics following two different oral surge-sustained release doses in older adults. *Journal of Pineal Research, 52(4):437-445*. PMCID:3682489.

65. **Grandner, M. A.**, Patel, N. P., Perlis, M. L., Gehrman, P., R., Xie, D., Sha, D., Pigeon, W., Teff, K., Weaver, T., and Gooneratne, N. (2011). Obesity, diabetes and exercise associated with sleep-related complaints in the American population. *Journal of Public Health,* 19:463-7*4.* PMCID:3392306.

66. **Grandner, M. A.**, Hale, L., Moore, M. and Patel, N. P. (2010). Mortality associated with short sleep duration: The evidence, the possible mechanisms and the future. *Sleep Medicine Reviews*, 14(3):191-203. PMCID:2856739.

67. **Grandner, M. A.,** Kripke, D. F., Naidoo, N., and Langer, R. D. (2010). Relationships among dietary nutrients and subjective sleep, objective sleep, and napping in women. *Sleep Medicine*, 11(2):180-4. PMCID:2819566.

68. **Grandner, M. A.**, Patel, N. P., Gehrman, P. R., Perlis, M. L. and Pack, A. I**.** (2010). Problems associated with short sleep: Bridging laboratory and epidemiological studies. *Sleep Medicine Reviews,* 14:239-47**.** PMCID:2888649.

69. **Grandner, M.A.**, Patel, N. P., Gehrman, P. R., Xie, D., Sha, D., Weaver, T. and Gooneratne, N. (2010). Who gets the best sleep? Ethnic and socioeconomic factors related to sleep disturbance. *Sleep Medicine*, 11(4):470-8. PMCID:2861987.

70. Patel, N. P., **Grandner, M. A.**, Xie, D., Branas, C. C., and Gooneratne, N. (2010). "Sleep Disparity" in the population: Poor sleep quality is strongly associated with poverty and ethnicity. *BMC Public Health,* 10:475. PMCID:2927542.

71. **Grandner, M. A.** and Drummond, S. P. A. (2007). Who are the long sleepers? Towards an understanding of the

mortality relationship. *Sleep Medicine Reviews*, 11(5):341-60. PMCID: <u>3755488</u>.

72. **Grandner, M. A.,** Kripke, D. F., Youngstedt, S. D., and Langer, R. D. (2006). Light exposure is related to social and emotional functioning and quality of life in older women. *Psychiatry Research*, 143:35-42. PMCID:<u>3685148</u>.

73. **Grandner, M. A.,** Kripke, D. F., Yoon, I. Y., and Youngstedt, S. D. (2006). Criterion Validity of the Pittsburgh Sleep Quality Index: Investigation in a non-clinical sample. *Sleep and Biological Rhythms*, 4:129-136. PMCID:<u>3399671</u>.

74. Loving, R. T., Kripke, D. F., Elliott, J. A., Knickerbocker, N. C., and **Grandner, M.A.** (2005). Bright light treatment of depression for older adults. *BMC Psychiatry*, 5:41. PMCID:<u>1298312</u>.

75. Loving, R. T., Kripke, D. F., Elliott, J. A., Knickerbocker, N. C., and **Grandner, M.A.** (2005). Bright green light treatment of depression for older adults. *BMC Psychiatry*, 5:42. PMCID:<u>1309618</u>.

76. Pandey, J**., Grandner, M.,** Crittenden, C., Smith, M.T., and Perlis, M.L. (2005). Meteorologic factors and subjective sleep continuity: A preliminary evaluation. *International Journal of Biometeorology*, *49*:152-155.

77. **Grandner, M.A.** and Kripke, D.F. (2004). Self-reported sleep complaints with long and short sleep: A nationally representative sample. *Psychosomatic Medicine, 66*:239-41. PMCID:<u>3687531</u>.

## Commentaries and Editorials

1. **Grandner, M. A.** (2016). Healthy sleep for student-athletes: A guide for athletics departments and coaches. *NCAA Sport Science Institute Newsletter,* 4(2).

2. Jean-Louis, G. and **Grandner, M. A.** (2016). Importance of recognizing sleep health disparities and implementing innovative interventions to reduce these disparities. *Sleep Medicine*, 18(2):1-2.

3. **Grandner, M. A.**, and Perlis, M. L. Treating insomnia disorder in the context of medical and psychiatric comorbidities: CBT-I is effective. (2015). *JAMA Internal Medicine.*

4. **Grandner, M. A.** and Malhotra, A. (2015). Sleep as a vital sign:  Why medical practitioners need to routinely ask their patients about sleep. *Sleep Health,* 1 (1): 11-12*.*

5. **Grandner, M. A.**, Nowakowski, S., Kloss, J. D., and Perlis, M L. (2015). Insomnia symptoms predict physical and mental impairments among postmenopausal women. *Sleep Medicine* 16:317-318*.*

6. **Grandner, M. A.**, Gallagher, R. A. L., and Gooneratne, N. S. (2013). The use of technology at night: Impact on sleep and health. *Journal of Clinical Sleep Medicine*, 9(2):1301-1302*.*

7. **Grandner, M. A.**, and Perlis, M. L. (2013). Sleep duration and insomnia associated with hypertension incidence. *Journal of Hypertension Research,* 36:932-933*.* NIHMSID: 554523.

8. **Grandner, M. A.**, and Perlis, M. L. (2013). Insomnia as a cardiometabolic risk factor. *SLEEP, 36(1):11-12.* PMCID:<u>3524532</u>.

9. **Grandner, M. A.**, Patel, N. P., and Gooneratne, N. S. (2012). Difficulties sleeping: A Natural part of growing older? *Aging Health, 8(3):219-221.* PMCID: <u>3825262</u>.

10. **Grandner, M. A.** (2012). Sleep duration across the lifespan: Implications for health. *Sleep Medicine Reviews, 16(3):199-201.* PMCID: <u>3726209</u>.

11. Gooneratne, N. S., **Grandner, M. A.**, and Platt, A. (2012). In memoriam: Nirav P. Patel MD MPH FCCP FAASM. *Journal of Clinical Sleep Medicine, 8(4):465.*

12. **Grandner, M. A.**, and Pack, A. I. Sleep disorders, public health and public safety. (2011). *JAMA: Journal of the American Medical Association, 306:2616-2617.* PMCID:<u>3685138</u>.

13. **Grandner, M. A.** and Youngstedt, S. D. (2011). Sleep Duration and Cardiometabolic Risk. *Atherosclerosis, 217:*324-5*.* PMCID:<u>3687528</u>.

14. **Grandner, M. A.** and Patel, N. P. (2009). From Sleep Duration to Mortality: Implications of Meta-Analysis and Future Directions. *Journal of Sleep Research, 18*:145-7*.* PMCID:<u>3685145</u>.

## Book Chapters

1. **Grandner, M. A.**, and Mian, R. M. (In Press). Effects of Sleep Deprivation and Sleepiness on Society and Driving. In Chakravorty, S. (Ed.), *Sleep Disorders Medicine, 4th Edition,*

2. **Grandner, M. A.** (2015) Sleep Disparities in the American Population: Prevalence, Potential Causes, Relationships to Cardiometabolic Health Disparities, and Future Directions for Research and Policy. In Robin L. Kelly (Ed.), *Kelly Report 2015: Health Disparities in America.* Washington, DC: House of Representatives. pp 126-132.

3. **Grandner, M. A.** (2015). Sleep Deprivation: Societal Impact and Long-Term Consequences. In S. Chokroverty and M. Billiard (Eds.), *Sleep Medicine: A Comprehensive Guide to Its Development, Clinical Milestones, and Advances in Treatment.* New York: Springer. pp 495-510.

4. **Grandner, M. A.** (2014). Sleeping Disorders. In Brown, G. T. (Ed.) *Mind, Body, and Sport: Understanding and Supporting Student-Athlete Mental Wellness.* Indianapolis, IN: National Collegiate Athletics Association (NCAA).

5. Pigeon, W. R. and **Grandner, M. A.** (2013). Creating an Optimal Sleep Environment. In Kushida, C. A. (Ed.) *Encyclopedia of Sleep*. Oxford: Elsevier. pp 72-76.

6. **Grandner, M. A.** (2012). Short Sleep. In D. Barrett and P. McNamara (Eds.), *Encyclopedia of Sleep and Dreams*. Santa Barbara, CA: ABC-CLIO.

7. **Grandner, M. A.** and Gehrman, P. R. (2012). Sleep. In J. M. Rippe (Ed.), *Encyclopedia of Lifestyle Medicine and Health*. Thousand Oaks, CA: Sage.

## Other Publications

1. Anderson, J., Carr, C., Chew, K. L., Davidson, J., Derevensky, J. L., Goldman, S., **Grandner, M.**, Henderson, R., Jackson, J., Klenck, C., LeDonne, A., Lester, D., Maldonado, B., Miller Aron, C., Moore, A., Moore, N., Neal, T., Putukian, M., Ridpath, M., Saltys, T., Schwartz, V., Semala, P., Sharpe, R., Stevens, B., Stull, T., Taylor, A., Thompson, R., Webbe, F., Whitehead, J., Williams, G., Williams, T., Wilson, D., Wright-Eger, C., Bell, L., Hainline, B., Kearns, A., Morrison, K., Paskus, T., Rexrot, M., Sales, L., and Wilfert, M., on behalf of the National Collegiate Athletics Association Mental Health Task Force. (2015). *Mental Health Best Practices: Inter-Association Consensus Document: Best Practices for Understanding and Supporting Student-Athlete Mental Wellness.* Indianapolis, IN: National Collegiate Athletics Association.

2. **Grandner, M. A.** (2014). *Sleep Duration, Pro-Inflammatory Markers, and Metabolic Hormones.* (Masters Thesis, University of Pennsylvania, 2014).

3. **Grandner, M. A.** (2014). Sleep as a Vital Sign? Assessment of Sleep in Medical Practice and Potential Ramifications for Health. *National Sleep Foundation White Paper.*

4. **Grandner, M. A.** (2013). Making the most of PubMed. *Sleep Research Society Bulletin,* 19 (1), 18-19.

5. **Grandner, M. A.** (2013). Get connected with LinkedIn. *Sleep Research Society Bulletin,* 18 (3), 16.

6. **Grandner, M. A.** (2012). The Sleep Research Society still "likes" Facebook. *Sleep Research Society Bulletin,* 18 (2), 24.

7. **Grandner, M. A.**, Laposky, A. D., and Knutson, K. L. (2012). Sleep and health disparities: Follow-up from the 2011 NHLBI workshop. *Sleep Research Society Bulletin,* 18 (2), 12-13.

8. Singletary, K., Gilliland, J., and **Grandner, M.** (2012). A survey of the consumption of energy and sleep promoting functional foods. *Sleep Research Society Bulletin,* 18 (2), 28-30.

9. **Grandner, M. A.** (2011). The Sleep Research Society "Likes" Facebook. *Sleep Research Society Bulletin,* 17 (2), 20.

10. **Grandner, M. A.**, Anafi, R., Basner, M., & Brown, M. (2011). Center for Sleep and Circadian Neurobiology Research Retreat: Program and Abstracts (Vol, 8). University of Pennsylvania, Philadelphia, PA.

11. Friedman, E., **Grandner, M.**, Crocker, A., Daley, J., & Souders, M. (Eds.). (2010). Center for Sleep and Respiratory Neurobiology Research Retreat: Program and Abstracts (Vol. 7). University of Pennsylvania, Philadelphia, PA.

12. **Grandner, M. A.** (2007). *Sleep, Mood and Circadian Responses to Bright Green Light During Sleep.* (Doctoral Dissertation, University of California, San Diego and San Diego State University, 2007).

13. **Grandner, M. A.** (2007). *Healthy Sleep: A Group-Based Intervention for Behavioral Medicine.* [Manual]. La Jolla, CA: Behavioral Medicine Program, San Diego VA Healthcare System.

14. **Grandner, M. A.** (2005). *Light Exposure is Related to Social and Emotional Functioning and Quality of Life in Postmenopausal Women.* (Masters Thesis, San Diego State University, 2005).

15. **Grandner, M. A.** (2004). *Inpatient Group Psychotherapy Manual.* [Manual]. San Diego, CA: Neurobehavioral Medicine Unit, UCSD Medical Center.

16. **Grandner, M. A.** (2001). *REM latency as a predictor of personality factors in Major Depression.* (Honors Thesis, University of Rochester, 2001).

Published Abstracts

1. **Grandner, M. A**., and Winkelman, J. W. (2016). Nocturnal leg cramps: Prevalence and associations with demographics, sleep disturbance symptoms, medical comorbidity, and cardiometabolic risk factors. SLEEP, 39 (Abstract Supplement): A.

2. **Grandner, M. A**., Killgore, W. D. S., Khader, W., and Perlis, M. L. (2016). Positive and negative mood ratings across 24 hours. SLEEP, 39 (Abstract Supplement): A296-297.

