# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - -+
                               |
JAMES BRICKMAN, et al.,        |
                               |
          Plaintiffs,          |   Civil Action No.
                               |
  vs.                          |   3:15-CV-02077-JD.
                               |
FITBIT, INC., et al.,          |
                               |
          Defendants.          |
                               |
- - - - - - - - - - - - - - - -+

                Videotaped Deposition of
             Naresh M. Punjabi, Ph.D., M.D.
                   Baltimore, Maryland
                 Friday, March 24, 2017
                      10:10 a.m.

Job No. 120063

Reported by:  Laurie Donovan, RPR, CRR

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

Bonezzi Switzer Polito & Hupp

1300 East 9th Street

Cleveland, Ohio 44114

By:  Ronald Margolis, Esq.

ON BEHALF OF THE DEFENDANTS:

Morrison & Foerster

12531 High Bluff Drive

San Diego, California 92130

By:  Julie Park, Esq. (by phone)

Erin Bosman, Esq.

ALSO PRESENT:

Victoria Ferrandino, Videographer

Page 10

reviewed prior to my report; and then subsequently there was a deposition by Mr. Yuen.

Q    Have you reviewed any other deposition transcripts in this case?

A    No.

Q    Doctor, do you agree that actigraphy can be a suitable surrogate to measuring sleep if polysomnography is unavailable or too expensive?

A    Yes, it is a crude surrogate for assessing sleep and in particular sleep duration.

Q    And Doctor -- so, Doctor, you agree that actigraphy could be a suitable surrogate for measuring sleep if polysomnography is unavailable or too expensive?

MR. MARGOLIS:  Objection.  Asked and answered.

BY MS. PARK:

Q    You can answer, Doctor.

A    Yes.

Q    Doctor, isn't actigraphy better than polysomnography for answering certain questions about sleep?

A    No.

The other thing I want to mention is there's a knocking sound going on in the back

"sleep."  Sleep has duration which is equal to quantity, but it also has quality.  So generically I think it's important to segregate those and say, well, actigraphy can be used to track, in a very crude fashion, what someone's habitual sleep patterns are, but as far as quality, it's very difficult to utilize any tool, you know, to assess sleep quality objectively.

Q   So in assessing somebody's sleep duration over a long-term period, would you agree that actigraphy is a better tool than polysomnography?

MR. MARGOLIS:  Objection.

THE WITNESS:  "Better tool" needs to be defined, period.  I interpret that as saying that it gives a better measure than polysomnography, but it doesn't. Polysomnography tells us exactly what sleep duration is on a night-to-night basis.

The challenge with polysomnography is that we can't deploy that on multiple nights, over weeks, over months to really track sleep duration.  So what we do is we use the surrogate of sleep, which is activity, and track that, and therefore we

approximate sleep duration with actigraphs.

BY MS. PARK:

Q   So in the course of a month-long study for somebody's sleep duration, you're saying that polysomnography cannot be used?

A   It can be used, but it's conventionally not used because of the complexity and the cost.

Q   Doctor, what about an individual with circadian rhythm delay; how would you assess that?

A   Two approaches can be used.  As with sleep duration, we can use actigraphy and also sleep diaries.

Q   And would you use polysomnography to measure circadian rhythm delay?

A   We can use polysomnography to characterize individuals with circadian phase delay, period.  These guys will -- these folks will manifest delayed REM cycles, for example, so there are traits in the polysomnogram that we can use to identify individuals that will have circadian phase delay.

Q   But you agree that studying circadian rhythm delay is better done with actigraphy than polysomnography?

MR. MARGOLIS:  Objection.  Form.

Page 15

THE WITNESS:  It provides a more long-term characteristic of what's going on with circadian delay than polysomnography would, but polysomnography still remains a very useful approach to look at how the sleep cycles, the ultradian sleep cycles are structured within the night.

BY MS. PARK:

Q    Do you agree that actigraphy is better than polysomnography for assessing circadian rhythm delay?

MR. MARGOLIS:  Objection.

THE WITNESS:  Again, my concern here is the word "better."  The actigraph can characterize what an individual does over weeks to months.  Polysomnography gives us much better insight into actually what's happening with the ultradian cycle on any particular might.

BY MS. PARK:

Q    Okay, but over the course of weeks or months, actigraphy gives better insight?

A    It gives us a crude insight of what the patterns are.

Q    But actigraphy allows us to get that

insight over the course of weeks or months; isn't that correct?

A    Actigraphy allows to get some insight on patterns of sleep and wake.

Q    Over a long-term period that polysomnography is unable to assess, correct?

A    You can use polysomnography, but we just don't have the ability to do multiple nights, but if there was the ability to do multiple nights, we can do it, but conventionally and clinically we tend to use the actigraph to really track individual sleep/wake patterns and use the activity as, as a marker of what's actually happening with their sleep schedule.

Q    Because, as you said, polysomnography is unable to be used for multiple nights?

A    Well, we can use it, but we tend not to because of the costs associated with using polysomnography.  We can use abbreviated montage of sleep studies to examine people's sleep, but again it's not conventionally or clinically done.

Q    Because it's impractical to use polysomnography over the course of weeks or months?

A    Yes.

it originates in the brain?

A     Yes, because it's telling us electrical activity has slowed, and we define sleep based on how electric, electrical activity evolves.

