# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 3:15-cv-2077-JD<br><br>**EXPERT REPORT OF WILLIAM CHRISTOPHER WINTER, M.D.**<br><br>**HIGHLY CONFIDENTIAL** |

## EXPERT REPORT OF WILLIAM CHRISTOPHER WINTER

### I.    BACKGROUND

I am currently the President and Owner of Charlottesville Neurology and Sleep Medicine, where I have been since July 2004.  I am also the President of CNSM Consulting, LLC, a position I have held since July 2011, and have served as the Sleep Medicine Expert for the MH Advisory Board at Men's Health Magazine since 2008.

I am double board certified in sleep medicine (American Board of Sleep Medicine and American Board of Psychiatry and Neurology-Sleep) as well as board certified in neurology (American Board of Psychiatry and Neurology-Neurology).  I originally became involved with sleep medicine and sleep research in 1993 when I served as a Research Assistant in the Sleep Disorders Laboratory at the University of Virginia Health Sciences Center, under Dr. Paul M. Suratt M.D.  After receiving my M.D. from Emory University, I returned to the University of Virginia in 2003 to complete my neurology residency and fellowship at the University of North Carolina School of Medicine as a Sleep Disorders Fellow.

Much of my work at Charlottesville Neurology and Sleep Medicine and CNSM Consulting, LLC is associated with providing in depth sleep consultation services.  I have authored numerous scientific papers and abstracts dealing with sleep and have presented at numerous international sleep meetings, as further detailed on my CV attached as **Exhibit 1**.

Much of my work in sleep medicine and neurology deals with sleep and its effect on athletic performance.  In 2006, I was awarded a grant by Major League Baseball to study the effect of scheduling and time zone travel on team performance.  Since then, I have also served as a sleep consultant for the San Francisco Giants, Los Angeles Dodgers, Tampa Bay Rays, and the Pittsburgh Pirates, among other teams.  In the National Basketball Association, I have worked with the Chicago Bulls and am currently a sleep medicine specialist for the Oklahoma City Thunder and the Washington Wizards.  In the National Football League, I have worked with the Chicago Bears and am currently a sleep medicine specialist for the Baltimore Ravens.  In the National Hockey League, I have worked with the Washington Capitals and am currently a sleep medicine specialist for the New York Rangers.  I also led a study evaluating the sleeping

characteristics of 560 Division I-A college football players.  I take an active role in the public discussion of sleep related issues, and regularly answer readers' questions about sleep and contribute to articles in Men's Health Magazine, as well as Women's Health, Runner's World, and Details.

### A.    Compensation

I am being compensated at $400/hour for my work on this case.  My compensation will not be affected by the outcome of this case.

### B.    Prior Publications

A list of papers I have coauthored in the past ten years is set forth on my CV attached as **Exhibit 1**.

### C.    Previous Testimony

I have testified in the following cases during the previous 4 years:

- *Mann v. MeadWestvaco* (2013) (mediation);
- *Heard v. Perkins* (2013, Wake County, North Carolina)

### D.    Information Considered

A list of information I considered is attached as **Exhibit 2**.

## II.    MY EXPERT OPINION

I have been asked to give opinions as to the tracking of sleep, specifically as to whether the activity and sleep tracking devices (the "Devices") sold and marketed by Defendant Fitbit, Inc. ("Fitbit") are able to track sleep.  I understand that the Devices track several personal metrics, including steps, distance, calories burned, floors climbed, and active minutes.  I also understand that the devices include a 3-axis accelerometer that tracks movement, and that the packaging of the Devices states the product tracks "hours slept," "times woken up," and "sleep quality."

My opinions contained herein are subject to change as I receive more information.  In addition, I may offer additional opinions in response to opinions of Plaintiffs' experts or when newly discovered information becomes available.

In addition to the opinions set forth below, I may provide a general background about how sleep tracking works which would include an overview of different sleep tracking methods.  For

example, I may explain various methods in addition to those described in this report for tracking sleep and their respective advantages and disadvantages.  I would also expect to explain how the reliability of sleep tracking methods can be limited or interfered with by the subject's actions.  I may also discuss prior attempts to address sleep tracking and a general history of the development of sleep tracking, as well as additional discussion of my own experience with Fitbit Devices in my sleep medicine practice.

