# EXHIBIT F

*Brickman v. Fitbit, Inc.*

**(N.D. Cal. Case No. 3:15-cv-02077-JD)**

# REBUTTAL EXPERT REPORT
# OF
# MICHAEL A. GRANDNER, PH.D.

February 28, 2017

Michael A. Grandner, Ph.D.
1501 N. Campbell Avenue, AHSC Room 7326A
PO Box 245002
Tucson, AZ 85724-5002

**HIGHLY CONFIDENTIAL**

## I.    INTRODUCTION

1.    My name is Michael A. Grandner.  I am a research director, assistant professor, and independent consultant specializing in sleep, sleep-related behavioral issues, and sleep tracking technology.

2.    I have previously submitted the Expert Report of Michael A. Grandner, Ph.D., dated January 31, 2017 ("Opening Report").  The Opening Report, which I incorporate herein by reference, includes a description of my background and experience, my curriculum vitae, the materials I have considered and relied upon,[1] a listing of my prior testimony, and my compensation.  As stated previously, my compensation in this matter is not contingent on the outcome of this case.

3.    I have been retained by Fitbit, Inc. ("Fitbit") in this action.  I have been asked to opine as to whether the method Fitbit uses to track sleep in its devices is reasonable and valid.  I have also been asked to opine regarding the errors that Plaintiffs claim to have experienced and whether those errors are attributable to a fundamental problem with the method by which the devices at issue track sleep.  I have also been asked to review and respond to the Expert Medical Review Report of Naresh M. Punjabi, M.D., dated January 12, 2017 ("Punjabi Report").  Finally, I have been asked to review and respond to the Expert Report of Hawley Montgomery-Downs, Ph.D., dated November 29, 2016 ("Montgomery-Downs Report").

4.    Because the Opening Report addresses certain of the issues that Dr. Punjabi and Dr. Montgomery-Downs discuss in their respective reports, I will not repeat the opinions and information contained in my report here.  Instead, I incorporate the Opening Report herein by reference.

---

[1] Additional materials I considered and relied upon in preparing this rebuttal report are listed in Exhibit A hereto.

1

**HIGHLY CONFIDENTIAL**

## II.    OPINION ON REBUTTAL

### A.    Punjabi Report

5.    Dr. Punjabi opines that Fitbit's sleep tracking devices are not valid instruments for measuring sleep or sleep quality.[2]  His opinion is based not on an examination of Fitbit's devices themselves, but rather on an analysis of some of the different approaches for tracking sleep in general.  In essence, the Punjabi Report claims that movement-based sleep tracking methodology, or actigraphy, is not able to measure sleep.  Dr. Punjabi's conclusions relating to Fitbit are a byproduct of that claim.

6.    There are several problems with Dr. Punjabi's analysis that render his conclusions inaccurate and incomplete.  I address each in turn.

7.    First and foremost, Dr. Punjabi is simply wrong that actigraphy cannot measure sleep.  As I discussed in the Opening Report, actigraphy is one of several scientifically accepted methods of sleep measurement and is well-established in the scientific community.  As evidence of this, see position statements by the American Academy of Sleep Medicine, Society of Behavioral Sleep Medicine, and other organizations that attest to the fact that actigraphy is scientifically accepted as a method to measure sleep.  Dr. Punjabi himself mentions the "general acceptance of actigraphy in the field of Sleep Medicine."[3]  To be sure, actigraphy *differs* from other sleep-tracking methods, such as polysomnography ("PSG") and electroencephalography ("EEG").  PSG, for instance, measures multiple biological signals during sleep and displays those signals graphically.  However, these differences in methodology do not mean that one approach is measuring sleep, while another is not.  As discussed in the Opening Report, all

---

[2] Punjabi Report at 3, 5.  The Punjabi Report does not contain page numbers.  Therefore, the page references in this rebuttal report count from the first page containing the substance of Dr. Punjabi's opinion (starting with "General Summary").
[3] Punjabi Report at 4.

