# EXHIBIT G

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

JAMES P. BRICKMAN, individually          Case Number

and as a representative of all            3:15-cv-2077-JD

others similarly situated,

   Plaintiff,

vs

FITBIT, INC.,

   Defendant.

_____

CONFIDENTIAL

WITH ADDITIONAL HIGHLY CONFIDENTIAL DESIGNATIONS

VIDEOTAPED DEPOSITION OF MICHAEL GRANDNER, Ph.D.

San Diego, California

Friday, March 17, 2017

Reported by:

THOMAS J. FRASIK

RPR, CSR No. 6961

Job No:   2562348

CONFIDENTIAL

Page 3

Appearances of Counsel:


For Plaintiffs:

BONEZZI SWITZER POLITO & HUPP

BY:  RONALD A. MARGOLIS

Attorney At Law

1300 East Ninth Street, Suite 1950

Cleveland, Ohio  44114

216-875-2068

rmargolis@bsphlaw.com


For Defendant:

MORRISON & FOERSTER

BY:  ERIN M. BOSMAN

Attorney At Law

12531 High Bluff Drive, Suite 100

San Diego, California  92130

858-720-5178

ebosman@mofo.com


Also Present:

MANNI SIDHU, Videographer

CONFIDENTIAL

Page 79

electrical output, or do you mean its ability to generate electrical output that matches a standard?

Q.    You've given me too much credit for being too educated.

Let me ask the question this way:  The validation studies in this case between the Fitbit product and the motion logger, what did it validate, what did it study?

A.    I think it shows that the accelerometer itself, when given similar input, produces similar output electrically, and that when processed through their software produces a sleep-scoring result that would have occurred -- it produced a sleep-scoring result that is very similar to what would have resulted using the motion logger's processing.

Q.    So the validation study in this case had two elements to it, both on the data that the accelerometer was able to pick up, if you will?

A.    Um-hum.

Q.    That's a "yes"?

A.    Yes.

Q.    And how that data was then interpreted by the algorithm?

A.    Yes.

Q.    And the ultimate conclusions about what that

CONFIDENTIAL

Page 118

DEPOSITION REPORTER'S CERTIFICATION

I, the undersigned, a California Certified Shorthand Reporter, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness was administered the oath; that the testimony of the witness and all objections made by counsel at the time of the proceedings were recorded stenographically by me, and were thereafter transcribed under my direction; that the foregoing transcript contains a full, true, and accurate record of all proceedings.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:   3/20/2017

THOMAS J. FRASIK, CSR No. 6961