# EXHIBIT H

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

JAMES P. BRICKMAN

          Plaintiff,

     vs.                         Case No. 3:15-CV-2077

FITBIT, INC.

          Defendant.

_____

          VIDEOTAPED 30(b)(6)

          DEPOSITION OF

          CONOR HENEGHAN, Ph.D.

_____

          Monday, November 14, 2016

Reported by:

COREY W. ANDERSON

CSR No. 4096

A P P E A R A N C E S


FOR THE PLAINTIFF:


    DWORKEN & BERNSTEIN COMPANY, LPA

    60 South Park Place

    Painesville, Ohio 44077

    BY:  PATRICK J. PEROTTI, ESQ.

        440-946-7656

        cyoung@dworkenlaw.com


    BONEZZI, SWITZER, POLITO & HUPP

    1300 East 9th Street, Suite 1950

    Cleveland, OH  44114-1501

    BY:  RONALD A. MARGOLIS, ESQ.

        216-875-2068

        rmargolis@bsphlaw.com

FOR THE DEFENDANT:


     MORRISON FOERSTER

     12531 High Bluff Drive, Suite 100

     San Diego, CA  92130-2040

     BY:   ERIN M. BOSMAN, ESQ.

     BY:   JULIE Y. PARK, ESQ.

          858-314-7560

          ebosman@mofo.com

                    --oOo--

ALSO PRESENT:

          RAMON PERAZA, VIDEOGRAPHER

                    --oOo--

Page 84

A.    No.

Q.    Does it measure the electrical activity of their muscles?

A.    No.

Q.    And you and I can agree that actigraphy does not really measure sleep, it measures activity or inactivity.

MS. BOSMAN:  Object.

BY MR. MARGOLIS:

Q.    True?

MS. BOSMAN:  Object to form.

THE WITNESS:  I think you and I can disagree on that point.

BY MR. MARGOLIS:

Q.    That's fair.  I want to know what your opinion is.

A.    Yeah.  So my opinion?

Q.    Uh-huh.

A.    Actigraphy is a established method of measuring sleep that is recognized by professionals, sleep medicine experts in the field.  Yeah.

Q.    Would -- are you done, sir?  I don't mean to interrupt.

A.    Yeah, sorry, I'm done.

Q.    Would you defer -- would you defer to

Page 85

Shelten Yuen on that very issue?

A.  No, I don't think I would.

Q.  Okay.

A.  I think there is a broad consensus around it.

Q.  Do you respect I think you told me of Shelten Yuen in his professional capacity?

A.  Yes.

Q.  He is from your knowledge and interaction with him, he is very good at his job at Fitbit?

A.  Yes.

Q.  He is capable?

A.  Yes.

Q.  He is competent?

A.  Yes.

Q.  He is honest?

A.  Yes.

Q.  He is thorough?

A.  Yes.

Q.  What is his background?

A.  Shelten has studied engineering to a graduate level, and I believe his specific Ph.D. topic was on looking at vibrating valves in the human heart.

Q.  So he is a Ph.D. in engineering.  Do we

Page 204

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript was requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:

_Corey W. Anderson_

COREY W. ANDERSON

CSR No. 4096