# EXHIBIT J

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - - -x

JAMES P. BRICKMAN

                        Plaintiff,

     -against-

                    Case No. 3:15-CV-2077

FITBIT, INC.

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - -x

                 50 Main Street
                 White Plains, New York
                 March 22, 2017
                 10:01 a.m.

   VIDEO DEPOSITION OF HAL PORET, an
Expert Witness on behalf of the Defendant
in the above-entitled action, held at the
above time and place, taken before Helen
Wandzilak, a Notary Public of the State of
New York, pursuant to Notice.

         *      *     *

Page 2

APPEARANCES:


    BONEZZI, SWITZER, POLITO &
    HUPP, CO., LPA
            Attorneys for Plaintiff
            1300 East Ninth Street
            Suite 1950
            Cleveland, Ohio 44114
    BY:   RONALD A. MARGOLIS, ESQ.
            (via video conference)



    MORRISON & FOERSTER, LLP
            Attorneys for Defendant
            425 Market Street
            San Francisco, CA 94105

    BY:   WILLIAM STERN, ESQ.
            (via video conference)

ALSO PRESENT:

Robert Rudis, videographer

                *       *       *

Page 35

But one of the things it's asking about is whether they were influenced by and how they understood certain things that the seller might have done.

Q    I understand that.  But the whole survey that you designed and conducted in this case is looking at things from the consumer or the purchaser's point of view, true?

A    Uh, yes, that seems correct.

Q    At any point in your survey, did you ask the customer, if they would have been told that the sleep function measures movement, not hours slept, awakenings or sleep quality, would they have paid an extra charge for the sleep function, did you include that concept, at all, in your survey?

A    Yes.

Q    What portion of your survey addressed the issue of a potential customer being told that the sleep function measures movement, not hours slept, awakenings or sleep quality and

Page 36

would they still have paid extra money for a sleep function?

A    That's what the perspective purchaser survey did.

What that survey did is it put people in a potential purchase situation, where they had to pick between version of the Fitbit that has the sleep feature and a version that does not, with the sleep feature version costing $40 more.

And they were asked which of the two they would purchase, um, to see whether they would spend the $40 more on the version with the sleep feature.

And in one of the survey groups the sleep feature was described as it actually is on the Fitbit packaging.

But in the other group, the Fitbit packaging was altered to describe the sleep feature as tracking motion and estimating sleep based on tracking motion.

So it clarified for them, in that second group, what you're talking about.

And by doing those two groups

and being able to compare the results that is the objective scientific way to determine whether describing the sleep feature, in terms of tracking motion, which is then used to estimate sleep, would have a different impact on their likelihood of paying more for the version with the sleep feature.

Q     Okay.  But that's not the question, sir, that I'm focusing in on. So I'm going to ask it again.

In your survey, did you ever provide a question or a study, had perspective purchasers been told that the sleep feature measures movement, not hours slept, not awakening and not sleep quality, and would they still have wanted to pay an extra cost for that?

A     I don't see --

MR. STERN:  Asked and answered.

A     -- I don't see how that's different then the previous question.

I mean, if you're asking --

Q     Okay.

A     -- did I ask a question that