Patrick J. Perotti (Ohio Bar No. 0005481)
Frank A. Bartela (Ohio Bar No. 0088128)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, OH 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469
Email: pperotti@dworkenlaw.com
        fbartela@dworkenlaw.com
Appearance *pro hac vice*

John A. Kithas (California Bar No. 64284)
Christopher Land (California Bar No. 238261)
LAW OFFICES OF JOHN A. KITHAS
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: (415) 788-8100
Facsimile: (415) 788-8001
Email: john@kithas.com
        chris@kithas.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FITBIT, INC.,<br><br>    Defendant. | Case No. 3:15-cv-2077-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXPANDING PAGE LIMITS RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Ctrm:    11, 19th Floor<br>The Honorable James Donato<br><br>Date Action Filed:    May 8, 2015 |

Plaintiffs James P. Brickman and Margaret Clingman ("Plaintiffs") and Defendant Fitbit, Inc. ("Fitbit") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 2, 2018, Plaintiffs filed their Unopposed Amended Motion for Preliminary Approval of Class Settlement and Leave to File Fifth Amended Complaint ("Preliminary Approval Motion") (Dkt. No. 263);

WHEREAS, the Preliminary Approval Motion came on for hearing on November 29, 2018, and on December 17, 2018, the Court issued its Order granting the motion ("Preliminary Approval Order") (Dkt. No. 275);

WHEREAS, pursuant to the Court's December 17, 2018, Preliminary Approval Order, Plaintiffs' motion for attorneys' fees and costs ("Fees Motion") is due on May 10, 2019;

WHEREAS, pursuant to the prior stipulation of the parties and this Court's recent Order (Dkt. No. 280), Fitbit's response to Plaintiffs' Fees Motion is due June 14, 2019, and Plaintiff's reply in support is due June 28, 2019;

WHEREAS, pursuant to the Court's Standing Order for Civil Cases Before Judge James Donato, the page limit for Plaintiffs' Fees Motion is 15 pages, the page limit for Fitbit's response is 15 pages, and the reply brief is limited to 10 pages;

WHEREAS, the Parties agree that an expansion of the page limits for this briefing is necessary and, therefore, respectfully request that the Court expand the page limits as follows:

- Plaintiffs' Fees Motion is not to exceed 25 pages;
- Fitbit's opposition brief is not to exceed 25 pages; and
- Plaintiffs' reply in further support is not to exceed 15 pages.

THEREFORE, the Parties hereby stipulate and agree that the Court should expand the page limits in connection with Plaintiffs' Fees Motion as set forth below:

- Plaintiffs' Fees Motion is not to exceed 25 pages;
- Fitbit's opposition brief is not to exceed 25 pages; and
- Plaintiffs' reply in further support is not to exceed 15 pages.

Respectfully submitted,

Dated: May 9, 2019                 MORRISON & FOERSTER LLP


                                   By:  /s/David F. McDowell (with permission)
                                        David F. McDowell

                                   Attorneys for Defendant
                                   FITBIT, INC.

Dated: May 9, 2019                 DWORKEN & BERNSTEIN CO., L.P.A.


                                   By:  /s/Patrick J. Perotti
                                        PATRICK J. PEROTTI

                                   Attorneys for Plaintiffs
                                   JAMES P. BRICKMAN and MARGARET
                                   CLINGMAN

                           **ECF ATTESTATION**

        I, Patrick J. Perotti, am the ECF User whose ID and Password are being used to file this

document.  I attest that concurrence in the filing of this document has been obtained from the

signatory.


Dated: May 9, 2019                 /s/Patrick J. Perotti
                                   Patrick J. Perotti

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  May 10          , 2019     _____
                                   THE ... IT IS SO ORDERED ... DONATO
                                   United ... Judge

*IT IS SO ORDERED*
*Judge James Donato*