Patrick J. Perotti (Ohio Bar No. 0005481)
Frank A. Bartela (Ohio Bar No. 0088128)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, OH 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469
Email: pperotti@dworkenlaw.com
        fbartela@dworkenlaw.com
Appearance *pro hac vice*

Ronald A. Margolis (Ohio Bar No. 0031241)
BONEZZI, SWITZER, POLITO AND HUPP
1300 E. 9th Street, Suite 1950
Cleveland, OH 44114
Telephone: (216)875-2068/Fax: (216)875-1570
Email: rmargolis@bsphlaw.com
Appearance *pro hac vice*

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated, | Case No. 3:15-cv-2077-JD |
| Plaintiff, | **PLAINTIFFS' ATTORNEY FEE ELECTION** |
| v. | The Honorable James Donato |
| FITBIT, INC., | |
| Defendant. | |

Pursuant to the Attorney Fee Hearing of August 1, 2019, wherein the Honorable Judge James Donato offered Plaintiffs in lieu of retention of an auditor and consistent with challenges that Defendant has raised regarding Plaintiffs billing, the Court would accept Ninety-Percent (90%) of the Defendants challenges to Plaintiffs lodestar of $3,800,000 ($3.8M) taking it down to a lodestar of $2,800,000 ($2.8M) and then applying a multiplier of 2.5. [i]

Plaintiffs' counsel hereby elect to accept Judge Donato's suggestion of diminishing their lodestar to $2,800,000 ($2.8M) with a multiplier being applied of 2.5.

Dated: August 6, 2019

/s/ Patrick J. Perotti

Patrick J. Perotti, Esq. (#0005481)
**DWORKEN & BERNSTEIN CO., L.P.A.**

One of the Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

A copy of Plaintiffs' Attorney Fee Election was filed on August 6, 2019 and notice was sent via the Court's ECF system to all counsel of record.

/s/ Patrick J. Perotti

Patrick J. Perotti, Esq. (#0005481)
**DWORKEN & BERNSTEIN CO., L.P.A.**

One of the Attorneys for Plaintiffs

---

[i] Transcript of proceedings August 1, 2019, Attorney Fee Hearing, pg. 8, line 5 – pg. 10, line 2.

PLAINTIFF'S ATTORNEY FEE ELECTION
Case No. 3:15-cv-2077-JD