1  DAVID F. MCDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Blvd., Suite 6000
3  Los Angeles, California 94105
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5  ERIN M. BOSMAN (CA SBN 204987)
   EBosman@mofo.com
6  JULIE Y. PARK (CA SBN 259929)
   JuliePark@mofo.com
7  KAI BARTOLOMEO (CA SBN 264033)
   KBartolomeo@mofo.com
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
9  San Diego, California 92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125

   Attorneys for Defendant
   FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 3:15-cv-2077-JD<br><br>**DEFENDANT FITBIT, INC.'S NOTICE RE: ATTORNEY FEE ELECTION**<br><br>Ctrm: 11, 19th Floor<br>Trial: N/A<br><br>The Honorable James Donato<br><br>Date Action Filed: May 8, 2015 |

Pursuant to the Court's Minutes of the August 1, 2019 Hearing [Dkt No. 296], Defendant Fitbit, Inc. submits this statement with respect to the calculation of fees as discussed on the record during the August 1 hearing. Plaintiff opted to accept the Court's proposal that they accept 90% of Fitbit's objections and proposed reductions to Plaintiffs' requested lodestar. Fitbit argued that Plaintiffs' base lodestar should be reduced from $3,851,425, to $2,645,099.50, a difference of $1,206,325.50. Applying the Court's suggested 90% acceptance of Fitbit's objections and proposed reductions, Plaintiffs' base lodestar should be reduced by $1,085,692.95 (90% of $1,206,325.50), bringing Plaintiffs' base lodestar from $3,851,425 to **$2,765,732.05**, not the rounded $2,800,000 number that Plaintiff's purport to "accept" in their submission.

Fitbit continues to object to application of a 2.5x multiplier for the reasons set forth in Fitbit's Opposition to Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Incentive Compensation [Dkt. No. 284], including that the Court's proposed multiplier is higher than sought by plaintiffs in their fee application, because there is no basis for applying a multiplier in this case, and because the resulting fee award would be grossly disproportionate to the amount actually recovered by the Class.

Respectfully submitted,

Dated: August 8, 2019     MORRISON & FOERSTER LLP

By: /s/ David F. McDowell
David F. McDowell

Attorneys for Defendant
FITBIT, INC.