Patrick J. Perotti (Ohio Bar No. 0005481)
Frank A. Bartela (Ohio Bar No. 0088128)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, OH 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469
Email: pperotti@dworkenlaw.com
          fbartela@dworkenlaw.com
Appearance *pro hac vice*

John A. Kithas (California Bar No. 64284)
Christopher Land (California Bar No. 238261)
LAW OFFICES OF JOHN A. KITHAS
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: (415) 788-8100
Facsimile: (415) 788-8001
Email: john@kithas.com
          chris@kithas.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. BRICKMAN, individually and as a representative of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>    Defendant. | Case No. 3:15-cv-2077-JD<br><br>**JOINT NOTICE AND UPDATE REGARDING AGREEMENT ON REMINDER CAMPAIGN (DKT. NO. 303)**<br><br>Ctrm:   11, 19th Floor<br>The Honorable James Donato<br><br>Date Action Filed:   May 8, 2015 |

1   Plaintiffs James P. Brickman and Margaret Clingman ("Plaintiffs") and Defendant Fitbit, Inc. ("Fitbit") (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this joint notice for the purpose of updating the Court on the parties' progress following the recent final approval hearing before this Court.

After the final approval hearing, and taking into account this Court's thoughts regarding the settlement, Plaintiffs began working with the settlement administrator, KCC, to devise a reminder campaign that could be issued to the Settlement Sub-Class Members. KCC has devised a plan ("Reminder Plan") that consists of reminder postcards, e-mails, and a media campaign which will target Settlement Sub-Class Members through social media advertisements. The Parties have each reviewed KCC's Reminder Plan and agree that it is appropriate and will address the concerns of this Court.

On August 28, 2019, The Parties filed a Join Notice and Update Regarding Agreement on Reminder Campaign with this Court advising that they had agreed to a Reminder Plan and were working toward filing a joint stipulation that will (1) outline the specific aspects of the Reminder Plan, (2) identify the period of time for the Reminder Plan, and (3) include a declaration from KCC that provides the Court with the details of the Reminder Plan and examples of the notice forms. Dkt. No. 303. In their previous Joint Notice, the Parties advised that they intended to file the joint stipulation outlining the Reminder Plan no later than September 17, 2019.

The Parties wish to advise the Court that they are still working on the Reminder Plan, the joint stipulation outlining that plan, and all of the necessary materials for that submission. However, the Parties require more time to finalize the Reminder Plan and the forthcoming filing. The Parties intend to file the aforementioned materials no later than September 20, 2019.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: September 18, 2019 | | MORRISON & FOERSTER LLP |
| | | |
| | By: | /s/*David F. McDowell (with consent)* |
| | | David F. McDowell |
| | | |
| | | Attorneys for Defendant |
| | | FITBIT, INC. |
| | | |
| Dated: September 18, 2019 | | DWORKEN & BERNSTEIN CO., L.P.A. |
| | | |
| | By: | /s/*Patrick J. Perotti* |
| | | Patrick J. Perotti |
| | | |
| | | Attorneys for Plaintiffs |
| | | JAMES P. BRICKMAN and MARGARET CLINGMAN |

## **ECF ATTESTATION**

I, Patrick J. Perotti, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

| | |
|---|---|
| Dated: September 18, 2019 | /s/*Patrick J. Perotti* |
| | Patrick J. Perotti |