3. Alkozei, A., **Grandner, M. A.**, and Killgore, W. D. S. (2016). Exposure to blue wavelength light reduces activation within the anterior cingulate cortex during anticipation of certain reward stimuli. SLEEP, 39 (Abstract Supplement): A32.

4. Alkozei, A., **Grandner, M. A**., and Killgore, W. D. S. (2016). Exposure to blue wavelength light is associated with increased dorsolateral prefrontal cortex responses, and increases in response times during a working memory task. SLEEP, 39 (Abstract Supplement): A28.

5. Brownlow, J., **Grandner, M. A.**, Gehrman, P. R., Ross, R. J., and Mellman, T. A. (2016). Rapid eye movement sleep mediates the relationship between sleep duration and verbal learning. SLEEP, 39 (Abstract Supplement): A88.

6. Chakravorty, S., **Grandner, M. A.**, Kranzler, H., Chaudhary, N., Brown, G., and Perlis, M. L. (2016). The Circadian Pattern of Suicides in Intoxicated Individuals with Alcohol Dependence. SLEEP, 39 (Abstract Supplement): A277.

7. Corbitt, C., Ellis, J. A., Morales, K., Nesom, G., Khader, W., **Grandner, M. A.**, & Perlis, M. L. (2016). The Natural History of Insomnia: The Incidence of Acute Insomnia and Subsequent Progression to Chronic Insomnia or Recovery. SLEEP, 39 (Abstract Supplement): A195.

8. Davis, B., Yang, R., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Nightmares in a community sample: Prevalence and associations with daytime function independent of poor sleep quality and depression. SLEEP, 39 (Abstract Supplement): A296.

9. Fisseha, E., Havens, C., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Sleep duration's important role in the relationship among difficulty concentrating, fatigue, stress, and depressed mood: Data from the SHADES study. SLEEP, 39 (Abstract Supplement): A297.

10. Forbush, S., Hui, S. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Longitudinal co-occurrence of headaches and trouble sleeping: Data from the Kansas state employee wellness program. SLEEP, 39 (Abstract Supplement): A258.

11. Garland, S. N., Fowler, K., Zhou, E., **Grandner, M. A.** (2016). A decade of sleep in Canada. SLEEP, 39 (Abstract Supplement): A189.

12. Graham, P. M., Goldstein, M., David, B. M., Perlis, M. L., Perfect, M. M., Frye, S., Killgore, W. D. S., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Longitudinal analysis of sleep duration using actigraphy and sleep diary: Stability and agreement over 8-11 months. SLEEP, 39 (Abstract Supplement): A377.

13. Granados, K., Rojo-Wissar, D. M., Chakravorty, S., Prather, A., Perfect, M. M., Frye, S., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Adverse childhood exposures associated with adult insomnia symptoms. SLEEP, 39 (Abstract Supplement): A280.

14. Haynes, P., Medici, K., **Grandner, M. A**., and Burgess, J. (2016). Ambient light exposure is positively associated with calmness in mental health care providers. SLEEP, 39 (Abstract Supplement): A53.

15. Jackson, N., Patterson, F., Seixas, A., Jean-Louis, G., Killgore, W. D. S., and **Grandner, M. A**. (2016). Using big data to determine social, behavioral, and environmental determinants of sleep duration in the US population: Application of a machine-learning approach to data from approximately 700,000 Americans. SLEEP, 39 (Abstract Supplement): A382.

16. Jaszewski, A., Meridew, C., Perlis, M. L., Kelly, M., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Sleep duration and insomnia associated with specific symptoms of depression. SLEEP, 39 (Abstract Supplement): A295.

17. Killgore, W. D. S., Tkachenko, O., **Grandner, M. A**., and Rauch, S. L. (2016). Default mode activation predicts vulnerability to sleep deprivation in the domains of mood, sleepiness, and vigilance. SLEEP, 39 (Abstract Supplement): A27.

18. Killgore, W. D. S., Weber, M., **Grandner, M. A**., and Penetar, D. M. (2016). Blue wavelength light therapy improves balance following mild traumatic brain injury. SLEEP, 39 (Abstract Supplement): A54-55.

19. Klingman, K., **Grandner, M. A**., Parthasarathy, S., Jungquist, C. R., and Perlis, M. L. (2016). Determinants of sleep health discussions between patients and providers. SLEEP, 39 (Abstract Supplement): A392.

20. Kotzin, M. D., Alkozei, A., **Grandner, M. A**., and Killgore, W. D. S. (2016). The effects of trait gratitude on quality of sleep, intrusiveness of pre-sleep cognitions, and daytime energy in healthy individuals. SLEEP, 39 (Abstract Supplement): A67.

21. Markowski, S. M., Alkozei, A., McIntosh, M. B., **Grandner, M. A**., and Killgore, W. D. S. (2016). Chronotype and risk-taking propensity. SLEEP, 39 (Abstract Supplement): A59-60.

22. McIntosh, M. B., Markowski, S. M., **Grandner, M. A**., and Killgore, W. D. S. (2016). Short-term sleep duration is negatively associated with impulsivity in women. SLEEP, 39 (Abstract Supplement): A66.

23. Meridew, C. M., Jaszewski, A., Newman-Smith, K., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Sleep practices, beliefs, and attitudes associated with overall health. SLEEP, 39 (Abstract Supplement): A268-269.

24. Nowakowski, S., Kloss, J. D., Perlis, M. L., Culnan, E. J., Meers. J. M., & **Grandner, M. A**. (2016). Insomnia associated with increased risk for pregnancies that do not result in live births in reproductive age women. SLEEP, 39 (Abstract Supplement): A217.

25. Nowakowski, S., Kloss, J. D., Perlis, M.L., Borahay, M., Meers. J. M., Culnan, E. J., & **Grandner, M. A**. (2016). Insomnia associated with age at hysterectomy and partially mediates relationship with depression. SLEEP, 39 (Abstract Supplement): A218.

26. Ocano, D., Jean-Louis, G., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Sleep duration and decreased social support from family, friends, and significant other: Influence of insomnia and perceived stress level. SLEEP, 39 (Abstract Supplement): A188.

27. Okuagu, A., Perlis, M. L., Ellis, J. A., Prather, A. A., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Does thinking keep people awake? Or does it matter what they are thinking about? Self-directed cognitions associated with insomnia and insufficient sleep. SLEEP, 39 (Abstract Supplement): A184.

28. Olivier, K., Gallagher, R. A., Killgore, W. D. S., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Development and initial validation of the assessment of sleep environment: A novel inventory for describing and quantifying the impact of environmental factors on sleep. SLEEP, 39 (Abstract Supplement): A367.

29. Paine, K. N., Forbush, S., Ellis, J. A., Nowakowski, S., Newman-Smith, K., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Sleep duration and satisfaction with life, health, finances, and relationship. SLEEP, 39 (Abstract Supplement): A306-307.

30. Perlis, M. L., Ellis, J. A., Morales, K., **Grandner, M. A.**, Corbitt, C., Nesom, G., & Khader, W. (2016). The Natural History of Insomnia: Does The 3rd P of The 3p Model Differentiate Between Recovery and the Transition from Acute Insomnia to Chronic Insomnia? SLEEP, 39 (Abstract Supplement): A181.

31. Rhee, J. U., Haynes, P., Chakravorty, S., Patterson, F., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Susceptibility to smoking during the day and its relationship with insomnia and sleep duration. SLEEP, 39 (Abstract Supplement): A189.

32. Roberts, S. E., Singh, P., **Grandner, M. A**., and Killgore, W. D. S. (2016). Later wake up time and impulsivity. SLEEP, 39 (Abstract Supplement): A59.

33. Roopchand-Martin, S., Seixas, A., Jean-Louis, G., Zizi, F., Carrazco, N., Alfonso-Miller, P., and **Grandner, M. A**. (2016). Sex differences in sleep-related practices, beliefs, and attitudes of university students in Jamaica. SLEEP, 39 (Abstract Supplement): A365.

34. Roopchand-Martin, S., Seixas, A., Jean-Louis, G., Zizi, F., Carrazco, N., Alfonso-Miller, P., and **Grandner, M. A**. (2016). Sleep-related oractices, beliefs, and attitudes associated with sleep duration among university students in Jamaica. SLEEP, 39 (Abstract Supplement): A190-191.

35. Saccone, J., Davis, B., Chakravorty, S., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Habitual caffeine use and motivation to consume caffeine: Associations with sleep duration, sleepiness, fatigue, and insomnia severity. SLEEP, 39 (Abstract Supplement): A69.

36. Seixas, A., Hencelwood, D., Newsome, V., Robbins, R., **Grandner, M. A**., Butler, M., Zizi, F., and Jean-Louis, G. (2016). The impact of sleep and body mass index on stroke disparities between blacks and whites: A comparative analysis of structural equation modeling and Bayesian belief network machine learning analysis. SLEEP, 39 (Abstract Supplement): A260-261.

37. Singh, A., Fridman, A., Silveri, M. M., **Grandner, M. A**., and Killgore, W. D. S. (2016). Medial prefrontal GABA predicts hunger ratings during sleep deprivation for men but not women. SLEEP, 39 (Abstract Supplement): A95.

38. Sturgis, E., Perlis, M. L., Arnedt, J. T., Kranzler, H., **Grandner, M. A.**, and Chakravorty, S. (2016). The effects of an 8-week CBT-I treatment on psychiatric symptoms, alcohol craving, and relapse to drinking in patients with co-occurring insomnia and alcohol dependence. SLEEP, 39 (Abstract Supplement): A306.

39. Vanuk, J. R., Alkozei, A., **Grandner, M. A**., and Killgore, W. D. S. (2016). The effects of light exposure on heart rate variability predict sleepiness and vigilance. SLEEP, 39 (Abstract Supplement): A45.

40. Vanuk, J. R., Alkozei, A., Smith, R., **Grandner, M. A**., and Killgore, W. D. S. (2016). Changes in heart rate variability due to light exposure predict frontoparietal connectivity. SLEEP, 39 (Abstract Supplement): A45.

41. Warlick, C., Chakravorty, S., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Timing of alcohol intake associated with insomnia symptoms. SLEEP, 39 (Abstract Supplement): A306.

42. Waugaman, D. L., Markowski, S. M., Alkozei, A., **Grandner, M. A**., and Killgore, W. D. S. (2016). Chronotype and emotional intelligence. SLEEP, 39 (Abstract Supplement): A85.

43. Weber, M., **Grandner, M. A**., and Killgore, W. D. S. (2016). Blue wavelength light therapy reduces daytime sleepiness following mild traumatic brain injury. SLEEP, 39 (Abstract Supplement): A54.

44. Weber, M., **Grandner, M. A**., and Killgore, W. D. S. (2016). Grey matter correlates of daytime sleepiness. SLEEP, 39 (Abstract Supplement): A96.

45. Yang, R., Ocano, D., Chakravorty, S., Killgore, W. D. S., Gallagher, R. A., Carrazco, N., Alfonso-Miller, P., Gehrels, J., and **Grandner, M. A**. (2016). Relationship between insomnia and depression moderated by caffeine. SLEEP, 39 (Abstract Supplement): A295.

46. **Grandner, M. A.**, Gallagher, R., Chakravorty, S., Hale, L., Barrett, M., Schuschu, J., Khader, W., and Perlis, M. (2015). Comparing different methods of assessing habitual sleep duration for epidemiologic research. SLEEP, 38 (Abstract Supplement): A431.

47. **Grandner, M. A.**, Perlis, M., Petrov, M., and Jean-Louis, G. (2015). Relationships among habitual sleep duration, race/ethnicity, and cardiometabolic disease outcomes: Data from > 450,000 us adults from the 2013 Behavioral Risk Factor Surveillance System. SLEEP, 38 (Abstract Supplement): A296-A297.

48. Chakravorty, S., Chaudhary, N. S., **Grandner, M. A.**, Khawaja, I. S., and Oslin, D. W. (2015). The association of a family history of alcoholism with sleep disturbance and alcohol consumption in alcoholic subjects. SLEEP, 38 (Abstract Supplement): A338.

49. Chheda, J., Barilla, H., Gallagher, R., and **Grandner, M. A.** (2015). Physical activity and habitual sleep duration: Does the specific type of activity matter? SLEEP, 38 (Abstract Supplement): A89-A90.

50. Corbitt, C., Gehrman, P., **Grandner, M.**, Perlis, M., and Nesom, G. (2015). What factors predict sleep continuity complaints? SLEEP, 38 (Abstract Supplement): A80-A81.

51. Gallagher, R., Perlis, M., Chakravorty, S., Hale, L., Barrett, M., Schuschu, J., Khader, W., and **Grandner, M. A.** (2015). Use of mobile electronic devices in bed associated with sleep duration, insomnia, and daytime sleepiness. SLEEP, 38 (Abstract Supplement): A78.