Q     Does it measure the source of sleep/wake activity in the brain?

A     It does not measure where the regulatory centers are directly, but it's measuring the organ and its behavior that is responsible for sleep.

Q     Is it directly measuring the source of sleep/wake regulation in the brain?

MR. MARGOLIS:  Objection.  Asked and answered.  We're not answering it again.

BY MS. PARK:

Q     Please answer, Doctor.

A     As I mentioned before, it does not measure the regulatory centers, but there are fingerprints, so, for example, we can see spindles in the EEG, we can see K complexes, we can see slow waves.  These represent different areas of the regulatory centers, but we are not, at least in humans, using deep needle electrodes in humans to measure sleep, because that would be unethical.

Q     So, Doctor, yes or no; does PSG directly measure the source of sleep/wake regulation in the

brain?

A   Yes, because the brain is responsible for regulating sleep, and we put electrodes on the brain, and therefore we're measuring what it's doing.  Does it actually measure the exact area down in the brain stem which is the origins of the non-REM and REM cycles?  No.

MS. PARK:  Let's take a five-minute break.

MR. MARGOLIS:  You know what?  Why don't we turn it into lunch?  Does that work for you?

MS. PARK:  That's fine.  How long do you need?

MR. MARGOLIS:  You know what?  I have just about five minutes after 12:00.  You want to say we start up at 12:35, give us a half hour?

MS. PARK:  Okay.

MR. MARGOLIS:  Thank you.

MS. PARK:  Let's go off the record.  Thank you.

THE VIDEOGRAPHER:  The time is 12:03.  We are off the record.

Page 60

(Whereupon, the lunch recess was

taken.)

THE VIDEOGRAPHER:  The time is now

12:40, and we are back on record.

BY MS. PARK:

Q    Doctor, isn't it true that your opinion

about the Fitbit trackers at issue here is not

based on your personal evaluation of the devices

at issue but on your review of the scientific

literature?

A    I have not used a Fitbit device

personally.  It's based on my knowledge of the

scientific literature.

Q    Doctor, do you understand that the

Fitbit devices at issue are not medical devices?

A    Yes.

Q    Do you understand that the Fitbit

devices at issue are not sold to consumers as

medical or scientific devices?

A    Yes.

Q    Doctor, isn't it true that information

about sleep quality can be evaluated by number of

awakenings, wake after sleep onset, and sleep

efficiency?

A    Depending on how those are measured,

yes.

Q    And doesn't actigraphy measure those things?

A    As I previously mentioned, actigraphy does not measure those things, but polysomnography does.  Actigraphy, again to reiterate, measures movement from which we can infer or approximate those other measures, like duration.

Q    Do you agree that actigraphy can approximate or infer number of awakenings?

A    It can't, because it doesn't have the EEG.  To define awakenings, we need to show EEG changes.  Actigraphy shows movement, and therefore there is an assumption that movement equals awakening.

Q    And so your testimony is that actigraphy cannot infer or estimate number of awakenings?

A    It can estimate, infer, but there's an assumption here that it's movement, it's assessing movement.  It's not assessing what we need to define an awakening or an arousal.

Q    So do you agree or disagree that actigraphy can used to infer number of awakenings?

A    I think it can be used to infer disruptions in sleep and awakenings.

Q    Do you agree that actigraphy can be used to infer wake after sleep onset?

A    Yes, with the same logic that we went through for the previous statement.

Q    And do you agree that actigraphy can be used to infer sleep efficiency?

A    Yes, again based on the prior caveats mentioned about actigraphy monitoring/measuring movement and not actual EEG data.

Q    And you have used -- in papers, you have used actigraphy to infer these metrics, haven't you?

A    Yes.

Q    Doctor, isn't it true that your opinion about Fitbit's sleep tracker is based on the fact that Fitbit uses actigraphy to track sleep?

A    Yes.

Q    Doctor, isn't it true that the sleep community accepts actigraphy as an indirect measurement of sleep?

A    It's an indirect assessment and approximator of sleep.  It does not indirectly measure sleep.

Q    Doctor, yet in your paper in Exhibit 3, you do say that actigraphy measures sleep.

Page 63

A    As I mentioned previously, just the word "actigraph" has a prefix to it, says acti, A-C-T-I, where it says we're measuring activity. The inference of all the parameters of sleep quality are based on approximations of that activity.

Q    Doctor, isn't it true that actigraphy is generally accepted in the sleep community?

A    Yes.

MS. PARK:  I have no further questions.

MR. MARGOLIS:  I have some questions.

EXAMINATION BY COUNSEL FOR PLAINTIFFS

BY MR. MARGOLIS:

Q    Dr. Punjabi, I would like to discuss with you a little bit about your, your background.

Where did you go to medical school?

A    University of Chicago Prince George School of Medicine.

Q    And when you completed medical school, what did you next do professionally?

A    I completed my residency at Johns Hopkins in internal medicine.

Q    And what did you next do?

Page 76

CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

I, Laurie Donovan, Registered Professional Reporter, Certified Realtime Reporter, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 27th day of March, 2017.

My commission expires:  February 3, 2018

_____

LAURIE DONOVAN
NOTARY PUBLIC IN AND FOR
THE STATE OF MARYLAND