### A.      Methods of Sleep Tracking

To best understand this issue, it is essential to start with a definition of "sleep."  As defined by the Oxford Dictionary, "sleep" is "[a] condition of body and mind such as that which typically recurs for several hours every night, in which the nervous system is relatively inactive, the eyes closed, the postural muscles relaxed, and consciousness practically suspended."[1]

While this definition is more than adequate, it only scratches the surface of what sleep entails.  Sleep involves digestive changes, hormone changes, body temperature changes, cardiac changes, and so many other biological changes, they are too numerous to count.  In other words, sleep is a collection of biological state changes.  This underscores the probable function of sleep: a resetting of an organism.

At the same time, the sheer number of biological changes means that how one "measures sleep" is difficult to define.  All instruments that purport to measure sleep do not directly measure sleep—not even the most sophisticated laboratory instruments—precisely because the thing being "measured" (sleep) is not objective and it is not subject to a simple yes or no answer.  Rather, sleep is a state exhibiting the relative presence or absence of various conditions.  Thus, scientists have developed several different proxies for sleep, which measure one or more of the biological changes that occur during sleep.  Each of these methods will measure sleep in different ways and, as discussed below, each has advantages and disadvantages.  A method that measures more biological metrics may be more precise but will usually be more invasive and expensive.  Further,

---

[1] *Sleep*, OXFORD ENGLISH DICTIONARY (2nd ed. 1989).

EXPERT REPORT OF WILLIAM CHRISTOPHER WINTER, M.D.
Case No. 3:15-cv-2077
HIGHLY CONFIDENTIAL

3

a more invasive method will itself affect accuracy,[2] as additional testing instruments (many of which must be attached to the subject) may inhibit sleep.

One method of sleep tracking is actigraphy. Actigraphy is a non-invasive method for monitoring human rest and activity cycles. Actigraphy measures gross motor activity through a small actigraph unit, also called an actimetry sensor, which usually takes the form of a small wrist-watch-like package worn on the wrist. Since 1990, this method has been well-accepted as a reliable means of monitoring sleep in ambulatory persons adhering to usual life habits and pursuits.[3] From the early 1990s until today, there have been approximately 2,423 research studies featuring actigraphy and sleep.[4] Actigraphy is a scientifically validated tool for measuring sleep and is considered the gold standard for measuring sleep in circadian rhythm disorders. It is also an essential tool for researching and treating paradoxical insomnia.

The advantage of actigraphy is that it is a relatively non-invasive and inexpensive, yet reliable, method of tracking sleep. The small, wearable actigraph unit generally allows the subject to wear the actigraph unit for extended periods of time at home without interfering with daily life. Actigraphy, depending on the recording device, can conveniently record continuously for 24 hours a day for days, weeks, or even longer.[5] Actigraphy is well-accepted as a reliable method of sleep tracking. According to practice parameters published by the American Academy of Sleep Medicine in 2007, actigraphy provides an acceptable accurate estimate of sleep

---

[2] It is important to note that precision and accuracy are not one in the same. Precision indicates closeness of the measured values to each other (as there are more being measured) and accuracy indicates how close the measured value is to the actual (true) levels of sleep (which would be affected by being unable to sleep).

[3] Arthur C. Brown, et al., *Actigraphy: A Means of Assessing Circadian Patterns in Human Activity*, 7 CHRONOBIOLOGY INTERNATIONAL 2, 125 (1990) (stating that "[d]uring the past two decades, actigraphy has been used both in field research and clinical settings" and that "continuous wrist activity recordings provide simple and inexpensive, *but rather accurate* estimates of sleep duration" (emphasis added)).

[4] I derived this number by searching PubMed (https://www.ncbi.nlm.nih.gov/pubmed) for the keyword "actigraphy sleep."

[5] Ancoli-Israel, S, et al., *The role of actigraphy in the study of sleep and circadian rhythms. American Academy of Sleep Medicine*, 26 SLEEP 3, 342 (2003).

measurements in normal healthy adults.[6]  Moreover, actigraphy allows for tracking of long term patterns or development, and is one of the best tools for calculating average sleep per week or month in a non-invasive manner.