2

**HIGHLY CONFIDENTIAL**

known sleep-tracking methodologies, whether it be PSG, EEG, or actigraphy, use various inputs as a proxy for sleep and ascertaining sleep quality. And, because the neurological control of sleep and wakefulness is quite deep in the brain, all of these methods are using inputs that are "downstream" from "sleep" itself (e.g., brain waves are not "sleep," just like eye movements and other biological signals are not "sleep"). If actigraphy is "invalid" because it does not "measure sleep" itself, then every single known method of sleep tracking and sleep measurement is likewise invalid. Of note, Dr. Punjabi correctly asserts that sleep stages are defined based on brain wave activity and remain the identified "gold standard" for objective sleep. However, some circular reasoning is applied here and should be pointed out. Sleep stages (one aspect of physiologic sleep) are derived from brain waves. If you then use sleep stages as your only definition of physiologic sleep, you can only use brain waves as a measure of sleep. But this conclusion is based on a flawed premise – brain waves are not synonymous with physiologic sleep. They are just a marker, as are other physiologic measures. In addition, Dr. Punjabi neglects to point out that PSG (and EEG brain waves) are not known to reflect sleep as it exists outside of a laboratory, recorded over many days at a time. No previous studies have evaluated brain wave activity out of the home for weeks at a time. In fact, it is well known that sleep in the laboratory is quite different from sleep at home, and that PSG is not an accepted measurement of real-world sleep. This is in contrast to actigraphy, which is often used for days or weeks at a time and is an accepted measure of habitual sleep.

8.      Second, the Punjabi Report contradicts Dr. Punjabi's own conclusions about the ability of actigraphy to measure sleep. For instance, Dr. Punjabi suggests that actigraphy has been shown to be inaccurate when compared to PSG because he opines that "it is important to measure several concurrent physiological channels such as electrical activity of the brain, eye

3

**HIGHLY CONFIDENTIAL**

movements, and muscle activity."[4]  However, in the very next paragraph, Dr. Punjabi acknowledges that "[a]ctigraphy can provide a proxy or a surrogate assessment of total sleep time which has been in numerous studies correlated with polysomnography measures of total sleep time in healthy populations."[5]  In discussing actigraphy, Dr. Punjabi criticizes it for underestimating or overestimating total sleep time when compared to other methods (e.g., EEG).  But the examples he cites relate to people with medical disorders relating to sleep, including sleep apnea and insomnia; in these populations, movement-based sleep tracking methods can be less accurate.  Fitbit's devices, however, do not purport to be medical devices or diagnostic tools.  Despite the fact that Fitbit's devices are clearly intended for general consumer use, Dr. Punjabi concludes that more research is needed comparing actigraphy, and Fitbit's devices in particular, to other sleep-tracking methods in connection with populations with specific medical conditions.  But that misses the point.  Dr. Punjabi's critique does not *invalidate* actigraphy as a methodology in general.  Nor does it invalidate actigraphy as a methodology for the purposes for which Fitbit markets its products:  general consumer use.  Fitbit does not market its products as medical devices designed to diagnose sleep disorders.

9.    Third, I disagree with Dr. Punjabi's suggestion that, as a matter of principle, actigraphy is incapable of ascertaining sleep quality.  As his report makes clear, there is no single sleep quality index – some researchers use subjective methods, while others use objective methods or a combination of the two.  Those objective measures themselves may differ.  It simply is not the case that determining sleep quality "requires" collection of "physiologic data . . . during a polysomnogram."  Indeed, Dr. Punjabi cites to no standard, guideline, or other requirement that establishes the acceptable objective measure of sleep quality.  As I discussed in

---

[4] *Id.*
[5] *Id.*

4

the Opening Report, sleep quality can be measured as a function of awakenings, duration of awakenings, and sleep efficiency, all of which can be obtained through an actigraphy-based device, like a Fitbit.  Of note, the National Sleep Foundation released a consensus report on sleep quality, which noted that a number of scientific studies used actigraphy as a method for determining sleep quality.  In addition, a recent paper by Dr. Daniel Buysse (a well-established expert in sleep quality) aimed to summarize the state of quantifying sleep health.[6]  This paper specifically notes that sleep quality can be obtained using retrospective questionnaires, sleep diaries, actigraphy, or PSG.[7]