52. Gallagher, R., Perlis, M., Gurubhagavatula, I., Chakravorty, S., Barrett, M., Schuschu, J., Khader, W., Findley, J., and **Grandner, M. A.** (2015). Short sleep duration, insomnia, and snoring associated with drowsy driving. SLEEP, 38 (Abstract Supplement): A131.

53. Hui, S. and **Grandner, M. A.** (2015). The role of poor sleep quality in motivating and maintaining healthy behavior: Data from the Kansas state employee wellness program. SLEEP, 38 (Abstract Supplement): A294.

54. Hui, S. and **Grandner, M. A.** (2015). Poor sleep quality associated with lower work performance and greater healthcare costs: Longitudinal data from Kansas state employee wellness programs. SLEEP, 38 (Abstract Supplement): A129.

55. Khader, W., Brownlow, J., Chakravorty, S., Gehrman, P., Rana, S., and **Grandner, M. A.** (2015). Daytime cognitive function associated with habitual sleep duration. SLEEP, 38 (Abstract Supplement): A323.

56. Nesom, G., Corbitt, C., Andalia, P., Findley, J., Perlis, M., Gehrman, P., and **Grandner, M.** (2015). Case series review of CBT-I outcomes: The relevance of medication use and morbidity. SLEEP, 38 (Abstract Supplement): A236.

57. Rana, S., Chakravorty, S., and **Grandner, M. A.** (2015). Binge drinking and habitual sleep duration, and the roles of depression and smoking: Data from the 2013 Behavioral Risk Factor Surveillance System. SLEEP, 38 (Abstract Supplement): A322.

58. Schuschu, J., Pigeon, W., Jean-Louis, G., and **Grandner, M. A.** (2015). Where are the sleep duration disparities? The relationship between sleep duration and race/ethnicity depends on state of residence: Data from 50 states and the District of Columbia, BRFSS 2013. SLEEP, 38 (Abstract Supplement):  A88-A89.

59. Schuschu, J., Pigeon, W., and **Grandner, M. A.** (2015). The relationship between sleep duration and obesity depends on state of residence: Data from 50 states and the District of Columbia, BRFSS 2013. SLEEP, 38 (Abstract Supplement): A311.

60. Wang, J., Perlis, M., Chakravorty, S., Gallagher, R., Hale, L., Barrett, M., Schuschu, J., Khader, W., Rana, S., **Grandner, M. A.** (2015). Anxiety symptoms predict short sleep duration, but only in individuals who are not "natural" short sleepers. SLEEP, 38 (Abstract Supplement): A322.

61. Williams, N. J., Youngstedt, S., **Grandner, M. A.**, Sarpong, D., Zizi, F., Ogedegbe, G., and Jean-Louis, G. (2015). Unequal burden of sleep-related obesity among black and white Americans. SLEEP, 38 (Abstract Supplement): A80.

62. **Grandner, M. A.**, Chakravorty, S., Perlis, M., Oliver, L., and Gurubhagavatula, I. (2014). Habitual short sleep duration associated with self-reported and objectively-determined cardiovascular and metabolic risk factors: Data from NHANES. *Circulation, 127 (Abstract Supplement).*

63. Petrov, M. E. R., Howard, V. J., Kleindorfer, D. O., **Grandner, M. A.**, Molano, J. R., and Howard, G. (2014). Sleep medication and incident stroke: The REGARDS study. *Circulation, 127 (Abstract Supplement).*

64. Jean-Pierre, P., **Grandner, M.**, Jean-Pierre, A., Garland, S.N., Maciorowski, G., and Richards, E. (2014). Characterizing self-reported memory problems in adult-onset cancer survivors in the United States: Importance of sleep duration and insomnia. *J Clin Oncol, 32(5s)*: abstr 9588.

65. Jean-Pierre, P., **Grandner, M.**, Jean-Pierre, A., Garland, S.N., Richards, E, and Maciorowski, G. (2014). Clinical correlates of memory problems in middle-aged adult-onset cancer survivors in the United States: A national cross-sectional study.  *J Clin Oncol 32 (Supplement)*: e20588.

66. **Grandner, M. A.**, Chakravorty, S., Perlis, M. L., Oliver, L., and Guribhagavatula, I. (2014). The relationship between sleep duration and cardiometabolic risk factors depends on race/ethnicity and whether risk factors were self-reported or objectively-determined. *SLEEP, 37 (Abstract Supplement)*: A76-77.

67. Bhatt, S., Chakravorty, S., Guribhagavatula, I., and **Grandner, M. A.** (2014). Sleep duration is associated with access to healthcare but relationships depend on race/ethnicity. *SLEEP, 37 (Abstract Supplement)*: A375-376.

68. Chaudhary, N., **Grandner, M. A.**, Perlis, M. L., Kampman, K. M., and Chakravorty, S. (2014). Psychosocial problems are greater among alcoholics who complain of insomnia. *SLEEP, 37 (Abstract Supplement)*: A207-208.

69. Chheda, J., Chakravorty, S., and **Grandner, M. A.** (2014). Patterns of marijuana (cannabis) use and sleep symptoms in American adults. *SLEEP, 37 (Abstract Supplement)*: A286.

70. Corbitt, C. B., Andalia, P. A., Brownlow, J. A., Findley, J. C., Nesom, G. L., **Grandner, M. A.**, and Perlis, M. L.

(2014). Case series review of pre-post CBT-I outcomes. *SLEEP, 37 (Abstract Supplement)*: A207*.*

71. Corbitt, C. B., Nesom, G. L., Gehrman, P. R., **Grandner, M. A.**, and Perlis, M. L. (2014). A comparative analysis of multiple artifact rejection methods. *SLEEP, 37 (Abstract Supplement)*: A96*.*

72. Culnan, E., Mosti, C., Zamzow, J., Daly, B. P., **Grandner, M. A.**, and Kloss, J. D. (2014). The significance of social jetlag on a college campus. *SLEEP, 37 (Abstract Supplement)*: A44*.*

73. Culnan, E., Zamzow, J., Mosti, C., Daly, B. P., **Grandner, M. A.**, and Kloss, J. D. (2014). Social jetlag and chronotype as risk factors of substance use among college students. *SLEEP, 37 (Abstract Supplement)*: A45*.*

74. Huang, S., and **Grandner, M. A.** (2014). Predictors of perceived insufficient sleep among habitual short sleepers. *SLEEP, 37 (Abstract Supplement)*: A295*.*

75. Mian, R., Chakravorty, S., and **Grandner, M. A.** (2014). Ratio of low to high density lipoproteins associated with insomnia in the American population. *SLEEP, 37 (Abstract Supplement)*: A296-297*.*

76. Mian, R., Martin, J. L., Garland, S. N., Jean-Pierre, P., and **Grandner, M. A.** (2014). Age-mediated relationship between prostate specific antigen levels and short and long sleep duration: A cross-sectional study of the United States. *SLEEP, 37 (Abstract Supplement)*: A260-261*.*

77. Perlis, M. L., **Grandner, M. A.**, Basner, M., Chakravorty, S., Brown, G. K., Morales, K. H., Thase, M. E., Dinges, D. F., Gehrman, P. R., and Chaudhary, N. (2014). When accounting for wakefulness, completed suicides exhibit an increased likelihood during circadian night. *SLEEP, 37 (Abstract Supplement)*: A268*.*

78. Perlis, M. L., Zee, J., Bremer, E., Whinnery, J., Barilla, H., Andalia, P., Gehrman, P. R., Morales, K. H., **Grandner, M. A.**, and Ader, R. (2014). Durability of treatment response to zolpidem with three different maintenance regimens: Nightly, intermittent, and partial reinforcement dosing. *SLEEP, 37 (Abstract Supplement)*: A171*.*

79. Schuschu, J., Pigeon, W., and **Grandner, M. A.** (2014). The relationship between race/ethnicity and sleep duration depends on geographical region. *SLEEP, 37 (Abstract Supplement)*: A294*.*

80. Williams, N. J., **Grandner, M. A.**, Palfrey, A. P., Kumar, N., Chaplin, W. F., Shallcross, A., Ogedegbe, G., and Jean-Louis, G. (2014). Exploring mediators of the relationship between sleep duration and body mass index. *SLEEP, 37 (Abstract Supplement)*: a79*.*

81. **Grandner, M. A.**, Sands, M., Jackson, N., and Gurubhagavatula, I. (2013). Sleep apnea symptoms help screen for risk of metabolic syndrome in a nationally-representative sample. *Circulation, 126 (12 Supplement): AP196.*

82. **Grandner, M. A.**, Jackson, N., Gerstner, J. R., and Knutson, K. L. (2013). Dietary nutrient intake associated with short and long sleep duration: Data from a nationally-representative sample. *SLEEP, 36 (Abstract Supplement): A327.*

83. **Grandner, M. A.**, Smith, T., Jackson, N., Jackson, T., Burgard, S., and Branas, C. (2013). Geographic distribution of insufficient sleep across the US: A county-level hotspot analysis. *SLEEP, 36 (Abstract Supplement): A335-336.*

84. Barilla, H. E., Corbitt, C. B., Perlis, M. L., Chakravorty, S., and **Grandner, M. A.** (2013). Are those with more physically demanding jobs more likely to exhibit short/long sleep duration? *SLEEP, 36 (Abstract Supplement): A325-326.*

85. Barilla, H. E., **Grandner, M. A.**, Perlis, M. L., and Gehrman, P. (2013). Insomnia with and without depression associated with daytime dysfunction and occupational performance. *SLEEP, 36 (Abstract Supplement): A63*

86. Chakravorty, S., **Grandner, M. A.**, Chaudhary, N., and Perlis, M. L. (2013). The association of serum lipids with insomnia and alcohol consumption in Americans. *SLEEP, 36 (Abstract Supplement): A201.*

87. Corbitt, C. B., Barilla, H., Knutson, K. L., Gerstner, J. R., Perlis, M. L., and **Grandner, M. A.** (2013). Energy balance and sleep duration: Data from NHANES. *SLEEP, 36 (Abstract Supplement): A326-327.*

88. Corbitt, C. B., Sturgis, E., Staley, B., Whinnery, J., **Grandner, M. A.**, and Perlis, M. L. (2013). Sleep architecture differences among those with initial, middle, and late insomnia. *SLEEP, 36 (Abstract Supplement): A211.*

89. Kay, M., **Grandner, M. A.**, Bauer, J., Lang, R. A., Watson, N. F., and Kientz, J. (2013). Initial validation of an

Android-based psychomotor vigilance task. *SLEEP, 36 (Abstract Supplement): A108.*

90. Lam, B., Maia, Q., **Grandner, M. A.**, Lang, R. A., Chakravorty, S., Gooneratne, N. S., Perlis, M. L., and Gurubhagavatula, I. (2013). Sleep duration items from nationally-representative surveys: Validation relative to established measures. *SLEEP, 36 (Abstract Supplement): A409.*

91. Maia, Q., Lam, B., **Grandner, M. A.**, Findley, J., and Gurubhagavatula, I. (2013). Short sleep duration associated with drowsy driving and the role of perceived sleep insufficiency. *SLEEP, 36 (Abstract Supplement): A328.*

92. Oliver, L., Segal, A., **Grandner, M. A.,** and Perlis, M. L. (2013). Sleep disturbance partially mediates the relationship between intimate partner violence and physical/mental health. *SLEEP, 36 (Abstract Supplement): A308.*

93. Oliver, L., Segal, A., Prifitanji, F., **Grandner, M. A.**, and Perlis, M. L. (2013). Sleep duration as a predictor of moderate/high (vs low) suicide risk in insomnia. *SLEEP, 36 (Abstract Supplement): A313.*

94. Pak, V. M., Jackson, N., **Grandner, M. A.**, Keenan, B., Schwab, R. J., Arnardottir, E. S., Benediktsdottir, B., Gislason, T., and Pack, A. I. (2013). Obstructive sleep apnea, obesity and cellular adhesion molecules: Impact of 2 years of CPAP treatment. *SLEEP, 36 (Abstract Supplement): A120.*

95. Perlis, M. L., Sturgis, E., Corbitt, C. B., Staley, B., Findley, J., **Grandner, M. A.**, Ellis, J., and Sharman, R. (2013). Explicit and implicit memory correlates of sleep state misperception. *SLEEP, 36 (Abstract Supplement): A213.*

96. Siu, H. K., Chakravorty, S., Perlis, M. L., and **Grandner, M. A.** (2013). Growing Up with a Depressed Family Member is Associated with Insufficient Sleep and Moderates the Relationship between Insufficient Sleep and Mental Health. *SLEEP, 36 (Abstract Supplement): A299.*

97. Siu, H. K., Oliver, L., Chakravorty, S., Findley, J., Perlis, M. L., and **Grandner, M. A.** (2013). Suicidal ideation associated with insomnia symptoms and sleep duration. *SLEEP, 36 (Abstract Supplement): A209.*

98. Sturgis, E. B., Corbitt, C. B., Staley, B., Whinnery, J., Findley, J., **Grandner, M. A.**, and Perlis, M. L. (2013). Polysomnographic predictors of subjective-objective discrepancies. *SLEEP, 36 (Abstract Supplement): A213.*