Another method of sleep-tracking is polysomnography.  The meaning of polysomnography is revealed by its etymology:  "poly" meaning many, "somno" meaning sleep, and "graph" meaning measure; polysomnography is essentially "many sleep measurements."  Polysomnography is a method for tracking sleep by measuring many biological phenomena together for an understanding of sleep.  These measurements are: (1) eye movements; (2) brain activity; (3) muscle activity/leg movement; (4) air flow from breathing; (5) breathing effort; (6) heart rate or EKG; (7) snoring; (8) blood oxygen saturation; and (9) end tidal CO2.  Each of these measurements can be examined individually to characterize a subject's sleep.  For example, a sleep study measuring eye movements would look for slower blinking and slower or rolling eye movements as drowsiness sets in, then little to no eye movement during deep sleep, followed by rapid eye movements (REM) during dreaming.  A device measuring such eye activity would thus be able to track sleep quite accurately.  Of note, "muscle activity/leg movement," the measurement used in actigraphy, is included as one of the measurements used in polysomnography.

One type of polysomnography is overnight PSG, which is considered one of the more reliable objective tools for studying sleep.  Overnight PSG is a multi-parametric test that requires collection of data from several physiologic monitors including electroencephalography (EEG), electromyography (EMG), electro-oculography (EOG), and cardiorespiratory channels, which are then analyzed visually to define wake epochs and causes of sleep disruption.  However, this method, as with other polysomnography methods, is very labor intensive and expensive due to the specialized equipment that is necessary.  This method also is not portable, as it requires several

---

[6] Yair Sadaka, et al., *Validation of actigraphy with continuous video-electroencephalography in children with epilepsy*, 15 Sleep Medicine 9, 1075, 1076, n. 20 (2014); Morgenthaler T, Alessi C, Friedman L, Owens J, Kapur V, Boehlecke B, et al., *Practice parameters for the use of actigraphy in the assessment of sleep and sleep disorders: an update for 2007*, 30 SLEEP 11, 519-527 (2007).

large pieces of medical equipment, and can generally only be performed in a specialized laboratory or hospital. Even though overnight polysomnography is considered to be one of the most reliable methods for tracking sleep, it also has its flaws, including disruption of the subject's sleep due to the intrusive nature of the measurement devices. And, like any method for measuring sleep, polysomnography depends on measuring physiological states that serve as proxies for sleep due to the subjective nature of what sleep actually is.

Other examples of measurements that a sleep scientist or doctor might use to track sleep include: (1) oxygen levels through pulse oximetery; (2) airflow through nostrils and/or mouth; (3) audible snoring using a microphone; or (4) sleep environment such as light, motion, humidity, sound, or air quality. Sleep could also be tracked by measuring physiological changes that (1) disturb sleep, such as changes in esophageal lining reflective of gastroesophageal reflux disease (which is a frequent cause of sleeplessness), or (2) are related to sleep, such as nocturnal penile tumescence (which occurs in all men without physiological erectile dysfunction).

**B.      The Fitbit Devices Track Sleep Through Actigraphy, a Well-Accepted and Reliable Means of Tracking Sleep**

It is my opinion that the Fitbit Devices are able to reliably track sleep through actigraphy. Actigraphy is a means of tracking sleep by measuring gross motor activity. In other words, actigraphy involves the use of a portable watch-like device worn on the wrist that records movement over extended periods of times. This data is then used to infer time spent asleep and awake. The benefits of actigraphy are that it is relatively easy to use, is low-cost, and can be used by subjects at home for extended periods of time. As noted above, actigraphy is approved under the practice parameters of the American Academy of Sleep Medicine as an acceptable method of measuring sleep in normal healthy adults.

Although polysomnography may capture additional biological phenomena related to sleep compared to actigraphy, studies have demonstrated that actigraphy is just as reliable in identifying the states of sleep and wakefulness. Several studies have been performed comparing actigraphy and polysomnographic techniques to determine the relative accuracy of actigraphy.