10.     Fourth, it is important to note that the Punjabi Report repeatedly uses the term "measure" as a backstop for his opinions.  However, he does not define the term and, crucially, Fitbit does not represent in its advertising statements or marketing materials that its devices "measure" sleep.  Rather, Fitbit states that its devices "track" sleep.  Dr. Punjabi does not discuss this term, and it is unclear how the difference in terminology would impact his opinions.  Of note, it seems that the term "measure" is referred to as a direct measure.  The argument seems to be that sleep originates in the brain, and any measurement that does not take place in the brain does not "measure" sleep.  This seems to be a semantic issue.  There is such a thing as a direct measure of sleep, but this would require electrodes placed deep in the brain (not at the scalp).  Therefore all "measures" of sleep are technically just "estimates" of sleep.  The question, therefore, is whether the provided "estimate" provides sufficient information about whether or not someone is asleep in order to be useful.  With this in mind, PSG is an estimate that is assumed to be highly accurate.  The fact that actigraphy systematically agrees with PSG to a large extent is evidence that, as an estimate of sleep, actigraphy is quite useful.  This is further

---

[6] *See* Buysse, *Sleep Health:  Can We Define It? Does It Matter?*, SLEEP (Jan 2014), 9-17, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3902880/.
[7] *See id.*

5

**HIGHLY CONFIDENTIAL**

borne out by the fact that most major scientific organizations and many thousands of scientific publications have endorsed actigraphy as an acceptable method to determine whether a person is awake or asleep.

11.     Finally, with this in mind, it is important to note that Dr. Punjabi himself has used actigraphy in prior studies to measure sleep and compared the results favorably to "gold standard" PSG.  For example, in a paper co-authored by Dr. Punjabi, entitled "Poor Sleep Quality and Functional Decline in Older Women,"[8] in the section "Assessment of Sleep Quality," the paper notes that, "Participants completed wrist actigraphy, a method of quantifying sleep by recording movement with an actigraph."[9]  The section then went on to describe specifics regarding which actigraphic variables were used to quantify sleep quality.[10]  This seems to be in direct opposition to Dr. Punjabi's statement, in that (1) it uses "quantifying" as the term linking actigraphy and sleep, (2) it defends actigraphy as an accepted measure, (3) it defends movement-based sleep measurement as scientifically accepted, and (4) it justifies actigraphy as a measure of sleep quality specifically.

12.     In another study co-authored by Dr. Punjabi, entitled, "Effect of the 2011 vs 2003 Duty Hour Regulation–Compliant Models on Sleep Duration, Trainee Education, and Continuity of Patient Care Among Internal Medicine House Staff,"[11] the paper states that, "Sleep duration was measured using wristwatch actigraphy, a valid and convenient alternative to

---

[8] Spira, et al., *Poor Sleep Quality and Functional Decline in Older Women*, J. Am. Geriatr. Soc. (Jun. 2012), 1092-1098, *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3375617/.
[9] *Id.*
[10] *See id.*
[11] Desai, et al., *Effect of the 2011 vs 2003 Duty Hour Regulation-Compliant Models on Sleep Duration, Trainee Education, and Continuity of Patient Care Among Internal Medicine House Staff: A Randomized Trial*, JAMA INTERN. MED. (Apr. 2013), 649-55, *available at* http://jamanetwork.com/journals/jamainternalmedicine/fullarticle/1672279.

**HIGHLY CONFIDENTIAL**

polysomnography."[12]  This statement is an even stronger endorsement of actigraphy (and uses the word "measure."

13.    Another paper co-authored by Dr. Punjabi, entitled, "Association between Sleep Duration and 24-Hour Urine Free Cortisol in the MrOS Sleep Study"[13] notes that "Actigraphy has been shown to provide a reliable estimate of sleep-wake patterns."  Other studies co-authored by Dr. Punjabi make similar statements: (1) actigraphy is scientifically accepted, (2) actigraphy approximates sleep, and (3) actigraphy is used to estimate sleep duration and quality.[14]

### B.    Montgomery-Downs Report

14.    Dr. Montgomery-Downs opines that Fitbit's sleep tracking devices are not valid instruments for measuring sleep or sleep quality.  Her opinion is based on examination of peer-reviewed studies that examined the performance of the Fitbit monitor to PSG, which is the "gold standard" for objective sleep measurement in the laboratory setting.  In essence, the Montgomery-Downs Report claims that although movement-based approaches such as actigraphy are scientifically accepted for the measurement of sleep, the Fitbit device does not meet the standard necessary to be able to make the claim that it tracks sleep.