99. Whinnery, J., Schopfer, E., Jackson, N., Perlis, M. L., and **Grandner, M. A.** (2013). Short and long sleep duration in the US: Associations with race/ethnicity, country of origin, socioeconomic position, and acculturation. *SLEEP, 36 (Abstract Supplement): A336-337.*

100. Whinnery, J., Sturgis, E., Staley, B., Corbitt, C. B., **Grandner, M. A.**, and Perlis, M. L. (2013). Sleep architecture differences between good sleepers and patients with primary insomnia. *SLEEP, 36 (Abstract Supplement): A212.*

101. **Grandner, M. A.**, Buxton, O. M., Pandey, A., Jackson, N. J., Pak, V. M., and Jean-Louis, G. (2012). C-reactive protein (CRP) and habitual sleep duration: A complex, non-linear relationship dependent on sex, race/ethnicity, and presence of sleep disorder and/or medical comorbidity. *SLEEP, 35:A294.*

102. **Grandner, M. A.**, Rattanaumpawan, P., Jackson, N. J., and Patel, N. P. (2012). Sleep disparity, race/ethnicity, and socioeconomic status. *SLEEP, 35:A348.*

103. Abastillas, A. F., Rattanaumpawan, P., Jackson, N. J., and **Grandner, M. A.** (2012). Sleep duration and sleep symptoms associated with exposure to environmental toxins. *SLEEP, 35:A303.*

104. Chakravorty, S., Jackson, N. J., Gehrman, P. R., Perlis, M. L., and **Grandner, M. A.** (2012). Sleep duration and alcohol consumption: Results from a nationally-representative sample. *SLEEP, 35:A320-A321.*

105. Izci-Balserak, B., Jackson, N. J., Gerstner, J. R., Knutson, K. L., Pien, G. W., and **Grandner, M. A.** (2012). Differences in relationships among dietary nutrients and sleep symptoms in pre/peri-menopausal versus post-menopausal women. *SLEEP, 35:A421.*

106. Izci-Balserak, B., Jackson, N. J., Gerstner, J. R., Knutson, K. L., Pien, G. W., and **Grandner, M. A.** (2012). Gender differences in relationships among dietary nutrients and sleep symptoms in the American population. *SLEEP, 35:A418.*

107. Knutson, K. L., Jackson, N. J., Gerstner, J. R., and **Grandner, M. A.** (2012). Dietary nutrients associated with

sleep symptoms in the American population. *SLEEP, 35:A346.*

108. Patel, N. P., Jackson, N. J., and **Grandner, M. A.** (2012). Development and initial validation of a questionnaire to assess sleep-related practices, attitudes, and beliefs. *SLEEP, 35:A425-A426.*

109. Schopfer, E., Jackson, N. J., Patel, N. P., and **Grandner, M. A.** (2012). Relationship between sleep duration and body mass index depends on age. *SLEEP, 35:A346-A347.*

110. Sobowole, A., Jackson, N. J., Gerstner, J. R., Knutson, K. L., and **Grandner, M. A.** (2012). Habitual intake of iron and ferritin associated with sleep symptoms: Data from NHANES. *SLEEP, 35:A345-A346.*

111. Vergara, A., Jackson, N. J., Patel, N. P., and **Grandner, M. A.** (2012). Sleep-related beliefs and prctices in depressed versus non-depressed adults. *SLEEP, 35:A322-A323.*

112. Barilla, H., Jackson, N. J., **Grandner, M. A.**, Gehrman, P. R., Gooneratne, N. S., and Perlis, M. L. (2012). Relationships between age and insomnia symptoms. *SLEEP, 35:A23-A24.*

113. Barilla, H. Waldron, E. A., Plaskin, J. R., Segal, A., Findley, J., Gehrman, P. R., Jackson, N. J., **Grandner, M. A.**, and Perlis, M. L. (2012). Recruitment strategies: What methods yield the most potential participants? *SLEEP, 35:A236-A237.*

114. Beqiri, E. Jackson, N. J., **Grandner, M. A.**, Gehrman, P. R., and Perlis, M. L. (2012). Multiple-symptom insomnia compared to single-symptom insomnia. *SLEEP, 35:A235.*

115. Berkowitz-Sturgis, E., Jackson, N. J., Gehrman, P. R., **Grandner, M. A.**, and Perlis, M. L. (2012). Insomnia symptoms and problematic sleep duration. *SLEEP, 35:A236.*

116. Berkowitz-Sturgis, E., Jackson, N. J., Gehrman, P. R., **Grandner, M. A.**, and Perlis, M. L. (2012). Do patents with insomnia get less sleep than subjects without insomnia? *SLEEP, 35:A236.*

117. Bremer, E., Beqiri, E. Ramirez, A., **Grandner, M. A.**, Jackson, N. J., Gehrman, P. R., and Perlis, M. L. (2012). What events serve as precipitating factors for chronis insomnia and are some events associated with greater illness severity? *SLEEP, 35:A237.*

118. Bremer, E., McKay, G., Jackson, N. J., **Grandner, M. A.**, Gehrman, P. R., and Perlis, M. L. (2012). Is illness severity greater in idiopathic insomnia vs. adult-onset insomnia? *SLEEP, 35:A231-A232.*

119. McKay, G. D., Berkowitz-Sturgis, E., **Grandner, M. A.**, Gehrman, P. R., and Perlis, M. L. (2012). Response and remission definitions for CBT-I: A quantitative review. *SLEEP, 35:A219.*

120. McKay, G. D., **Grandner, M. A.**, Gehrman, P. R., Bremer, E. M., and Perlis, M. L. (2012). Where are the CBSMs and where are they needed? A cartographic assessment. *SLEEP, 35:A446.*

121. Orzech, K. M., **Grandner, M. A.**, Roane, B. M., and Carskadon, M. A. (2012). Electronic media use within 2 hours of bedtime predicts sleep variables in college students. *SLEEP, 35:A73.*

122. Pak, V. M., **Grandner, M. A.**, Jackson, N. J., and Gehrman, P. R. (2012). Sleep disturbance is associated with cardiovascular and metabolic disorders. *SLEEP, 35:A417-A418.*

123. Ramirez, A., Gehrman, P. R., Jackson, N. J., **Grandner, M. A.**, and Perlis, M. L. (2012). Is subjective daytime impairment in insomnia related to insomnia severity or sleep duration? *SLEEP, 35:A235.*

124. Segal, A., Gehrman, P. R., Findley, J., Jackson, N. J., **Grandner, M. A.**, and Perlis, M. L. (2012). Mental health history and insomnia severity. *SLEEP, 35:A324.*

125. Waldron, E. A., Barilla, H., Segal, A. G., Plaskin, J. R., Findley, J. C., Gehrman, P. R., **Grandner, M. A.**, Jackson, N. J., and Perlis, M. L. (2012). Evaluation of county of residence on insomnia symptoms and severity. *SLEEP, 35:A240.*

126. Waldron, E. A., Byrne, M., Barilla, H., Gehrman, P. R., Findley, J., **Grandner, M. A.**, Jackson, N. J., and Perlis, M. L. (2012). Differences in insomnia symptoms among primary insomnia, insomnia comorbid with depression or insomnia comorbid with pain. *SLEEP, 35:A240.*

127. **Grandner, M. A.**, Rattanaumpawan, P., Perlis, M. L., Gehrman, P. R., Jackson, N. J., and Pack, A. I. (2012).

Insomnia symptoms associated with cardiometabolic risk factors. *Circulation, 125 (10 Supplement): AP205.*

128. **Grandner, M. A.**, Hale, L., Jackson, N. J., Patel, N. P., Gooneratne, N. S., and Troxel, W. M. (2011). Sleep disturbance and daytime fatigue associated with perceived racial discrimination. *Sleep, 34, Abstract Supplement:* A262*.*

129. **Grandner, M. A.**, Lang, R. A., Jackson, N. J., Patel, N. P., Murray-Bachmann, R., and Jean-Louis, G. (2011). Biopsychosocial predictors of insufficient rest or sleep in the American population. *Sleep, 34, Abstract Supplement:* A260*.*

130. Altman, N. G., Zhao, Z., Jackson, N. J., Gehrman, P. R., Patel, N. P., and **Grandner, M. A.** (2011). Sleep duration versus sleep insufficiency as predictors of cardiometabolic health outcomes. *Sleep, 34, Abstract Supplement:* A51*.*

131. Culnan, E., Horsey, S., **Grandner, M. A.**, and Kloss, J. D. (2011). A prospective study of weight gain associated with chronotype in college freshmen. *Sleep, 34, Abstract Supplement:* A63*.*

132. Gooneratne, N. S., Patel, N. P., Perlis, M. L., Gehrman, P. R., Xie, D., Sha, D., Pigeon, W. R., Teff, K., Weaver, T., and **Grandner, M. A.** (2011). Overweight, obesity, diabetes and exercise associated with sleep disturbance and daytime fatigue in the American population. *Sleep, 34, Abstract Supplement:* A239*.*

133. Kington, A. G., Schopfer, E., Jackson, N. J., Patel, N. P., and **Grandner, M. A.** (2011). Does healthy behavior predict better sleep? Healthy diet, exercise, smoking and alcohol associated with insufficient sleep. *Sleep, 34, Abstract Supplement:* A264*.*

134. Kozak, P. J., Paer, A., Jackson, N. J., Chokroverty, S., and **Grandner, M. A.** (2011). Alcohol, smoking, caffeine and drug use associated with sleep duration and sleep quality. *Sleep, 34, Abstract Supplement:* A9*.*

135. Murray-Bachmann, R., Henry, K., Ward, K., Zizi, F., Nunes, P., Ogedegbe, G., and Jean-Louis, G. (2011). Social determinants of short sleep among Black and White Americans. *Sleep, 34, Abstract Supplement:* A261*.*

136. Paer, A., Kozak, P. J., Jackson, N. J., Patel, N. P., Platt, A., and **Grandner, M. A.** (2011). Signs and symptoms of sleep apnea associated with cardiometabolic outcomes in a nationally-representative sample. *Sleep, 34, Abstract Supplement: A126.*

137. Paer, A., Kozak, P. J., Jackson, N. J., Patel, N. P., Platt, A., and **Grandner, M. A.** (2011). Snoring as an independent risk factor for cardiometabolic disorders after adjusting for other signs and symptoms of sleep apnea. *Sleep, 34, Abstract Supplement: A150-1.*

138. Patel, N.P., **Grandner, M. A.**, Pigeon, W. R., Jackson, N. J., and Gooneratne, N. S. (2011). Prevalence rates for subjective sleep disturbance and daytime fatigue across the USA. *Sleep, 34, Abstract Supplement: A259.*

139. Altman, N. G., Schopfer, E., Jackson, N. J., Gehrman, P. R., Patel, N. P., and **Grandner, M. A.** (2011). Sleep duration versus sleep insufficiency as predictors of cardiometabolic health outcomes. *CSCN Research Retreat Program and Abstracts, 8.*

140. Kington, A. G., Schopfer, E., Jackson, N. J., Patel, N. P., and **Grandner, M. A.** (2011). Does healthy behavior predict better sleep? Healthy diet, exercise, smoking and alcohol associated with insufficient sleep. *CSCN Research Retreat Program and Abstracts, 8.*

141. Kozak, P. J., Paer, A., Jackson, N. J., Chokroverty, S., and **Grandner, M. A.** (2011). Alcohol, smoking, caffeine and drug use associated with sleep duration and sleep quality. *CSCN Research Retreat Program and Abstracts, 8.*

142. Paer, A., Kozak, P. J., Jackson, N. J., Patel, N. P., Platt, A., and **Grandner, M. A.** (2011). Signs and symptoms of sleep apnea associated with cardiometabolic outcomes in a nationally-representative sample. *CSCN Research Retreat Program and Abstracts, 8.*

143. Paer, A., Kozak, P. J., Jackson, N. J., Patel, N. P., Platt, A., and **Grandner, M. A.** (2011). Snoring as an independent risk factor for cardiometabolic disorders after adjusting for other signs and symptoms of sleep apnea. *CSCN Research Retreat Program and Abstracts, 8.*

144. **Grandner, M. A.**, Lang, R. A., Jackson, N. J., Patel, N. P., Murray-Bachmann, R., and Jean-Louis, G. (2011).

Biopsychosocial predictors of insufficient rest or sleep in the American population. *CSCN Research Retreat Program and Abstracts, 8*.

145. **Grandner, M. A.**, Hale, L., Jackson, N. J., Patel, N. P., Gooneratne, N. S., and Troxel, W. M. (2011). Sleep disturbance and daytime fatigue associated with perceived racial discrimination. *CSCN Research Retreat Program and Abstracts, 8*.

146. **Grandner, M. A.**, Hale, L., Jackson, N. J., Patel, N. P., Gooneratne, N. S., and Troxel, W. M. (2011). Perceived racial discrimination as an independent predictor of sleep disturbance and daytime fatigue. *Population Association of America Final Program and Abstracts, 71:* 41.