In one such study, thirty-six patients with insomnia slept for three nights each in a

EXPERT REPORT OF WILLIAM CHRISTOPHER WINTER, M.D.
Case No. 3:15-cv-2077
HIGHLY CONFIDENTIAL

6

laboratory where both polysomnograms and actigraphic assessments of their sleep were obtained.[7]  Averaged over the three nights for each insomniac, the mean discrepancy between actigram and polysomnogram measurements was 49 minutes per night.[8]  In the majority of cases, the measurements were within 1 hour on the total amount of sleep per night.  Overall, the study concluded that actigraphy could be used to quickly and inexpensively scan many nights of sleep for clinical insight concerning the pattern of sleeping and waking at home, which would not be available from laboratory polysomnography.

More recent studies have tested actigraphs that had accelerometers and sufficient memory to record for up to several weeks.  In comparison to first generation actigraphs, which were nonlinear and not sensitive enough to detect small movements, these later generations were more sensitive, allowed detection of motion in multiple axes, and could be filtered digitally to eliminate very slow and very fast movements.[9]  Comparisons to polysomnograph measurements determined that actigraphy was highly correlated with polysomnographs for differentiating sleep from wake, with reported correlations for total sleep time being 0.97.[10]  To summarize, when compared to polysomnographs, actigraphy was found to be valid and reliable for detecting sleep in normal, healthy adult populations.[11]

Actigraphy has also been validated as an objective measurement of sleep-wake patterns in populations where such measurements may be less reliable due to involuntary motor activity.  For example, studies have been conducted measuring sleep in children with medically refractory epilepsy with frequent seizures comparing actigraphy measurements to continuous video EEG (cVEEG) monitoring.  A comparison of the sleep and daytime activity actigraphy and VEEG parameters revealed very strong correlations for night sleep period, night sleep time, duration of

---

[7] Peter J. Hauri, et al., *Wrist actigraphy in insomnia*, 15 SLEEP 4, 293-301 (1992).

[8] *Id.* at 296.

[9] Ancoli-Israel, *supra* at 343.

[10] *Id*. at 344.

[11] *Id*. at 345.

night wake time, and percent time of sleep during the day.[12]  There were no significant differences between actigraphy and VEEG measurements of night sleep period, night sleep time, duration of night wake time, and percent time of sleep during the day.[13]  Although moderate correlation was found for number of wakings after sleep onset, the correlation became much higher when only more significant wakings were counted.[14]  The results demonstrated that actigraphy is a valid and reliable method of evaluation for studying sleep-wake cycles even in populations where such gross-movement measurements may be made unreliable by subjects' involuntary motions, particularly for measuring the period, duration, or length of sleep compared to wake time.

As a board-certified sleep medicine practitioner, I have used Fitbit Devices to track sleep in my own patients even before I was aware of this lawsuit.  I use the Fitbit Devices because they provide an inexpensive and reliable means of tracking my patients' sleep activity.  Because patients can wear the Fitbit Devices at home, they are more likely to be compliant in wearing them and more likely to get a typical night's sleep than they would if they were in a sleep lab attached to invasive monitoring equipment.  I regularly use Fitbit Devices in advising individual patients regarding sleep-related issues.  For example, I routinely use a patient's Fitbit sleep data to gain an understanding regarding the patient's sleep patterns over different intervals (nightly and weekly).  Because Fitbit Devices are readily available on the market, many patients already have sleep data at their first visit.  Without the Fitbit Devices, I would have to rely on patient description (which is often inaccurate due to misperceptions about sleep, *see* Section II.D., below) or weeks of sleep logging to gather this sleep data.  Using this data, I can ascertain the patient's baseline sleep schedule, which is the starting point for many patient analyses, and compare the patient's perception regarding his or sleep to the data he or she is generating using the Device.

I have also used Fitbit Devices to help determine whether a patient's sleep quality issues

---

[12] Sadaka, *supra* at 1075.

[13] *Id*. at 1078.

[14] *Id*. at 1079.

EXPERT REPORT OF WILLIAM CHRISTOPHER WINTER, M.D.
Case No. 3:15-cv-2077
HIGHLY CONFIDENTIAL

8

are due to their environment or to a medical problem.  For instance, I have asked a patient's spouse or bed partner to wear a Device in order to determine whether the patient's sleep issues are unique to the patient or due to where and how the patient sleeps.  Additionally, I have used sleep data from the Fitbit Devices to view periods of restlessness, which can be a sign of sleep apnea.