15.    There are several problems with Dr. Montgomery-Downs' analysis that render her conclusions inaccurate and incomplete.  I address each in turn.

16.    First, the basis on which Dr. Montgomery-Downs made her determination is rooted in her reading of the available peer-reviewed literature.  Although relying on peer-reviewed studies ensures some degree of quality control (and, presumably, reliability), and

---

[12] *Id.*

[13] Rao, et al., *Association between Sleep Duration and 24-Hour Urine Free Cortisol in the MrOS Sleep Study*, PLOS ONE (2013), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3815404/.

[14] *See, e.g.*, Lane, et al., *Impact of Common Diabetes Risk Variant in MTNR1B on Sleep, Circadian, and Melatonin Physiology*, 65 DIABETES 1741-1751 (2016), *available at* http://diabetes.diabetesjournals.org/content/65/6/1741; Bakker, et al., *Sleep and Glycemia: The Role of Ethnicity*, 192 AM. J. OF RESPIRATORY & CRITICAL CARE MED. 745-53 (Sept. 2015) *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4595677/.

7

**HIGHLY CONFIDENTIAL**

although comparing Fitbit to a "gold standard" PSG and other widely-accepted devices used to measure sleep allows specific metrics such as rate of agreement, sensitivity, and specificity to be generated, this approach also has a number of key limitations that are not addressed in the. Montgomery-Downs Report.  Among these limitations are: (1) There are very few independent, peer-reviewed validation studies.  Any conclusion based on these studies is highly limited because of the small number of studies, and the differences between the study populations and those relevant to Fitbit's advertised audience.  In this case, there is a very small number of studies and they tended to include individuals that are not relevant to the current discussion (e.g., children).  (2) Comparison against PSG is ideal and would be valuable if Fitbit was being sold and marketed as a scientific or medical device, but it is not.  Validation against PSG is unnecessary for a consumer device.  (3) Although the Montgomery-Downs Report makes mention of studies that examined statistics such as rate of agreement, sensitivity, and specificity, the Report does not place these values in context.  For example, it is not clear from the Montgomery-Downs Report whether the numbers are consistent with scientifically-accepted devices.  (Again, such consistency may not even be needed.)

17.     Rate of agreement, in this context, refers to the percent of the time that both measures agreed on the outcome.  Specifically, in this case, actigraphy is measured in minutes. Let's say someone spent 8 hours in bed (480 minutes).  In this example, 33 of the minutes that Device 1 said was sleep, Device 2 says was wake.  And 15 minutes that Device 1 said was sleep, Device 2 said was wake.  So there was a total of 48 minutes where the 2 devices disagreed (33 minutes + 15 minutes).  Out of the entire night (480 minutes), there were 48 minutes of disagreement, resulting in a "rate of agreement" of 90% (48/480).  Sometimes "rate of agreement" is also called "accuracy."

8

**HIGHLY CONFIDENTIAL**

18.    Other metrics used are sensitivity and specificity.  Sensitivity refers to whether a test can detect whether something is there and specificity refers to whether a test can detect whether something is absent.  In this example, we are looking for sleep.  If we assume that PSG is the absolute truth (which is a flawed assumption, but one that is accepted), a sensitive device will be able to tell if the PSG identifies a minute as sleep and a specific test will be able to tell if the PSG identified the minute as wake.  For example, a highly sensitive device will be successful at not missing any sleep periods, but there may be false positives (where it guessed sleep but was wrong).  A highly specific test will be very good at finding the wake episodes (but it may score too many wake episodes).  There is always a balance between sensitivity and specificity.  If sensitivity is too high, the result is a significant number of false positives, and if specificity is too high, the device will "miss" much of what it intends to detect.  It is always a difficult balance between the two.  Usually for sleep, devices tend to have high sensitivity (very good at detecting sleep) but relatively low specificity (they think some awakenings are still sleep).  This leads to a systematic over-estimation of sleep.  This is acceptable within reasonable limits.