147. **Grandner, M. A.**, Perlis, M. L., Martin, J., Gehrman, P. R., Patel, N. P., Xie, D., Sha, D., Weaver, T., and Gooneratne, N. (2010). Sleep Complaints and Fatigue Decline Across the Lifespan: Getting Older Does Not Necessarily Mean Poor Subjective Sleep and Daytime Fatigue. *CSRN Research Retreat Program and Abstracts, 7:* 19.

148. **Grandner, M. A.**, Patel, N. P., Gehrman, P. R., Perlis, M. L., Jean-Louis, G., and Gooneratne, N. (2010). Sleep-Related Attitudes, Beliefs and Practices in Black and White Adults. *CSRN Research Retreat Program and Abstracts, 7:* 20.

149. Juarascio, A., **Grandner, M. A.**, Patel, N., Gurubhagavatula, I., Joffe, M., and Gooneratne, N. (2010). Validation of single-item sleep measures from epidemiological studies. *CSRN Research Retreat Program and Abstracts, 7:* 26.

150. **Grandner, M. A.**, Perlis, M. L., Martin, J., Gehrman, P. R., Patel, N. P., Xie, D., Sha, D., Weaver, T., and Gooneratne, N. (2010). Is aging a risk factor for sleep initiation and maintenance problems or daytime fatigue? *AASM Young Investigator Research Forum Program and Abstracts, 2*.

151. **Grandner, M. A.**, Perlis, M. L., Martin, J., Gehrman, P. R., Patel, N. P., Xie, D., Sha, D., Weaver, T., and Gooneratne, N. (2010). Sleep Complaints and Fatigue Decline Across the Lifespan: Getting Older Does Not Necessarily Mean Poor Subjective Sleep and Daytime Fatigue. *Sleep, 33 (Abstract Supplement)*: A345.

152. **Grandner, M. A.**, Patel, N. P., Gehrman, P. R., Perlis, M. L., Jean-Louis, G., and Gooneratne, N. (2010). Sleep-Related Attitudes, Beliefs and Practices in Black and White Adults. *Sleep, 33 (Abstract Supplement)*: A211.

153. Patel, N. P., **Grandner, M. A.**, Gehrman, P. R., Xie, D., Sha, D., Weaver, T., and Gooneratne, N. (2010). Effects of Sociodemographic and Socioeconomic Factors on Sleep Complaints Depend on an Individual's Race/Ethnicity. *Sleep, 33 (Abstract Supplement):* A307.

154. **Grandner, M. A.**, Patel, N. P., Gehrman, P. R., Xie, D., Sha, D., Weaver, T., and Gooneratne, N. (2009). Ethnicity and Socioeconomic Factors Related to Sleep Complaints in the American Population. *University of Pennsylvania Biomedical Research Symposium Program and Abstracts, 8*.

155. **Grandner, M. A.**, Patel, N. P., Gehrman, P. R., Xie, D., Sha, D., Weaver, T., and Gooneratne, N. (2009). Gender differences in sleep disturbance patterns associated with aging. *Sleep, 32 (Abstract Supplement):* A122.

156. **Grandner, M. A.**, Patel, N. P., Gehrman, P. R., Xie, D., Sha, D., Weaver, T., and Gooneratne, N. (2009). Who sleeps better? Socioeconomic differences in reports of sleep disturbance. *Sleep, 32 (Abstract Supplement):* A122.

157. **Grandner, M. A.**, Gehrman, P. R., Weaver, T. E., and Pack, A. I. (2008). Relationships between demographic variables and sleep complaints from the Behavioral Risk Factor Surveillance System (BRFSS). *CSRN Research Retreat Program and Abstracts, 5:* 22.

158. **Grandner, M. A.**, Gehrman, P. R., Weaver, T. E., and Pack, A. I. (2008). Predictors of general sleep complaints from the Behavioral Risk Factor Surveillance System (BRFSS). *CSRN Research Retreat Program and Abstracts, 5:* 23.

159. **Grandner, M. A.,** Kripke, D. F., Elliott, J.A., and Cole, R. (2007). Effects of a nocturnally- administered green light on lutienizing hormone and follicle- stimulating hormone in young men. *Sleep, 30 (Abstract Supplement)*: A62.

160. **Grandner, M. A.,** Kripke, D. F., and Rex, K. (2006). Effects of a green light mask worn at night. *Sleep, 29 (Abstract Supplement)*: A63.

161. **Grandner, M. A.,** Kripke, D. F., and Langer, R. D. (2005). Correlations among dietary nutrient variables and subjective and objective sleep. *Sleep, 28 (Abstract Supplement)*: A148-A149.

162. Loving, R. T., Kripke, D. F., Elliott, J. A., Knickerbocker, N. C., and **Grandner, M.A.** (2005). Bright light treatment of depression for older adults. *Society for Light Treatment and Biological Rhythms Program and Abstracts, 17*:35.

163. Loving, R. T., Kripke, D. F., Elliott, J. A., Knickerbocker, N. C., and **Grandner, M.A.** (2005). Bright green light treatment of depression for older adults. *Society for Light Treatment and Biological Rhythms Program and Abstracts, 17*:35.

164. **Grandner, M.,** Kripke, D., Youngstedt, S., and Langer, R. (2004). Light exposure, social and emotional functioning, and quality of life in postmenopausal women. *Society for Light Treatment and Biological Rhythms Program and Abstracts, 16.*

165. **Grandner, M. A.,** and Kripke, D.F. (2003). Validity of the Pittsburgh Sleep Quality Index: Subjective sleep, objective sleep and depression. *Sleep, 26, (Abstract Supplement).*

166. **Grandner, M. A.,** and Kripke, D.F. (2002). Self-reported sleep problems in short and long sleepers. *Sleep, 25, (Abstract Supplement).*

167. Pandey, J., Ilniczky, N., **Grandner, M. A.,** Lowell, A., Smith, M. T., Giles, D. E., and Perlis, M. L. (2001). Meteorological factors and subjective sleep continuity: a replication and extension. *Sleep,24, (Abstract Supplement).*

168. **Grandner, M. A.,** Pandey, J., Smith, M.T., Giles, D.E., & Perlis, M.L. (2000). Evoked EEG activity in patients with insomnia and good sleeper controls. *Sleep,23, (Abstract Supplement),* 318-319.

169. Pandey, J., **Grandner, M. A.,** Crittenden, C.N., Smith, M.T., Giles, D.E., & Perlis, ML. (2000). Meteorological factors and subjective sleep continuity. *Sleep,23, (Abstract Supplement),* 225.

## Conference Presentations

### *Meetings Chaired*

1. **Grandner, M. A.** (2015, June). Joint Research Retreat of the Center for Sleep and Circadian Neurobiology and the Penn Program in Chronobiology, Philadelphia, PA.

2. **Grandner, M. A.** (2014, June). Joint Research Retreat of the Center for Sleep and Circadian Neurobiology and the Penn Program in Chronobiology, Philadelphia, PA.

3. **Grandner, M. A.** (2013, May). Pennsylvania Sleep Society Annual Meeting, Grantville, PA.

4. **Grandner, M. A.** (2011, June). Center for Sleep and Circadian Neurobiology Research Retreat, Philadelphia, PA.

### *Sessions Led/Chaired*

1. **Grandner, M. A.** and Shah, N. (2016, November). Sleep and Cardiometabolic Disease: A Joint Session of the American Heart Association and the Sleep Research Society. Symposium at the annual meeting of the American Heart Association.

2. **Grandner, M. A.,** Thornton, L., Athey, A., Stephenson, M., and Mohler, J. (2016, October). Sleep, Health, and Performance: Lessons Learned from Consultations with Olympic, Professional, and Collegiate Athletes and Elite Military Teams. Symposium at the annual meeting of the Association of Applied Sports Psychology, Phoenix, AZ.

3. **Grandner, M. A.** (2016, June). Actigraphy and Fitness/Sleep Trackers in Adults and Children: Fundamentals and Applications. Postgraduate Course at the annual meeting of the Associated Professional Sleep Societies, Denver CO.

4. **Grandner, M. A.** (2016, May). Sleep, Sleep Disorders, and Performance in Athletes. Scientific Symposium at

the annual meeting of the American Thoracic Society, San Francisco, CA.

5. **Grandner, M. A.** (2016, May). Sleep Loss. Moderated session at the Penn Center for Sleep and Circadian Neurobiology 25th Anniversary Research Retreat, Philadelphia, PA.

6. **Grandner, M. A.** (2016, March). Sleep. Moderated poster session chaired for the Joint Scientific Sessions of the American Heart Association

7. **Grandner, M. A.** and Chakravorty, S. (2015, May). Cognitive Behavioral Therapy for Insomnia and Beyond. Session chaired for the Annual Meeting of the Pennsylvania Sleep Society, Harrisburg, PA.

8. **Grandner, M. A.** (2014, June). Sleep, Health, and Environmental Influences. Session chaired at the Center for Sleep and Circadian Neurobiology Research Retreat, Philadelphia, PA.

9. **Grandner, M. A.** (2014, June). Sleep Timing, Duration, and Napping: New Insights. Session chaired at the annual meeting of the Associated Professional Sleep Societies, Minneapolis, MN.

10. **Grandner, M. A.** (2014, June). Sleep and Behavior. Section meeting session chaired at the annual meeting of the Associated Professional Sleep Societies, Minneapolis, MN.

11. **Grandner, M. A.** (2013, May). The future of sleep medicine. Session chaired at the annual meeting of the Pennsylvania Sleep Society, Grantville, PA.

12. **Grandner, M. A.** (2013, May). Sleep issues across the lifespan. Session chaired at the annual meeting of the Pennsylvania Sleep Society, Grantville, PA.

13. **Grandner, M. A.**, Knutson, K. L., and Laposky. A. (2012, June). Sleep and Health Disparities: Follow- Up from the 2011 NHLBI Workshop. Discussion group chaired at the annual meting of the Associated Professional Sleep Socities, Boston, MA.

14. **Grandner, M. A.** (2011, May). Neural Mechanisms of Sleep and Wake. Session chaired at the Center for Sleep and Circadian Neurobiology Research Retreat, Philadelphia, PA.

15. **Grandner, M. A.** (2010, May). Update on Sleep Disordered Breathing. Session chaired at the Center for Sleep and Respiratory Neurobiology Research Retreat, Philadelphia, PA.

## *Oral Presentations*

1. **Grandner, M. A.** (2016, June). Using Big Data to Determine the Social, Behavioral, and Environmental Determinants of Sleep Durationin the US Population: Application of a Machine-Learning Approach to Data from Approximately 700,000 Americans. Oral presentation at the annual meeting of the Associated Professional Sleep Societies, Denver CO.

2. **Grandner, M. A.** (2016, June). Movement-Based Sleep Measurement: Fundamental Concepts and Underlying Technology. Postgraduate Course lecture at the annual meeting of the Associated Professional Sleep Societies, Denver, CO.

3. **Grandner, M. A.** (2016, May). Sleep, Health, and Performance in Student Athletes. Symposium presentation at the annual meeting of the American Thoracic Society, San Francisco, CA.

4. **Grandner, M. A.** (2016, March). Should habitual sleep duration be added to "Life's Simple 7?" Moderated poster presentation at the Joint Scientific Sessions of the American Heart Association Councils on Cardiovescular Epidemiology and Prevention and Lifestyle and Cardiometabolic Health, Phoenix, AZ.

5. **Grandner, M. A.** (2015, June). Use of mobile electronic devices in bed associated with sleep duration, insomnia, and daytime sleepiness. Oral presentation at the meeting of the Associated Professional Sleep Societies, Seattle, WA.

6. **Grandner, M. A.** (2014, June). Sleep Duration is Associated with Access to Healthcare but Relationships Depend on Race/Ethnicity. Oral presentation at the meeting of the Associated Professional Sleep Societies, Minneapolis, MN.

7. **Grandner, M. A.** (2014, June). The Relationship Between Race/Ethnicity and Sleep Duration Depends on Geographic Location. Oral presentation at the meeting of the Associated Professional Sleep Societies,

Minneapolis, MN.

8. **Grandner, M. A.** (2014, June). Predictors of Perceived Insufficient Sleep among Habitual Short Sleepers. Oral presentation at the meeting of the Associated Professional Sleep Societies, Minneapolis, MN.

9. **Grandner, M. A.** (2014, June). The Relationship between Sleep Duration and Cardiometabolic Risk Factors Depends on Race/Ethnicity and Whether Risk Factors Were Self-Reported or Objectively-Determined. Oral presentation at the meeting of the Associated Professional Sleep Societies, Minneapolis, MN.

10. **Grandner, M. A.** (2014, June). The Relationship between Sleep Duration and Cardiometabolic Risk Factors Depends on Race/Ethnicity and Whether Risk Factors Were Self-Reported or Objectively-Determined. Oral presentation at the AASM Sleep Deprivation Section meeting at the Annual Meeting of the Associated Professional Sleep Societies, Minneapolis, MN.