The Fitbit Devices are a mainstay of my work with professional athletes because they provide meaningful, reliable sleep data outside of the laboratory/sleep study setting.  I have used data gathered from the Fitbit Devices to craft sleep plans and recommendations for professional sports teams and individual athletes to help optimize their performance on the field or court.

### C.    The Statements on the Packaging of the Fitbit Devices Are True

I understand that Plaintiffs have made several claims relating to specific advertisement statements on the packing of the Fitbit Devices.  The packaging states that the devices will "measure your sleep quality.  Once the data syncs, graphs on your (device) dashboard will reveal how long you slept and the number of times you woke up, giving you a 'sleep quality score.'"[15] The packaging also includes pictures and examples of the "dashboard" showing that the Fitbit Devices are able to track length of sleep and number of times sleep was interrupted.[16]  In my opinion as a sleep specialist, all of these statements are true.

As discussed above, it is difficult to define "sleep" because it is not objective but consists of a wide collection of biological state changes, each of which can be measured as an indicator of "sleep."  To the extent that the Fitbit Devices are small, wearable actigraph units that can be worn for extended periods of time and track movement, it is absolutely correct that the Fitbit Devices are able to measure length of sleep as well as interruptions in sleep.  This is especially true when taken in context of the purpose of the Fitbit Devices and their intended audience: a non-invasive and inexpensive device that an average consumer can use to get a relative sense of how much sleep he or she is getting.  As a scientist in this field, my opinion is that the Fitbit Devices perform as expected given the advertising statements on their packaging.

[15] Fourth Am. Compl. ("4AC"), ¶ 29.

[16] 4AC, ¶ 30.

**D.    People Often Misperceive How Well or How Long They Slept**

In my experience, people often misperceive sleep by underestimating how well or how long they sleep.  This phenomena occurs often enough that it has been identified as a specific type of sleep condition: sleep state misperception (also known as paradoxical insomnia, pseudo-insomnia, subjective insomnia, subjective sleepiness, and sleep hypochondriasis).  Generally, sleepers with this condition will report little to no sleep even when clinical recordings show normal sleep patterns.

At the same time, people with sleep disorders may exhibit unusual sleep patterns that they are not aware of.  For example, I understand that Ms. Clingman testified that she believed her Fitbit Device was inaccurate because it showed that she awoke 50 times during the night.  In my experience, this type of sleep/wake pattern is not abnormal in individuals who have sleep apnea, which Ms. Clingman also testified she suffers from.

**E.    Users Can Intentionally Defeat Any Sleep-Tracking Method**

As with any test measuring a physiological factor, actigraphy as a sleep-tracking method can be defeated by a subject's intentional actions.  With respect to actigraphy, as well as the Fitbit Devices, the muscle activity measurements to determine sleep would be inaccurate if an individual conceivably stayed awake all night and consciously did not move his arm.  However, such inaccuracies would apply to any such sleep-tracking method, including polysomnography.  For example, assuming that sleep was tracked using a device that measured not only muscle activity but additional parameters such as heart rate and snoring, the accuracy of the device would still be defeated if the wearer lay motionless at night, breathing quietly while taking medications to control his or her heart rate.  In such a scenario, adding additional measurements would not increase the reliability of the device when dealing with subjects intentionally acting to fool the device or render it inaccurate.

I understand that Plaintiffs claim that the Fitbit Devices are inaccurate because the devices purportedly classify subjects who are awake, but lie motionless, as asleep.  Plaintiffs' argument conflates subjective accuracy with overall reliability.  In my opinion, the Fitbit Devices track sleep through actigraphy, which is a well-received and reliable method of tracking sleep that has

EXPERT REPORT OF WILLIAM CHRISTOPHER WINTER, M.D.
Case No. 3:15-cv-2077
HIGHLY CONFIDENTIAL

10

been used for over thirty years in various sleep-based scientific studies.  The fact that actigraphy, as with any method of physiological measurement, can be intentionally rendered less accurate by the user or subject is not relevant to the fact that it is a reliable method of measuring sleep.

Dated: January 31, 2017                    By:  _____
                                                     William Christopher Winter, M.D.