19.    Of note, the largest and most recent validation study of the most widely used scientific-grade actigraph (the Philips Respironics Actiwatch) was recently conducted.  In a study that included 77 adults, the authors found that the Actiwatch – an accepted scientific/medical-grade device – demonstrated a rate of agreement of 86.3%, sensitivity of 96.5%, and specificity of 32.9%.  These values are similar to other reports of the Actiwatch, which report values similar to this range.  In general, a rate of agreement of about 84-86%, a sensitivity of 96-98%, and a specificity of 28-35% is not unusual.  (Note that Fitbit is not claiming that its devices are scientific/medical grade.)

9

**HIGHLY CONFIDENTIAL**

20.    Dr. Montgomery-Downs identified oufr peer-reviewed studies that were deemed appropriate for examination.  Each of these studies had important limitations that undermine Dr. Montgomery-Downs' criticism.

21.    The study by Rosenberger and colleagues[15] did not compare Fitbit to PSG. Rather, it was compared to a device called the Z-machine – itself an experimental device that records brain activity in a non-standard way to approximate PSG sleep.  Therefore, this study should have been excluded since it did not meet the criteria of evaluating relative to PSG.  Still, in this study, the Bland-Altman plots showed that there was no systematic worsening of estimation as sleep time changed, relative to the Z machine output.  Although there was a general over-estimation of sleep, this is a common theme for actigraph devices, which have better sensitivity than specificity – that is, they will tend to be biased to see more sleep than the PSG. This, however, is an accepted limitation of the device.  Also of note, the Fitbit device evaluated in this study was not even worn on the wrist.

22.    The study by Meltzer[16] and colleagues should have been excluded as well because it studied children and Fitbit does not advertise, market, or make any claims about the effectiveness of their product in children.  Still, the performance of the Fitbit was quite good. The device tended to miss about 30 minutes of sleep during the night and about 5 minutes at the start of the night.  The overall accuracy was 84%, sensitivity was 87%, and specificity was 52%. A direct comparison to established devices is possible since this study also used the Actiwatch, as well as the Motionlogger (from Ambulatory Monitoring, Inc.).  When compared with Motionlogger, Fitbit devices overestimated sleep by about 30 minutes on average, though only

---

[15] Rosenberger, et al., *Twenty-four Hours of Sleep, Sedentary Behavior, and Physical Activity with Nine Wearable Devices*, MED SCI SPORTS EXERC. (2016), 457-65.

[16] Meltzer, et al., *Comparison of a Commercial Accelerometer with Polysomnography and Actigraphy in Children and Adolescents*, 38 SLEEP 1323 (2015).

**HIGHLY CONFIDENTIAL**

8% showed differences over 30 minutes.  There was no significant difference with the other gold-standard device, Actiwatch.  So even in this population for which the device was not intended, it performed no worse than one of the gold-standard devices and performed comparably, to the other gold-standard device.  Note that a 30-minute discrepancy is generally considered clinically acceptable.  (Remember that in an 8-hour night, a 30-minute discrepancy still results in an 84% accuracy.)

23.    The third study, by de Zambotti[17] and colleagues does not support Dr. Montgomery-Downs' conclusions.  Compared to PSG, the Fitbit device was within the clinical satisfactory range for 87% of subjects.  On average, the Charge HR did overestimate sleep, but only by about 8 minutes.  Accuracy was 91%, sensitivity 97% and specificity 42%.  These values are equal to or better than even the gold standard devices.

24.    The fourth study was Dr. Montgomery-Downs' own study.[18]  In this study, a Fitbit device was compared to Actiwatch and PSG.  Both Actiwatch and Fitbit overestimated sleep efficiency (by 14.5% Fitbit and 9.3% Actiwatch).  Fitbit overestimated sleep time by 67 minutes on average, compared to 43 minutes with Actiwatch.  In this study, sensitivity was reported to be 97.8% and specificity 19.8%, compared to Actiwatch values of 95.7% and 38.9%, respectively.