11. **Grandner, M. A.** (2013, June). Cardiovascular Sleep duration items from nationally-representative surveys: Validation relative to established measures. Oral presentation at the meeting of the Associated Professional Sleep Societies, Baltimore, MD.

12. **Grandner, M. A.** (2013, June). Cardiovascular and metabolic consequences of habitual short sleep duration. Oral presentation at the meeting of the Associated Professional Sleep Societies, Baltimore, MD.

13. **Grandner, M. A.** (2012, June). Development and initial validation of a questionnaire to assess sleep-related practices, attitudes, and beliefs. Oral presentation at the meeting of the Associated Professional Sleep Societies, Boston, MA.

14. **Grandner, M. A.** (2012, June). C-reactive protein (CRP) and habitual sleep duration: A complex, non-linear relationship dependent on sex, race/ethnicity, and presence of sleep disorder and/or medical comorbidity. Oral presentation at the meeting of the Associated Professional Sleep Societies, Boston, MA.

15. **Grandner, M. A.** (2011, June). Prevalence rates for subjective sleep disturbance and daytime fatigue across the USA. Oral presentation at the meeting of the Associated Professional Sleep Societies, Minneapolis, MN.

16. **Grandner, M. A.** (2010, June). Sleep Complaints and Fatigue Decline Across the Lifespan: Getting Older Does Not Necessarily Mean Poor Subjective Sleep and Daytime Fatigue. Oral presentation at the meeting of the Associated Professional Sleep Societies, San Antonio, TX.

17. **Grandner, M. A.** (2010, June). Effects of Sociodemographic and Socioeconomic Factors on Sleep Complaints Depend on an Individual's Race/Ethnicity. Oral presentation at the meeting of the Associated Professional Sleep Societies, San Antonio, TX.

18. **Grandner, M. A.** (2010, May). Sleep Complaints and Fatigue Decline Across the Lifespan: Getting Older Does Not Necessarily Mean Poor Subjective Sleep and Daytime Fatigue. Oral presentation at the Center for Sleep and Respiratory Neurobiology Research Retreat, Philadelphia, PA.

19. **Grandner, M. A.** (2010, April). Is aging a risk factor for sleep initiation and maintenance problems or daytime fatigue? Oral presentation at the American Acedemy of Sleep Medicine Young Investigator Research Forum, Bethesda, MD.

20. **Grandner, M. A.** (2008, May). Who Sleeps Well: Sociodemographic and Health-related Variables Related to General Sleep Complaints from the BRFSS . Oral Presentation at the Center for Sleep and Respiratory Neurobiology Research Retreat, Philadelphia, PA.

## Invited Lectures: Intramural (University of Arizona)

1/31/2017    Insufficient Sleep and Risk for Cardiometabolic Disease and Neurocognitive Deficits. Department of Neuroscience, University of Arizona, Tucson, AZ.

1/27/2017    *Neurocognitive and Cardiometabolic Risk Factors Associated with Insufficient Sleep.* Cognitive Sciences, University of Arizona, Tucson, AZ.

1/17/2017    *Sleep and Cardiometabolic Disease Risk in Women.* Sarver Heart Center, Tucson, AZ.

9/17/2016    *Sleep, Health, and Nutrition.* Nutritional Sciences, University of Arizona, Tucson, AZ.

| 9/16/2016 | *Sleep, Cardiometabolic Disease Risk, and the Social-Environmental Context*. Sarver Heart Center, Department of Medicine, University of Arizona College of Medicine, Tucson, AZ. |
|---|---|
| 8/16/2016 | *Sleep and Health Research: Implications for Primary Care.* Department of Family and Community Medicine, University of Arizona College of Medicine, Tucson, AZ. |
| 2/8/2016 | *Sleep and Performance.* Athletics Department, University of Arizona, Tucson, AZ. |
| 10/14/2015 | *The Cost of Sleep Lost: Implications for health, performance, and the bottom line.* Department of management and Organizations, Eller College of Management, University of Arizona, Tucson, AZ. |
| 10/13/2015 | *Objective Estimation of Sleep with Actigraphy:  History, Basic Principles, and Application to Sleep Disorders.* Department of Medicine, University of Arizona College of Medicine, Tucson, AZ. |
| 9/30/2015 | *Sleep Duration and Health: Downstream Cardiometabolic and Neurocognitive Consequences and Upstream Social, Behavioral , and Environmental Determinants.* Department of Psychiatry, University of Arizona College of Medicine, Tucson, AZ. |

## Invited Lectures: Extramural

| 2/6/2017 | *Sleep and Health in Athletes.* Big Sky Sport Psychology Conference, Big Sky, MT. |
|---|---|
| 1/20/2017 | *Project REST: Recovery Enhancement and Sleep Training.* National Collegiate Athletics Association, Nashville, TN. |
| 11/3/2016 | *Healthy Sleep in Athletes: Basic Principles and Best Practices.* Faculty Athletic Representatives Association, Indiannapolis, IN. |
| 10/21/2016 | *Sleep, Health, and Human Performance.* Main Line Health, Bryn Mawr, PA. |
| 10/1/2016 | *Sleep, Health, and Performance in Student Athletes.* Association of Applied Sport Psychology, Phoenix, AX. |
| 9/13/2016 | *Sleep, Health, and Nutrition: Implications for Public Health and Public Policy.* US Congress, Washington, DC. |
| 8/2/2016 | *Biobehavioral Sleep and Cardiovascular/Metabolic Disease Risk.* National Heart, Lung, and Blood Institute, Bethesda, MD. |
| 7/28/2016 | *Disparities in Sleep Health.* Department of Population Health, New York University, New York, NY. |
| 6/12/2016 | *Writing Scientific Manuscripts: A Guide for Efficient Productivity.* Trainee symposia series of the Sleep Research Society, Denver, CO. |
| 6/8/2016 | *Sleep, Health and Performance in Student Athletes.* Big Sky Athletic Conference scientific symposium, Orem, UT. |
| 6/2/2016 | *Sleep, Health and Performance in Student Athletes.* HORIZON Athletic conference scientific sumposium, Indiannapolis, IN. |
| 5/25/2016 | *Sleep, Cardiometabolic Disease Risk, and the Social-Environmental Context.* Columbia University, New York, NY. |
| 4/30/2016 | *The Future of Sleep Medicine.* Nirav P. Patel Keynote Address to the Pennsylvania Sleep Society, Harrisburg, PA. |
| 4/19/2016 | *Recognizing and Addressing Sleep Problems: Potential for Improving Mental Health, Healthy Behavior, Neurocognitive Function, and Cardiometabolic Health.* Southern Arizona Psychological Association, Tucson, AZ. |
| 7/29/2015 | *Racial/Ethnic Disparities in Sleep Health.* Department of Population Health, New York University, New York, NY. |
| 6/7/2015 | *Sleep and Performance in Student Athletes: Implications for Olympic Sports.* Athletics Department, University of Washington. |

6/7/2015      *Sleep and Performance in Student Athletes: Implications for Football Players.* Athletics Department, University of Washington.

4/8/2015      *Sleep and Health Disparities.* Congressional Briefing: Medical Research to Achieve Health Equity, US Congress, Washington, DC.

3/19/2015     *Sleep, Food Intake, and Obesity: Epidemiologic and Physiologic Insights.* Division of Nutritional Sciences, University of Illinois, Urbana-Champaign, Urbana, IL.

2/7/2015      *Habitual Sleep Duration and Longevity.* Sleep Duration Consensus Conference, American Academy of Sleep Medicine and Sleep Research Society, Chicago, IL.

2/3/2015      *Sleep and Health.* School of Medicine, University of the West Indies, Mona, Jamaica.

2/2/2015      *Overview of Polysomnography, Actigraphy, and Other Sleep Assessment Technologies.* School of Medicine, University of the West Indies, Mona, Jamaica.

1/6/2015      *Insufficient Sleep: A Novel Risk Factor for Obesity and Cardiometabolic Disease.* Department of Population Health, New York University, New York, NY.

11/17/2014    *Applying Behavioral and Psychological Principles to Enhance CPAP Adherence.* American Sleep and Breathing Academy, Lindon, UT.

10/6/2014     *Sleep and Obesity: Population Trends and Possible Mechanisms.* Department of Medicine, University of California, San Diego, La Jolla, CA.

9/15/2014     *Sleep, Health, and Performance.* Athletics Department, Purdue University, West Lafayette, IN.

5/27/2014     *Sleep as a Health Behavior: Downstream Health Outcomes and Upstream Social/Behavioral Determinants.* School of Medicine, University of Arizona, Tucson, AZ.

5/15/2014     *Sleep and Health in the Social Environment.* Sleep, Stress and Health Meeting. National Institutes of Health, Rockville, MD.

5/3/2014      *Occupational Sleep Medicine.* Pennsylvania Sleep Society, Harrisburg, PA.

5/2/2014      *Sleep as a Health Behavior: Downstream Health Outcomes and Upstream Social/Behavioral Determinants.* Sleep and Wellness 2014, American Sleep and Breathing Academy, Scottsdale, AZ.

4/29/2014     *Sleep as a Health Behavior: Downstream Health Outcomes and Upstream Social/Behavioral Determinants.* School of Medicine, University of California, San Diego.

4/26/2014     *Disparities in Prevalence of Use of Energy Drinks, and Relationships to Disparities in Sleep Duration/Quality and Health Outcomes*. American Society for Nutrition Symposium, San Diego, CA.

4/17/2014     *Objective Estimation of Sleep with Actigraphy: History, Basic Principles, and Application to Sleep Disorders.* Advanced Course in Cognitive Behavioral Therapy for Insomnia, Philadelphia, PA.

11/18/2013    *Sleep and Mental Health: Implications for Student Athletes.* National Collegiate Athletics Association, Indianapolis, IN.

10/15/2013    *Sleep as a Domain of Health Behavior: Cardiometabolic/Behavioral Consequences and Social/Behavioral Determinants.* University of Notre Dame, South Bend, IN.

10/11/2013    *Miles To Go Before We Sleep: Using Behavioral Sleep Medicine for PAP Adherence in the Lab.* Main Line Health, Paoli, PA

9/4/2013      *What Do We Know About the Relationship Between Diet and Sleep?* Children's Hospital of Philadelphia, Philadelphia, PA.

8/15/2013     *Disparities in Prevalence of Use of Energy Drinks, and Relationships to Disparities in Sleep Duration/Quality and Health Outcomes*. The Use and Biology of Energy Drinks, National Institutes of Health, Bethesda, MD.

8/8/2013      *Contextual Determinants of Sleep.* Program to Increase Diversity in Behavioral Medicine and

Sleep Disorders Research (PRIDE), NYU Langone Medical Center and New York University, New York, NY.

6/2/2013     *Epidemiologic data analysis and data mining. Trainee symposia series, Sleep Research Society, Baltimore, MD.

9/20/2012    *Racial/Ethnic and Socioeconomic Sleep Disparities: A Key Factor in Health Disparities? University of California, Berkeley, Berkeley, CA.

8/21/2012    Sleep as a Health Behavior: Contextual Determinants and Cardiometabolic Outcomes. Brown University, Providence, RI.

8/9/2012     Contextual Determinants of Sleep Disparities. NYU / SUNY Sleep Health Disparities Summit. New York University, Langone Medical Center, New York, NY.

8/6/2012     Contextual Determinants of Sleep. Program to Increase Diversity in Behavioral Medicine and Sleep Disorders Research (PRIDE), SUNY Downstate Medical Center and New York University, Brooklyn, NY.

10/29/2011   *Behavioral Sleep Medicine Approaches to Increasing CPAP Adherence and Working with Sleep Disorders Patients. Main Line Health, Bryn Mawr, PA.

9/20/2011    Cultural Differences in Knowledge and Attitudes About Sleep Health. Reducing Health Disparities: The Role of Sleep Deficiency and Sleep Disorders, National Heart, Lung, and Blood Institute, Bethesda, MD.

9/19/2011    Socioeconomic Position and Sleep Health. Reducing Health Disparities: The Role of Sleep Deficiency and Sleep Disorders, National Heart, Lung, and Blood Institute, Bethesda, MD.

8/8/2011     Contextual Determinants of Sleep. Program to Increase Diversity in Behavioral Medicine and Sleep Disorders Research (PRIDE), SUNY Downstate Medical Center and New York University, Brooklyn, NY.

6/9/2011     Sleep and Health: Physiologic, Behavioral and Social Factors. Northumbria University, Northumbria, England.

2/25/2011    Neuropsychological Consequences of Sleep Disorders. Semel Institute for Neuroscience and Human Behavior, University of California, Los Angeles, Los Angeles, CA.

9/15/2010    *Sleep, Health and Disease. Grand Rounds, Reading Hospital and Medical Center, Reading, PA.