25.    Taken together, these studies show that the Fitbit device does track sleep, and does so quite reliably.  Depending on the study, the Fitbit device performed as well as or better than the gold standard scientific devices that have also been examined.  Even in the most conservative case (Dr. Montgomery-Downs' own 2012 study), the performance of the Fitbit was

---

[17] De Zambotti, et al., *Measures of sleep and cardiac functioning during sleep using a multi-sensory commercially-available wristband in adolescents*, 158 PHYSIOLOGY & BEHAVIOR (2016), 143-49

[18] Montgomery-Downs, et al., *Movement Toward a Novel Activity Monitoring Device*, 16 SLEEP BREATH 913 (2012).

**HIGHLY CONFIDENTIAL**

slightly better in terms of sensitivity and slightly worse in terms of specificity.  Even if the Fitbit device is not quite as accurate as the standard scientific/medical device (which Fitbit does not purport to be), the values are quite close and it cannot be said that the devices are not tracking sleep.

26.    Further, the studies that Dr. Montgomery-Downs cites do not support her claim that "Fitbit consumer wearable trackers are not currently able to accurately track hours slept, times awakened, or sleep quality."  Most of the studies were not relevant to the sort of validation questions that would pertain to a consumer wearable, which is not marketed as a scientific/medical device.  The only criticism that Dr. Montgomery-Downs can reasonably make based on these data is that the Fitbit device may not track sleep quite as well as the gold standard device, which is used in a laboratory and is not a standard it ever claims to meet.

27.    An additional limitation to all of these studies, which is not addressed in the Montgomery-Downs Report, is the interpretation of "restless" epochs.  The Fitbit device scores each epoch as "wake" or "sleep" or "restless."  In all of these studies, the researchers chose to interpret "restless" epochs as "sleep" even though it is likely that they should have been considered as "wake."  It is highly likely that if these studies considered "restless" as "wake" and not "sleep" then the agreement would have been much higher.

28.    Finally, the Montgomery-Downs Report specifically invalidates the claim that movement-based approaches cannot adequately reflect sleep (a claim made by Dr. Punjabi).  The Montgomery-Downs Report specifically notes that actigraphy is a valid and acceptable way to assess sleep.

## III.    CONCLUSIONS

29.    It is my opinion that the Punjabi Report's conclusions regarding the Fitbit devices' ability to track sleep and sleep quality are incorrect and incomplete.  Fitbit's devices use

12

**HIGHLY CONFIDENTIAL**

a scientifically accepted methodology for tracking sleep and are capable of doing so even with any inherent limitations of actigraphy. Every sleep tracking method known today has inherent limitations, including PSG; these do not invalidate the method as Dr. Punjabi would conclude. Further, Dr. Punjabi's opinions and conclusions do not change my opinion that Fitbit's representations about its devices' ability to track sleep, hours slept, sleep quality, and times woken up are truthful and not misleading.

30.     It is also my opinion that the Montgomery-Downs Report's conclusions regarding the Fitbit devices' ability to track sleep and sleep quality are not only incorrect, but that they are not supported by the evidence that she herself provides to support the claim. Rather than demonstrate that the Fitbit cannot assess sleep duration or quality, the evidence she provides clearly shows that the Fitbit device does measure sleep duration and quality (depending on the study cited). Further, the devices work as well as, better than, or only slightly "worse" than the gold standard scientific/medical devices (which, again, Fitbit does not purport to be). Further, Dr. Montgomery-Downs' opinions and conclusions do not change my opinion that Fitbit's representations about its devices' ability to track sleep, hours slept, sleep quality, and times woken up are truthful and not misleading.

31.     The opinions stated herein are based on my own analyses and conclusions. If I become aware of facts, evidence and/or other information not available to me for the preparation of this report, I reserve the right to supplement and/or revise my report and to revise my conclusions if necessary. I also reserve the right to correct typographical errors in this report.

13

**HIGHLY CONFIDENTIAL**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: February 28, 2017

Michael A. Grandner

14

**HIGHLY CONFIDENTIAL**