5/1/2010     *Behavioral Sleep Medicine: Cognitive Behavioral therapy for Insomnia and Beyond. Pennsylvania Sleep Society, Hershey, PA.

10/6/2009    Problems of Short Sleep: Bridging the Gap Between Laboratory and Epidemiological Studies. Department of Psychology, University of Arizona, Tucson, AZ.

5/2/2009     *Who Sleeps Better? Patterns of Sleep Disturbance in the American Population. Inaugural Meeting of the Pennsylvania Sleep Society, Penn State Hershey Medical Center, Hershey, PA.

10/16/2006   Biological Rhythms, Sleep Duration, and Health. Division of Sleep and Chronobiology, Department of Psychiatry, University of Pennsylvania, Philadelphia, PA.

(*=CME credits awarded to participants)

## Invited Lectures: Intramural (Previous Institutions)

3/30/2015    Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond, Part 1: Background and Technology. Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

3/30/2015    Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond, Part 2: Devices, Scoring Algorithms and Validation. Division of Sleep Medicine, University of Pennsylvania,

Philadelphia, PA.

3/30/2015    *Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond, Part 3: Scoring and Working with Data.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

3/30/2015    *Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond, Part 4: Special Considerations.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

9/26/2014    *Sleep, Food Intake, and Obesity: Epidemiologic and Physiologic Insights.* Center for Weight and Eating Disorders, University of Pennsylvania, Philadelphia, PA.

8/14/2014    *Cardiometabolic and Neurobehavioral Impairments Associated with Insufficient Sleep Duration and Inadequate Sleep Quality.* Grand Rounds, Department of Neurosurgery, Perelman School of Medicine, University of Pennsylvania, Philadelphia, PA.

7/10/2014    *\*Contextual Factors Associated with Sleep.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

6/27/2014    *\*Objective Estimation of Sleep with Wrist Actigraphy: History, Technology, and Applications.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

2/14/2014    *\*Cardiometabolic and Neurobehavioral Impairments Associated with Short Sleep: Bridging Epidemiologic and Laboratory Studies.* Division of Sleep Medicine Grand Rounds, University of Pennsylvania, Philadelphia, PA

11/6/2013    *Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond, Part 1: Background and Technology.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

11/6/2013    *Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond, Part 2: Devices, Scoring Algorithms and Validation.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

11/6/2013    *Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond, Part 3: Scoring and Working with Data.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

11/6/2013    *Movement-Based Approaches for Estimating Sleep: Actigraphy and Beyond, Part 4: Special Considerations.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

10/18/2013    *\*Contextual Determinants of Sleep Duration: A Potential Pathway to Cardiometabolic Disease Risk?* Division of Sleep Medicine Grand Rounds, University of Pennsylvania, Philadelphia, PA

3/10/2013    *\*Objective Estimation of Sleep with Actigraphy: History, Basic Principles, and Application to Sleep Disorders.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA

11/30/2012    *\*Cardiometabolic and Behavioral Impairments Associated with Short Sleep Duration.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA

11/29/2012    *Objective Measurement of Sleep.* School of Nursing, University of Pennsylvania, Philadelphia, PA.

9/10/2012    *\*Contextual Determinants of Sleep Duration: A Potential Pathway to Cardiometabolic Disease Risk?* Division of Sleep Medicine Grand Rounds, University of Pennsylvania, Philadelphia, PA

4/26/2012    *\*Actigraphic Assessment of Sleep and Sleep Disorders.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

12/8/2011    *Sleep Disturbance and Sleep Deprivation.* School of Nursing, University of Pennsylvania, Philadelphia, PA.

3/10/2011    *\*Actigraphic Assessment of Sleep and Sleep Disorders.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

12/20/2010    *The Future of the Academic Sleep Center.* Division of Sleep Medicine, University of Pennsylvania, Philadelphia, PA.

5/3/2010    *\*Problems Associated with Short Sleep Duration: Bridging Laboratory and Self-Report Studies.*

Department of Medicine, University of Pennsylvania, Philadelphia, PA.

5/7/2009      *Who Sleeps Better? Patterns of Sleep Disturbance in the American Population.* Department of Medicine, University of Pennsylvania, Philadelphia, PA.

1/5/2009      *Neuropsychological Functioning and Sleep: Memory and Its Assessment.* Department of Medicine, University of Pennsylvania, Philadelphia, PA.

6/23/2008     *Sleep Disturbances in Post-Traumatic Stress Disorder, Part II.* Department of Medicine, University of Pennsylvania, Philadelphia, PA.

6/2/2008      *Sleep Disturbances in Post-Traumatic Stress Disorder.* Department of Medicine, University of Pennsylvania, Philadelphia, PA.

4/25/2008     *Habitual Short Sleepers: Sleep, Behavior, Neuropsychological Functioning, Metabolism and Mental Health.* Department of Medicine, University of Pennsylvania, Philadelphia, PA.

4/7/2008      *Discrepancy Between Subjective Complaints and Objective Neuropsychological Functioning in Insomnia.* Department of Medicine, University of Pennsylvania, Philadelphia, PA.

3/3/2008      *Bright Light and Modafinil as Adjunct Treatments for Depression.* Department of Medicine, University of Pennsylvania, Philadelphia, PA.

2/11/2008     *Who Are the Short Sleepers? Bridging Laboratory and Epidemiological Studies.* Department of Medicine, University of Pennsylvania, Philadelphia, PA.

3/22/2007     *Multimodal Treatment of Treatment-Resistant Depression.* Psychology Service, San Diego VA Healthcare System, La Jolla, CA.

2/22/2007     *Sleep, Mood and Circadian Responses to Bright Green Light During Sleep.* Psychology Service, San Diego VA Healthcare System, La Jolla, CA.

5/30/2006     *Sleep, Mood and Circadian Responses to Bright Green Light During Sleep.* Department of Psychiatry, University of California, San Diego, La Jolla, CA.

*(*=Continuing Education credits awarded to participants)*

## Invited Lectures: Students and Patients

9/9/2016      *Introduction to Statistics for Medical Residents Part 3: Linear and Logistic Regression.* Department of Psychiatry, Universty of Arizona College of Medicine, Tucson, AZ.

9/8/2016      *Behaioral Sleep Health.* Department of Psychology, University of Arizona College of Science.

9/2/2016      *Introduction to Statistics for Medical Residents Part 2: Hypothesis Testing and Group Differences.* Department of Psychiatry, Universty of Arizona College of Medicine, Tucson, AZ.

8/26/2016     *Introduction to Statistics for Medical Residents Part 1: Descriptive Statistics and Correlation.* Department of Psychiatry, Universty of Arizona College of Medicine, Tucson, AZ.

3/31/2016     *Sleep, Obesity, and Society.* NURS513 (Obesity and Society). University of Pennsylvania School of Nursing, Philadelphia, PA.

4/16/2015     *Sleep, Diet, and Obesity.* NURS513 (Obesity and Society). University of Pennsylvania School of Nursing, Philadelphia, PA.

2/25/2015     *Diagnosis and Treatment of Insomnia: Overview and Emerging Issues.* University of Pennsylvania School of Medicine, Philadelphia, PA.

11/13/2014    *Sleep and Public Health.* Department of Public Health, Arcadia University, Glenside, PA.

9/17/2014     *Neuroscience and Behavior, Part 1: Introduction to Neurobiology.* PSYC 001 (Introduction to Experimental Psychology). University of Pennsylvania College of Arts and Sciences, Philadelphia, PA.

9/17/2014     *Neuroscience and Behavior, Part 2: Introduction to Neurophysiology.* PSYC 001 (Introduction to

Experimental Psychology). University of Pennsylvania College of Arts and Sciences, Philadelphia, PA.

| | |
|---|---|
| 2/19/2014 | *Overview of Insomnia.* University of Pennsylvania School of Medicine, Philadelphia, PA. |
| 10/15/2013 | *Sleep, Health, and Functioning in the Population.* PSY 34360 (Health Psychology). University of Notre Dame, South Bend, IN. |
| 7/12/2013 | *Psychopathology: Causal Factors and Viewpoints.* PSYC 001 (Introduction to Experimental Psychology). University of Pennsylvania College of Arts and Sciences, Philadelphia, PA. |
| 2/6/2013 | *Overview of Insomnia.* University of Pennsylvania School of Medicine, Philadelphia, PA. |
| 2/1/2012 | *Overview of Insomnia.* University of Pennsylvania School of Medicine, Philadelphia, PA. |
| 1/25/2012 | *Neuroscience and Behavior, Part 1: Introduction to Neurobiology.* PSYC 001 (Introduction to Experimental Psychology). University of Pennsylvania College of Arts and Sciences, Philadelphia, PA. |
| 1/25/2012 | *Neuroscience and Behavior, Part 2: Introduction to Neurophysiology.* PSYC 001 (Introduction to Experimental Psychology). University of Pennsylvania College of Arts and Sciences, Philadelphia, PA. |
| 3/2/2011 | *Overview of Insomnia.* University of Pennsylvania School of Medicine, Philadelphia, PA. (Student Evaluation Rating 4.6/5.0) |
| 10/4/2010 | *Sleep and Sleep Disorders as a Model for Ubiquitous Computing for Healthcare.* Graduate School of Engineering, Widener University, Chester, PA. |
| 3/18/2010 | *Sleep and Chronic Pain.* Philadelphia Veterans Affairs Medical Center, Philadelphia, PA. |
| 1/21/2010 | *Sleep and Chronic Pain.* Philadelphia Veterans Affairs Medical Center, Philadelphia, PA. |
| 9/17/2009 | *Sleep and Chronic Pain.* Philadelphia Veterans Affairs Medical Center, Philadelphia, PA. |
| 8/20/2009 | *Sleep and Chronic Pain.* Philadelphia Veterans Affairs Medical Center, Philadelphia, PA. |
| 3/5/2008 | *Careers in the Social Sciences: Clinical Psychology.* Penn Graduate/Undergraduate Mentoring Program, Philadelphia, PA. |
| 2/21/2007 | *Sleep Disorders and Sleep Medicine.* PSY30 (Abnormal Psychology). Department of Psychology, San Diego State University, San Diego, CA. |

## Invited Lectures: Community and Corporate

| | |
|---|---|
| 12/16/2016 | *Sleep and Health Risks in the Community.* Mariposa Health Clinic, Nogales, AZ. |
| 10/20/2015 | *The Truth about Sleep.* Online Personal Health Summit, Ultimate Human Foundation. |
| 9/14/2015 | *The Science of Sleep: Basics of Sleep Physiology, Consequences of Poor Sleep, and Common Sleep Problems*. Church & Dwight, Princeton, NJ. |
| 9/14/2015 | *Looking Ahead: Opportunities to Suppport Sleep with Dietary Supplements*. Church & Dwight, Princeton, NJ. |
| 11/5/2014 | *Sleep and Nutrition.* Day of Science, Council for Responsible Nutrition, Laguna Niguel, CA. |
| 10/30/2014 | *Sleep and Healthy Lifestyle.* Friends Life Care VigR Enrichment Workshop, Plymouth Meeting, PA. |
| 10/23/2014 | *Solving Sleep Problems.* Friends Life Care VigR Enrichment Workshop, Plymouth Meeting, PA. |
| 10/17/2014 | Maximizing Sleep for Optimal Health and Performance. Lincoln Investments, Philadelphia, PA. |
| 10/16/2014 | *Sleep and Healthy Aging.* Friends Life Care VigR Enrichment Workshop, Plymouth Meeting, PA. |
| 6/17/2014 | *Sleep, Health and Performance: Information for Players.* Philadelphia Eagles, Philadelphia, PA. |

6/11/2014      *Sleep, Health and Performance.* Philadelphia Eagles, Philadelphia, PA.

5/8/2014       *Healthy Sleep: How to Get it and Why You Need It.* Etsy, Brooklyn, NY.

12/9/2013      *Sleep, Health and Performance.* Philadelphia 76ers, Philadelphia, PA.

11/21/2013     *Sleep and Healthy Lifestyle.* Friends Life Care VigR Enrichment Workshop, Wilmington, DE.

11/15/2013     *Sleep Deficiency in the Workplace.* Greater Philadelphia Business Coalition on Health, Philadlephia, PA.

11/14/2013     *Solving Sleep Problems.* Friends Life Care VigR Enrichment Workshop, Wilmington, DE.

10/31/2013     *Sleep and Healthy Aging.* Friends Life Care VigR Enrichment Workshop, Wilmington, DE.

7/26/2013      *Maximizing Sleep for Health and Performance.* Major League Baseball, New York, NY.

6/20/2013      *Healthy Sleep: Why It's Important and How To Get It.* Lincoln Investments, Lafayette Hill, PA.

4/30/2013      *Sleep and Healthy Lifestyle.* Friends Life Care VigR Enrichment Workshop, Plymouth Meeting, PA.

4/23/2013      *Solving Sleep Problems.* Friends Life Care VigR Enrichment Workshop, Plymouth Meeting, PA.

4/16/2013      *Sleep and Healthy Aging.* Friends Life Care VigR Enrichment Workshop, Plymouth Meeting, PA.

10/24/2012     *Sleep and Healthy Lifestyle.* Friends Life Care VigR Enrichment Workshop, West Chester, PA.

10/17/2012     *Solving Sleep Problems.* Friends Life Care VigR Enrichment Workshop, West Chester, PA.

10/10/2012     *Sleep and Healthy Aging.* Friends Life Care VigR Enrichment Workshop, West Chester, PA.

6/21/2012      *Sleep and Healthy Lifestyle.* Friends Life Care VigR Enrichment Workshop, West Chester, PA.

6/5/2012       *Solving Sleep Problems.* Friends Life Care VigR Enrichment Workshop, West Chester, PA.

5/29/2012      *Sleep and Healthy Aging.* Friends Life Care VigR Enrichment Workshop, West Chester, PA.

5/10/2012      *Getting Sleep: Understanding the Basics of Sleep and Its Relationship to Health and Functioning.* MeadWestVaco Corporation (Specialty Chemicals), North Charleston, SC.

1/31/2012      *Sleep Disorders and Sleep Deprivation in Philadelphia Police Officers.* Philadelphia Police Department, Philadelphia, PA.

11/16/2011     *Sleep and Healthy Lifestyle.* Friends Life Care VigR Enrichment Workshop, Bryn Mawr, PA.

11/9/2011      *Solving Sleep Problems.* Friends Life Care VigR Enrichment Workshop, Bryn Mawr, PA.

11/2/2011      *Sleep and Healthy Aging.* Friends Life Care VigR Enrichment Workshop, Bryn Mawr, PA.

5/26/2011      *Sleep and Successful Aging.* Friends Life Care VigR Enrichment Workshop, Philadelphia, PA.

5/19/2011      *Thinking About Sleep as Part of a Healthy Lifestyle.* Friends Life Care VigR Enrichment Workshop, Philadelphia, PA.

5/12/2011      *Ways to Improve Your Sleep.* Friends Life Care VigR Enrichment Workshop, Philadelphia, PA.

5/5/2011       *Basics of Sleep and Sleep Medicine.* Friends Life Care VigR Enrichment Workshop, Philadelphia, PA.

4/7/2011       *Improving Sleep for Better Health (1).* Friends Center, Philadelphia, PA.

4/7/2011       *Improving Sleep for Better Health (2).* Friends Center, Philadelphia, PA.

3/21/2011      *Insomnia: Why Can't I Sleep?* Reading Hospital and Medical Center, Reading, PA.

12/14/2010     *Developing Healthy Sleep Habits.* Riddle Hospital, Media, PA.

11/16/2010     *Healthy Sleep and Successful Aging.* Friends Life Care, Bryn Mawr, PA.

9/29/2010      *The Importance of Healthy Sleep for New Parents.* Family Birthmark, Media PA.

9/22/2010      *Introduction to Pediatric Sleep Disorders.* Family Birthmark, Media PA.

| 9/15/2010 | *Sleep Training Basics*. Family Birthmark, Media PA. |
|---|---|
| 9/8/2010 | *Solving Common Infant and Toddler Sleep Problems*. Family Birthmark, Media PA. |
| 9/1/2010 | *Normal Sleep in Infants and Toddlers.* Family Birthmark, Media PA. |
| 11/17/2009 | *Healthy Sleep in Parents*. Family Birthmark, Media PA. |
| 11/10/2009 | *Pediatric Sleep Disorders*. Family Birthmark, Media PA. |
| 11/3/2009 | *Teaching Sleep*. Family Birthmark, Media PA. |
| 10/27/2009 | *Solving Sleep Problems*. Family Birthmark, Media PA. |
| 10/20/2009 | *Normal Sleep in Infants and Toddlers.* Family Birthmark, Media PA. |
| 2/18/2009 | *Sleep, Health and Longevity.* CentraState Hospital, Freehold, NJ. |
| 11/6/2008 | *Getting Sleep: Why It's Important and How to Make the Most of It.* Friends Life Care, Blue Bell, PA. |
| 11/5/2008 | *Getting Sleep: Why It's Important and How to Make the Most of It.* Friends Life Car, Blue Bell, PA. |
| 10/30/2008 | *Getting Sleep: Why It's Important and How to Make the Most of It.* Riddle Hospital Group, Plymouth Meeting, PA. |
| 5/28/2008 | *Getting Sleep: Why It's Important and How to Make the Most of It.* Wawa Inc., Media, PA. |

## Students Supervised

Doctoral Dissertation Committee Member

| Lit Soo Ng | 2012-2014 | University of Pennsylvania, School of Nursing |
|---|---|---|

Masters Thesis Committee Member

| Culnan, Elizabeth | 2012-2013 | Drexel University, Department of Psychology |
|---|---|---|

Undergraduate Honors Thesis Supervised

| Paer, Alexandra | 2010-2011 | University of Pennsylvania, Department of Biology |
|---|---|---|

Current Undergraduate Students

| Fisseha, Ephrat | 2015-present |
|---|---|
| Forbush, Sierra | 2015-present |
| Granados, Karla | 2015-present |
| Hall, Christine | 2015-present |
| Jaszewski, Angelica | 2015-present |
| Meridew, Christina | 2015-present |
| Ocaño, Demi | 2015-present |
| Okuagu, Ashley Chisom | 2015-present |
| Olivier, Kayla | 2015-present |
| Saccone, Jeffrey | 2015-present |
| Warlick, Chloe | 2015-present |
| Yang, Robert | 2015-present |

Previous Undergraduate Research Assistants:

| Abastillas, Aldrin | 2011-2012 | 1 abstract , 1 paper (submitted) |
|---|---|---|
| Davis, Benjamin | 2015-2016 | 1 abstract |
| Graham, Patrick Michael | 2015 | 1 abstract |
| Juarascio, Adrienne | 2009 | 1 abstract |
| Elizabeth Culnan | 2011-2013 | 3 abstracts, 1 paper |
| Kingsbury, Fadwa | 2010-2011 | |
| Kozak, Philip | 2010-2011 | 3 abstracts, 2 papers |

| | | |
|---|---|---|
| Lam, Brian | 2012-2013 | 2 abstracts |
| Maia, Querino | 2012-2015 | 2 abstracts, 1 paper |
| Paer, Alexandra | 2010-2011 | 3 abstracts, Honors Thesis |
| Paine, Kristen | 2015-2016 | 1 abstract |
| Rhee, Joshua Unbin | 2015-2016 | 1 abstract |
| Schopfer, Elizabeth | 2009-2013 | 4 abstracts, 1 paper |
| Sobowale, Akin | 2011-2012 | 1 abstract |
| Tabit, Lindsay | 2015 | |
| Vergara, Antonio | 2011-2012 | 1 abstract |
| Witter, Virginia | 2010 | |
| Wong, Jacqueline | 2009-2010 | |
| Zhiyuan, Zhao | 2010 | 1 abstract |

Previous Graduate Student and Post-Baccalaureate Research Assistants:

| | | |
|---|---|---|
| Altman, Nicole | 2010-2011 | 2 abstracts, 1 paper |
| Barilla, Holly | 2011-2012 | 3 abstracts |
| Bremer, Erin | 2011-2012 | 2 abstracts, 1 paper |
| Corbitt, Charles | 2012-2015 | 2 abstracts |
| deVries, Sarah | 2008-2009 | |
| Lang, Rebecca | 2009-2015 | 4 abstracts , 2 papers |
| Nesom, Genevieve | 2013-2015 | 1 paper (submitted) |
| Oliver, Linden | 2012-2013 | 2 abstracts, 2 papers |
| Ricaurte, Melanie | 2009 | |
| Siu, Katy | 2012-2015 | 2 abstracts, 1 award, 1 paper |
| Waldron, Elizabeth | 2011-2012 | 2 abstracts |
| Whinnery, Julia | 2012-2013 | 1 abstract, 1 paper |
| Zheng, Michael | 2012 | |

Previous Postdoctoral Fellows:

| | | |
|---|---|---|
| Pinyo Rattanaumpawan | 2010-2012 | 4 abstracts, 3 papers |

## Websites Developed and Maintained

Active:

| | | |
|---|---|---|
| 2015 | Sleep and Health Research Program | (http://www.sleephealthresearch.com) |
| 2015 | Official SHRP website (UA Psychiatry) | (http://psychiatry.arizona.edu/sleephealth) |
| 1995 | MichaelGrandner.com | (http://www.michaelgrandner.com) |

Past:

| | |
|---|---|
| 2013 | SHADES Research Study at Penn |
| 2012 | CHARTS Research Study at Penn |
| 2010 | Penn Behavioral Sleep Medicine Program |
| 2010 | Cognitive Behavioral Therapy for Insomnia |
| 2009 | Behavioral Sleep Medicine Group |
| 2009 | Sleep Trainees Network |
| 2009 | Pennsylvania Sleep Society |
| 2005 | Night Owl Research Study, UCSD |
| 2004 | Holistic and Integrative Medicine Group, UCSD |
| 2003 | Rudd Institute, Yale University |
| 2003 | Pain Management and TMJ, Johns Hopkins |
| 2002 | Sleepless in Niagara, Brock University |
| 2002 | Yale-NYU Intervention Network |
| 2002 | Arkansas-21c Network, Yale University |

2002    School of the 21st Century, Yale University
2001    Sleepless in Rochester, University of Rochester
2000    Sleep Research Laboratory, University of Rochester

## Media Coverage of Scientific Research

Over 10 million print impressions since 2012. Over 1 billion unique internet impressions since 2012. Over 170 million unique impressions in top-tier outlets since 2012.

*Major News Outlets:* ABC, BBC, Bloomberg, CBS, CNN, Forbes, Fox, Huffington Post, LA Times, MSNBC, NBC, New York Times, The Onion, Reuters, TIME, UPI, US News, USA Today, WebMD

*Television:* ABC Good Morning America, ABC World News Tonight, Al Jazeera America, BBC World News, CBS Philly, Dr. Oz Show, NBC Philadelphia, TODAY Show

*Radio:* Canadian Broadcasting, CBS Radio News, WHYY Public Radio, KPCC Public Radio, Sirius/XM Radio

*Newspapers:* USA Today, New York Times, Los Angeles Times, Wall Street Journal, Chicago Tribune, Boston Globe, Atlanta Journal-Constitution, Arizona Daily Star, Austin American-Statesman, Baltimore Sun, Connecticut Post, Daily Mail, Dallas Daily Sentinel,  Dayton Daily News,  Detroit News, Daily Pensylvanian, Eugene Register-Guard, The Guardian, Hamilton Spectator, Hartford Courant, Kitchener Ontario Record, Le Figaro, Milwaukee Courier, Minneapolis Star Tribune, Nacodoches Daily Sentinel, Newsday, Palm Beach Daily News, Palm Beach Post, Philadelphia Inquirer, Rocky Mountain Telegram, San Jose Mercury News, Suncoast News, Toledo Blade, Tulsa World, Twin Falls Times-News, Waco Tribune-Herald.

*Magazines:*

AARP, Allure, The Atlantic, Bottom Line Health, Cooking Light, Cosmopolitan, Dance, Diabetes Self-Management, Discover, Elle, Harper's Bazaar, Health, Men's Fitness, Men's Health, Men's Journal, Monitor on Psychology, More, National Journal, New York Magazine, Nutritional Outlook, O: The Oprah Magazine, Outside, Parents, Paste, Philadelphia Magazine, Popular Science, Prevention, Psychology Today, Real Simple, Redbook, Runner's World, Science, Scientific American, The Scientist, Self, Shape, Sleep Review, Time, Travel + Leisure, US News, Woman's Day, Women's Health, and Yoga Journal.

*International News Outlets:* Argentina, Australia, Bangladesh, Brazil, Brunei, Canada,  Chile, China, Croatia, Cuba, Egypt, Estonia, Finland, France, Ghana, Hungary, Germany, Iceland, India, Indonesia, Iran, Iraq, Ireland, Italy, Japan, Jordan, Kenya, Lebanon, Macedonia, Malaysia, Mexico, New Zealand, Nigeria, Norway, Oman, Pakistan, Philippines, Poland, Portugal, Romania, Russia, Saudi Arabia, South Africa, South Korea, Spain, Sudan, Sweden, Taiwan, Thailand, Turkey, UAE, UK,  Venezuela, and Vietnam

*Online:,* AOL Health, BabyZone, Blouin News, Boston.com, CNBC, Dawn.com, Dr. Koop,  Drugs.com, E! Science News, EurekAlert,  Health 24,  HealthCentral,  HealthDay,  Huffington Post, Inquisitr, Jezebel, Lifehacker, MedicalXpress, MedPage Today, Mother Nature Network, NewsMax, NewsRx, Newsworks, Ozy, Pain.com, Patch.com, PennLive, PhysOrg, Science Daily, Sleep Review, UPN News, Vitals on MSNBC, WebMD, Van Winkles, and Yahoo!News